```
 1  Jon Eardley, Esq.    CA Bar No. 132577
    LAW OFFICES OF JON EARDLEY
 2  50 Jericho Turnpike
 3  Suite 201
    Jericho, New York 11753
 4  516-876-4213
 5  516-876-6906 (fax)

 6  LAW OFFICES OF JON EARDLEY
 7  1707 N Street, N.W.
    Washington, D.C. 20036
 8  202-223-4884
 9
10  Attorney for Britney J. Spears
11         UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
12                  CALIFORNIA—LOS ANGELES DIVISION
13  CONSERVATORSHIP OF BRITNEY )  CASE NO.  CV08-01021
14  JEAN SPEARS                )
                               )
15                             )  NOTICE OF REMOVAL OF
                               )  ACTION UNDER 28 U.S.C. § 1441
16                             )  (b) {Federal Question}
17                             )
18                             )
19                             )
20                             )
21                             )
22                             )
23                             )
24                             )
25                             )
26  _____  )
27
28  NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (B)                        1
```

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please take notice that the removing party, Britney J. Spears, hereby removes in its entirety to this court the state court action described above, as the Conservatorship of Britney Jean Spears, with the Los Angeles Superior Court case number BP 108870.

1. On February 1, 2008, an action was commenced in the Superior Court of the state of California in and for the County of Los Angeles, entitled <u>Conservatorship of Britney Jean Spears</u>, with the case number BP 108870. A copy of the docket is attached hereto as Exhibit "A". The documents have been sealed, thus making it inappropriate to divulge the initial

2. Ms. Spears has not received the benefit of a single hearing before the court; yet she has been stripped of her right to access counsel of her choosing and to meet with her counsel in a private meeting.

3. Ms. Spears has been denied the right to associate freely with her friends. She has been denied the right to make or receive telephone calls. She has been denied the right to operate a motor vehicle, and must be accompanied by security guards when in public, whether in a motor vehicle or on foot. She has been denied the right to receive and send mail.

4. Additionally, she has been denied the right to her finances; she is not allowed to access her money or her credit cards.

5. This action is a civil action of which this court has original jurisdiction

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (B)

2

pursuant to the provisions of 28 U.S.C. § 1441 (b) in that it is a civil action that touches upon important issues of federal law, to wit whether an adult child may be subjected by her parents to their complete and total control in that the petitioner and conservator supplements the medications scheduled under the Food, Drug, and Cosmetics Act, 21 U.S.C. § 301 et seq., and prescribed to her by her doctors with a near total deprivation of civil rights.

6. It is the unique interplay between those medications covered by the Food, Drug, and Cosmetics Act, 21 U.S.C. § 301 et seq., and the utterly stifling control imposed upon her by the conservator that puts this case within the narrow ambit of the Supreme Court's recent decision of Grable and Sons Metal Products v. Darue Engineering, 545 U.S. 308 (2005).

7. Pursuant to Grable, the case that is removed need not support an independent cause of action in federal court. Merely, the case needs only to touch upon a significant area of federal law, while balanced against the Congressional intent to respect the balance of federal and state judicial responsibilities. Thus even though there was no pretense of a federal cause of action, the Court recognized federal question jurisdiction where: (1) the federal question was "important," (2) it was the "only" seriously contested issue in the case, (3) a federal forum was needed to "vindicate [federal] administrative action," and (4) the likely recurrence of the question was "rare." Grable, 545 U.S. at 315.

8. In the instant case, the federal question is important because Ms. Spears'

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (B)

3

prescribed medications are designed for out-patient use, yet she is being confined by the conservator to the private prison of her own home, with no opportunity to enjoy even a modicum of liberty or privacy whatsoever.

9. The only seriously contested issue in this case is the interplay between her confinement and the taking of her prescribed medication. It is submitted to this court that the deprivation of her civil liberties by the conservator is so severe as to interfere with the effectiveness of the scheduled medications that are covered by the Food, Drug, and Cosmetics Act, 21 U.S.C. § 301 et seq.

10. A federal forum is needed to determine the nexus between the medications' disclosures concerning the circumstances of use in an out-patient setting and the suffocating confinement that Ms. Spears endures at the hands of her conservator. Pharmaceutical labeling is inherently circumstantial in nature; for the medication to realize its full effect, the circumstances of her existence must be taken into consideration by the court.

11. In this case, the recurrence of this question would be rare due to Ms. Spears' unenviable status of having virtually no privacy in her life. Numerous scientific studies have shown the direct relationship between the lack of privacy and actual physical illness. Ms. Spears may be the most public person who has ever lived, and it is unlikely that any competent evidence exists as to the severity of physical illness attributable to the magnitude of "publicity" surrounding her nonexistent private life.

