NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jon Gardley
50 Jericho Tpk.
# 201
Jericho, NY 11753
516-876-4213

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Conservatorship of Britney Spears
Plaintiff(s),
v.
Britney Spears
Defendant(s)

CASE NUMBER: CV08-01021 PSG (RCx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____ Britney Spears _____
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Britney Spears — Respondent/Interested Party

Conservatorship — petitioner

Date: Feb 14, 2008

Sign: _____

Attorney of record for or party appearing in pro per: Jon Gardley

CV-30 (12/03)    NOTICE OF INTERESTED PARTIES