```
 1  Geraldine A. Wyle, State Bar No. 89735
    Jeffrey D. Wexler, State Bar No. 132256
 2  Vivian Lee Thoreen, State Bar No. 224162
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 3  601 South Figueroa, Suite 3900
    Los Angeles, California 90017
 4  Telephone No.: 213-892-4992
    Fax No.: 213-892-7731
 5  gwyle@luce.com
    jwexler@luce.com
 6  vthoreen@luce.com

 7  Attorneys for James P. Spears,
    Temporary Conservator of the Person and
 8  Temporary Co-Conservator of the Estate
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>    Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE) [LOCAL RULE 7.1-1]**<br><br>Petition Filed:   February 1, 2008<br>Case Removed:  February 14, 2008 |

1  Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for James P.
2  Spears, the temporary conservator of the person of Britney Jean Spears and the
3  temporary co-conservator of the estate of Britney Jean Spears, certifies that the
4  following listed parties may have a pecuniary interest in the outcome of this case.
5  These representations are made to enable the Court to evaluate possible
6  disqualification or recusal.

7  1. Britney Jean Spears    Temporary Conservatee

8  The following parties, although lacking a pecuniary interest in the outcome of
9  this case, are identified to enable the Court to evaluate possible disqualification or
10 recusal.

11  2. James P. Spears    Temporary Conservator of the Person and Temporary Co-Conservator of the Estate

12/13  3. Andrew M. Wallet    Temporary Co-Conservator of the Estate

14  DATED: February 19, 2008    Respectfully submitted,

15  LUCE, FORWARD, HAMILTON & SCRIPPS LLP

17  By: /s/ Jeffrey D. Wexler
    Jeffrey D. Wexler
18  Attorneys for James P. Spears,
    Temporary Conservator of the Person
19  and Temporary Co-Conservator of the
    Estate