Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>       Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**NOTICE OF RELATED CASES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE) [LOCAL RULE 83-1.3]**<br><br>Petition Filed:  February 1, 2008<br>Case Removed:  February 14, 2008 |

1 | Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for James P.
2 | Spears, the temporary conservator of the person of Britney Jean Spears and the
3 | temporary co-conservator of the estate of Britney Jean Spears, certifies that this case
4 | does not appear under the criteria set forth in Local Rule 83-1.3 to be related to any
5 | actions previously filed or currently pending in the Central District.

DATED: February 19, 2008          Respectfully submitted,

                                                       LUCE, FORWARD, HAMILTON &
                                                        SCRIPPS LLP

                                         By:    /s/ Jeffrey D. Wexler
                                                          Jeffrey D. Wexler
                                                          Attorneys for James P. Spears,
                                                          Temporary Conservator of the Person
                                                          and Temporary Co-Conservator of the
                                                          Estate