Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>　　　　　Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**NOTICE OF MOTION AND MOTION TO REMAND [28 U.S.C. § 1447(c)]**<br><br>Date:　March 17, 2008<br>Time:　1:30 p.m.<br>Place: Courtroom 790<br>　　　　Roybal Building |

1  PLEASE TAKE NOTICE that on March 17, 2008, at 1:30 p.m., or as soon
2  thereafter as the matter may be heard before the Honorable Philip S. Gutierrez,
3  United States District Judge, in Courtroom 790 of the United States Courthouse,
4  Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012,
5  James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney
6  Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears,
7  will, and hereby does, move the Court pursuant to 28 U.S.C. § 1447(c) to remand
8  these conservatorship proceedings (the "Conservatorship Proceedings") to the
9  Probate Department of the Superior Court of the State of California for the County
10  of Los Angeles.
11  This motion to remand is made on the grounds that:
12  (1) the Probate Court entered Orders dated February 6, 2008
13  finding that temporary conservatee Britney Jean Spears ("Britney")
14  "does not have the capacity to retain counsel," and the counsel who
15  purported to file the Notice of Removal on Britney's behalf, Jon
16  Eardley ("Mr. Eardley"), therefore lacked the power to remove the
17  Conservatorship Proceedings on behalf of Britney in the Notice of
18  Removal filed on February 14, 2008; and
19  (2) there is no federal question jurisdiction over the
20  Conservatorship Proceedings because the well-pleaded conservatorship
21  petitions do not present a claim arising under federal law.
22  PLEASE TAKE FURTHER NOTICE that Mr. Spears also will, and hereby
23  does, move the Court pursuant to 28 U.S.C. § 1447(c) to require Mr. Eardley, and
24  any person or persons with whom he has worked in concert to effectuate the
25  removal, to pay Mr. Spears his just costs and any actual expenses, including
26  attorneys' fees, incurred as a result of the removal, on the grounds that removal was
27  not objectively reasonable and that unusual circumstances justify an award of costs
28  and fees.

1     PLEASE TAKE FURTHER NOTICE that Mr. Spears also will, and hereby
2 does, move the Court to compel Mr. Eardley to provide a full and complete
3 statement, under penalty of perjury, identifying every person or persons with whom
4 he has worked in concert to effectuate the removal, or in whose agency he acts, and
5 stating each person's role with regard to the removal.
6     This motion is based on this Notice, the Memorandum filed concurrently
7 herewith, the Declarations of Andrew M. Wallet and Jeffrey D. Wexler filed
8 concurrently herewith, the Request for Judicial Notice filed concurrently herewith,
9 the pleadings and Orders that were publicly filed in the Conservatorship
10 Proceedings (copies of which are attached to the Request for Judicial Notice but
11 were not attached to the Notice of Removal despite the requirement of 42 U.S.C.
12 § 1446(a) that all such materials be filed along with the Notice of Removal), the
13 [Proposed] Order lodged concurrently herewith, the files in this matter, and such
14 further oral or written argument as may be considered by the Court.
15     This Motion is made following the conference of counsel pursuant to Local
16 Rule 7-3, which took place on February 18, 2008.

17 DATED: February 19, 2008     Respectfully submitted,

18     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

20     By:   /s/ Jeffrey D. Wexler
21     Jeffrey D. Wexler
    Attorneys for James P. Spears,
    Temporary Conservator of the Person
22     and Temporary Co-Conservator of the
    Estate

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28