Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>　　　　Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND [28 U.S.C. § 1447(c)]**<br><br>Date:　March 17, 2008<br>Time:　1:30 p.m.<br>Place:　Courtroom 790<br>　　　　Roybal Building |

After consideration of the papers in support of and in opposition to the motion of James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears, pursuant to 28 U.S.C. § 1447(c) to remand these conservatorship proceedings (the "Conservatorship Proceedings") to the Probate Department of the Superior Court of the State of California for the County of Los Angeles, and after consideration of the oral argument of counsel, if any,

IT IS ORDERED that:

1. This matter is remanded to the Probate Department of the Superior Court of the State of California for the County of Los Angeles on each of the following grounds:

    (a) the Probate Court entered Orders dated February 6, 2008 finding that temporary conservatee Britney Jean Spears ("Britney") "does not have the capacity to retain counsel," and the counsel who purported to file the Notice of Removal on Britney's behalf, Jon Eardley ("Mr. Eardley"), therefore lacked the power to remove the Conservatorship Proceedings on behalf of Britney in the Notice of Removal filed on February 14, 2008; and

    (b) there is no federal question jurisdiction over the Conservatorship Proceedings because the well-pleaded conservatorship petitions do not present a claim arising under federal law.

2. Pursuant to 28 U.S.C. § 1447(c), Mr. Eardley, and any person or persons with whom he has worked in concert to effectuate the removal, shall, within ten (10) Court days of entry of this Order, pay Mr. Spears $_____, representing his just costs and any actual expenses, including attorneys' fees, incurred as a result of the removal.

3. Mr. Eardley shall, within ten (10) Court days of entry of this Order, filed with the Court and provide to counsel for Mr. Spears a full and complete

1

1 statement, under penalty of perjury, identifying every person or persons with whom
2 he has worked in concert to effectuate the removal, or in whose agency he acts, and
3 stating each person's role with regard to the Notice of Removal.

5 DATED: _____

                                                                  _____
                                                                  The Honorable Philip S. Gutierrez
                                                                  United States District Judge