1  Geraldine A. Wyle, State Bar No. 89735
   Jeffrey D. Wexler, State Bar No. 132256
2  Vivian Lee Thoreen, State Bar No. 224162
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
4  Telephone No.: 213-892-4992
   Fax No.: 213-892-7731
5  gwyle@luce.com
   jwexler@luce.com
6  vthoreen@luce.com

7  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
8  Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**DECLARATION OF ANDREW M. WALLET IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)]**<br><br>Date:   March 17, 2008<br>Time:  1:30 p.m.<br>Place:  Courtroom 790<br>          Roybal Building |

# DECLARATION OF ANDREW M. WALLET

I, ANDREW M. WALLET, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner in the law firm of Hinojosa & Wallet. I am a certified specialist in probate, trusts, and estate planning, State Bar of California, Board of Legal Specialization. Along with James P. Spears ("Mr. Spears"), I am the temporary co-conservator of the estate of Britney Jean Spears. I have personal knowledge of the matters set forth below, and if required to do so, I would and could testify competently to the same.

2. On February 1, 2008, Mr. Spears initiated the conservatorship proceedings styled as *In re the Conservatorship of the Person and Estate of Britney Jean Spears*, Case No. BP 108870 (the "Conservatorship Proceedings") by filing petitions for appointment of temporary conservators of the person and the estate with the Probate Department of the Los Angeles Superior Court (the "Probate Court").

3. On February 1, 2008, the Probate Court appointed me as a temporary co-conservator of the estate of Britney Jean Spears ("Britney"). Letters of Temporary Conservatorship of the Estate were issued to me on that day, and I have been the duly appointed and acting temporary co-conservator of Ms. Spears' estate since February 1, 2008.

4. During the 13-day period from February 1, 2008 until February 14, 2008, when attorney Jon Eardley purported to remove the Conservatorship Proceedings to this Court, the Probate Court was presented with numerous serious issues, including, *inter alia*: (1) the scope of powers to be granted to Mr. Spears as conservator of the person and to Mr. Spears and me as co-conservators of the estate, and modifications to those powers based upon new circumstances; (2) the issue whether a conservatorship over Britney is appropriate, to be determined based upon a report from an independent expert; (3) Britney's capacity to engage an attorney to

1

represent her in this matter; (4) the propriety of a temporary restraining order against Britney's self-styled "manager," Osama ("Sam") Lutfi; (5) whether the co-conservators should be given the power to terminate Britney's business manager, Howard Grossman; and (6) an abortive challenge to the co-conservators, brought by Adam F. Streisand of Loeb & Loeb.

5.  At the time of the purported removal, the Probate Court had scheduled two hearings: (1) the hearing on a civil harassment injunction against Mr. Lutfi, scheduled for February 22, 2008; and (2) the hearing on a permanent conservatorship, scheduled for March 10, 2008, at which time the Court must determine, based upon expert and lay testimony, whether, *inter alia*, there is a factual basis for making the conservatorship permanent and, if so, the powers to be granted to the co-conservators of the estate.

6.  Prior to the purported removal, I was in the process of taking action with respect to the myriad financial/legal/business issues that need immediate attention. The Conservatorship estate is complex and fluid. The co-conservators need to marshal assets, identify expenses and creditors, establish bank accounts, pay bills, medical expenses, business expenses, real estate mortgages and taxes, file tax returns, and hire and manage professionals and business consultants. There are pending (to our knowledge currently) multiple civil and criminal lawsuits in California and in other jurisdictions, which require finding and engaging appropriate counsel to handle the multiple legal issues contained in each of the lawsuits. In fact, I was recently "served" with a summons and complaint for a new civil action, which requires that I find and engage appropriate counsel to handle the multiple legal issues contained in that lawsuit as well. There are innumerable business and legal issues concerning Britney's business affairs that require immediate attention and providing direction to professionals, with the appropriate guidance and oversight to them. Significant among the legal issues is the ongoing family law proceedings in

Los Angeles Superior Court Case No. BD 455662. The removal action has thwarted my ability to properly discharge my duties to the conservatee and her estate.

7. Because of the time sensitivity of these matters – in particular, the approval of a litigation settlement in one matter – the co-conservators will need to seek appropriate relief in the very near future. Unless the Conservatorship Proceedings are immediately remanded, the co-conservators will have no choice but to seek such relief from this Court.

Executed on February 19, 2008 at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Andrew M. Wallet

3