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (B)

4

12. Irrespective of the present reality of her existence, Ms. Spears is entitled to those rights deriving from the first ten amendments of the United States Constitution and the Fourteenth Amendment. Additionally, due to the nature of the implementation of the conservatorship, Ms. Spears may be entitled to relief pursuant to 42 U.S.C. § 1983, et seq.

13. Ms. Spears is a litigant in the family law division of the Los Angeles Superior Court. The matter has been hotly contested. Currently her children are living with their father as a result of an order of the family law division of the Los Angeles Superior Court. However, the order is not final. It is doubtful that Ms. Spears can receive equal protection and a fair trial or hearing in the custody proceedings because of the intense media scrutiny of what would normally be private aspects of a person's life.

14. The United States District Court, unlike the Los Angeles Superior Court, has the capacity to issue a nation wide injunction to protect her civil liberties and provide a measure of relief in the ensuing litigation involving the custody matter. Nowhere in the Constitution is it written that an individual can be denied his or her civil liberties because of a lack of privacy. There in fact exists a penumbra of rights deriving from the first ten amendments of the Constitution that palpably recognizes a right to privacy. Under the current circumstances, the conservator is denying Ms. Spears not only her liberty, but

the ability to participate effectively in the ongoing custody litigation in the Los Angeles Superior Court.

15. While normally in a removal action the District Court must take the plaintiff's pleadings as it finds them, a different approach is utilized when a colorable claim of manipulation of pleadings is raised. While issues of liability may not ordinarily be determined on a motion to remand, it is well settled that upon allegations of such artful pleading designed to prevent removal, federal courts may look beyond the pleadings to determine the true intent of the parties. Although fair on its face, the pleading may be a sham or fraudulent device to prevent removal. The court may pierce the pleadings and consider the entire record to determine the basis of the case by any means available. See <u>Lewis v. Time, Inc.</u>, 83 F.R.D. 455, 460 (E.D.Cal.1979).

Date: February 14, 2008      By: _____

                              Jon Eardley, Esq.

NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (B)

6

EXHIBIT A

# Case Summary

**Case Number:** BP108870
SPEARS, BRITNEY JEAN - CONSERVATORSHIP

**Filing Date:** 02/01/2008
**Case Type:** Conservatorship-Pers & Estate (General Jurisdiction)
**Status:** Pending

## Future Hearings

**02/14/2008** at 01:30 pm in department 9 at 111 North Hill Street, Los Angeles, CA 90012
APPT. TEMP CONSERVATOR OF PERSON

**02/14/2008** at 01:30 pm in department 9 at 111 North Hill Street, Los Angeles, CA 90012
APPT. TEMP CONSERVATOR OF ESTATE

**02/22/2008** at 01:30 pm in department 9 at 111 North Hill Street, Los Angeles, CA 90012
MOTION/APPL-TEMP RESTRAINING ORDER (PERSON RESTRAINED-OSAMA LUFTI)

**03/10/2008** at 10:30 am in department 9 at 111 North Hill Street, Los Angeles, CA 90012
APPT. CONSERVATOR OF PERSON

Documents Filed | Proceeding Information

## Parties

COHEN JERYLL S. ESQ. - Attorney for Petitioner

SPEARS BRITNEY JEAN - Subject Person

SPEARS JAMES P. - Petitioner

THOREEN VIVIAN LEE ESQ. - Attorney for Petitioner

WALLET ANDREW M. - Real Party in Interest

WYLE GERALDINE A. ESQ. - Attorney for Petitioner

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)

**02/06/2008** Order-Extending Temporary Letters
Filed by Attorney for Petitioner

**02/06/2008** Ltr-Temp Conservator of Person
Filed by Attorney for Petitioner

**02/06/2008** Ltr-Temp Conservator of Estate
Filed by Attorney for Petitioner

**02/04/2008** Request (MEDIA REQUEST TO PHOTOGRAPH, RECORD, OR BROADCAST )
Filed by Real Party in Interest

**02/04/2008** Order - Other (ON MEDIA REQUEST TO PERMIT COVRGE )
Filed by Real Party in Interest

**02/04/2008** Declaration - Probate (OF VIVIAN LEE THOREEN )
Filed by Attorney for Petitioner

**02/04/2008** Declaration - Probate (OF JAMES P. SPEARS )
Filed by Attorney for Petitioner

**02/04/2008** Declaration - Probate (OF GERALDINE A. WYLE )
Filed by Attorney for Petitioner

**02/04/2008** Notice - Probate (OF PARTIAL W/DRAWAL OF APPL. TO SEAL RECORDS )
Filed by Attorney for Petitioner

**02/04/2008** Supplemental Declaration
Filed by Attorney for Petitioner

**02/04/2008** Declaration - Probate (OF JERYLL S. COHEN )
Filed by Attorney for Petitioner

**02/01/2008** Conservatorship of Person
Filed by Petitioner

**02/01/2008** Authority - ExParte Application
Filed by Petitioner

**02/01/2008** Appt. Temp Conservator of Person
Filed by Petitioner

**02/01/2008** Appt. Temp Conservator of Estate
Filed by Petitioner

**02/01/2008** Consent To Act
Filed by Attorney for Petitioner

**02/01/2008** Ord-Appointing Counsel
Filed by Attorney for Petitioner

**02/01/2008** Declaration - Probate (OF LYNNE SPEARS )
Filed by Attorney for Petitioner

**02/01/2008** Petition for Appointment (OF TEMP. CONSERVATOR )
Filed by Attorney for Petitioner

**02/01/2008** Declaration - Probate (OF JAMES P. SPEARS )
Filed by Attorney for Petitioner

**02/01/2008** MOTION/APPL-TEMP RESTAINING ORDER

**02/01/2008** Declaration - Probate (OF GERALDINE A. WYLE )
Filed by Attorney for Petitioner

**02/01/2008** Notice of Lodging
Filed by Attorney for Petitioner

**02/01/2008** Application - misc (TO SEAL RECORD )
Filed by Attorney for Petitioner

**02/01/2008** Memorandum - Other
Filed by Attorney for Petitioner

**02/01/2008** Petition for Appointment (OF TEMP. CONSERVATOR - ESTATE )
Filed by Attorney for Petitioner

**02/01/2008** Application - misc (TO SEAL RECORD - ESTATE )
Filed by Attorney for Petitioner

**02/01/2008** Declaration - Probate (OF LYNNE SPEARS - EX PARTE )
Filed by Attorney for Petitioner

**02/01/2008** Ord-Appt Court Investigator
Filed by Attorney for Petitioner

**02/01/2008** Order - Other (DISPENSING WITH NOTICE )
Filed by Attorney for Petitioner

**02/01/2008** Declaration - Probate (OF GERALDIN A. WYLE - EX PARTE )
Filed by Attorney for Petitioner

**02/01/2008** Declaration - Probate (OF JAMES P. SPEARS - EX PARTE )
Filed by Attorney for Petitioner

**02/01/2008** Declaration - Probate (OF LYNNE SPEARS - ES PARTE )
Filed by Attorney for Petitioner

**02/01/2008** Application - misc (TO SEAL RECORD - PERSON )
Filed by Attorney for Petitioner

**02/01/2008** Ord-Appt Temp Consor of Person (NO BOND )
Filed by Attorney for Petitioner

**02/01/2008** Ltr-Conservator of Person (NO BOND )
Filed by Attorney for Petitioner

**02/01/2008** Ord-Appt Temp Consor of Estate (BONND IS FIXED AT $100,000.00 )
Filed by Attorney for Petitioner

**02/01/2008** QBond-AMER. CONTRACTORS INDEMNITY ($50,000.00 - QUALIFYING BOND )
Filed by Attorney for Conservator

**02/01/2008** QBond-AMER. CONTRACTORS INDEMNITY ($50,000.00 - QUALIFYING BOND )

Filed by Attorney for Petitioner

**02/01/2008** Ltr-Temp Conservator of Estate
Filed by Attorney for Petitioner

**02/01/2008** Notice-Hearing (Probate) (AND TRO )
Filed by Attorney for Petitioner

**02/01/2008** Request (FOR ORDER TO STOP HARASSMENT )
Filed by Attorney for Petitioner

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)
None

Case Information | Party Information | Documents Filed | Proceeding Information

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

**CV08- 1021 PSG (RCx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Conservatorship of Britney Spears | Britney J. Spears |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|
| Los Angeles | Los Angeles |

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Unknown | Jon Eardley, SB#132577, 50 Jericho Turnpike, Suite 201, Jericho, New York 11753 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of Food, Drug, and Cosmetic Act; underlying federal question.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☒ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)   CIVIL COVER SHEET   Page 1 of 2

● ● CV08-01021

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) 
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Los Angeles

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
   Los Angeles

**List the California County**, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date _Feb 19, 2008_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |