Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)]**<br><br>Date:  March 17, 2008<br>Time:  1:30 p.m.<br>Place: Courtroom 790<br>          Roybal Building |

Pursuant to Fed. R. Evid. 1005, James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears, respectfully asks the Court to take judicial notice of the following documents, which constitute the publicly filed documents from the file of *In re the Conservatorship of the Person and the Estate of Britney Jean Spears*, Los Angeles Superior Court Case No. BP 108870 (the "Action"):[1]

1. Petition for Appointment of Probate Conservator of the Person, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit A.

2. Petition for Appointment of Temporary Conservator of the Person, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit B.

3. Petition for Appointment of Probate Conservator of the Estate, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit C.

4. Petition for Appointment of Temporary Conservator of the Estate, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit D.

5. Consent to Act as Conservator of the Estate, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit E.

6. Ex Parte Application for Order Finding Good Cause for Excusing Notice of Hearing on Petition for Appointment of Temporary Conservator of the Person; Memorandum of Points and Authorities, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit F.

7. Declaration of James P. Spears in Support of Ex Parte Application for Order Finding Good Cause for Excusing Notice of Hearing on Petition for

---

[1] For the Court's convenience, Mr. Spears is providing such documents to the Court because the attorney who purported to file the Notice of Removal on Britney's behalf failed to attach such documents to the Notice of Removal despite the requirement of 42 U.S.C. § 1446(a) that all such materials be filed along with the Notice of Removal.

1

1 | Appointment of Temporary Conservator of the Person, filed on February 1, 2008. A
2 | true and correct copy is attached hereto as Exhibit G.

3 |   8.   Declaration of Lynne Spears in Support of: (1) Ex Parte Application for
4 | Order Finding Good Cause for Excusing Notice of Hearing on Petition for
5 | Appointment of Temporary Conservator of the Person; and (2) Application to Seal
6 | Record re Conservatorship of the Person, filed on February 1, 2008. A true and
7 | correct copy is attached hereto as Exhibit H.

8 |   9.   Declaration of Geraldine A. Wyle in Support of Ex Parte Application
9 | for Order Finding Good Cause for Excusing Notice of Hearing on Petition for
10 | Appointment of Temporary Conservator of the Person, filed on February 1, 2008. A
11 | true and correct copy is attached hereto as Exhibit I.

12 |   10.   Ex Parte Application for Order Finding Good Cause for Excusing
13 | Notice of Hearing on Petition for Appointment of Temporary Conservator of the
14 | Estate; Memorandum of Points and Authorities, filed on February 1, 2008. A true
15 | and correct copy is attached hereto as Exhibit J.

16 |   11.   Declaration of James P. Spears in Support of Ex Parte Application for
17 | Order Finding Good Cause for Excusing Notice of Hearing on Petition for
18 | Appointment of Temporary Conservator of the Estate, filed on February 1, 2008. A
19 | true and correct copy is attached hereto as Exhibit K.

20 |   12.   Declaration of Lynne Spears in Support of: (1) Ex Parte Application for
21 | Order Finding Good Cause for Excusing Notice of Hearing on Petition for
22 | Appointment of Temporary Conservator of the Estate; and (2) Application to Seal
23 | Record re Conservatorship of the Estate, filed on February 1, 2008. A true and
24 | correct copy is attached hereto as Exhibit L.

25 |   13.   Application to Seal Record re Conservatorship of the Person, filed on
26 | February 1, 2008. A true and correct copy is attached hereto as Exhibit M.

27
28

1     14.     Memorandum of Points and Authorities in Support of Application to Seal Record re Conservatorship of the Person, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit N.

    15.     Notice of Lodging of Non-California Authority Cited in Supplemental Memorandum of Points and Authorities in Support of Application to Seal Record re Conservatorship of the Person, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit O.

    16.     Application to Seal Record re Conservatorship of the Estate Pending Further Order of the Court, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit P.

    17.     Memorandum of Points and Authorities in Support of Application to Seal Record re Conservatorship of the Estate Pending Further Order of the Court, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit Q.

    18.     Request for Orders to Stop Harassment, filed February 1, 2008. A true and correct copy is attached hereto as Exhibit R.

    19.     Notice of Hearing and Temporary Restraining Order, filed February 1, 2008. A true and correct copy is attached hereto as Exhibit S.

    20.     Order Dispensing With Notice, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit T.

    21.     Order Appointing Temporary Conservator of the Person, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit U.

    22.     Order Appointing Temporary Conservator of the Estate, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit V.

    23.     Letters of Temporary Conservatorship of the Person, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit W.

    24.     Letters of Temporary Conservatorship of the Estate, filed on February 1, 2008. A true and correct copy is attached hereto as Exhibit X.

1      25.    Order Appointing Court Investigator, filed on February 1, 2008. A true
2  and correct copy is attached hereto as Exhibit Y.
3      26.    Order Appointing Counsel, filed on February 1, 2008. A true and
4  correct copy is attached hereto as Exhibit Z.
5      27.    Appointment Order Professional Appointee Court Expense, dated
6  February 1, 2008. A true and correct copy is attached hereto as Exhibit AA.
7      28.    Bond Upon Qualifying for James P. Spears, filed on February 1, 2008.
8  A true and correct copy is attached hereto as Exhibit BB.
9      29.    Bond Upon Qualifying for Andrew M. Wallet, filed on February 1,
10 2008. A true and correct copy is attached hereto as Exhibit CC.
11     30.    Declaration of James P. Spears in Support of Petition for Appointment
12 of Temporary Conservator (Conservatorship of the Person), filed on February 4,
13 2008. A true and correct copy is attached hereto as Exhibit DD.
14     31.    Supplemental Declaration of James P. Spears in Support of Petition for
15 Appointment of Temporary Conservator (Conservatorship of the Person), filed on
16 February 4, 2008. A true and correct copy is attached hereto as Exhibit EE.
17     32.    Declaration of James P. Spears in Support of Petition for Appointment
18 of Temporary Conservator (Conservatorship of the Estate), filed on February 4,
19 2008. A true and correct copy is attached hereto as Exhibit FF.
20     33.    Supplemental Declaration of James P. Spears in Support of Petition for
21 Appointment of Temporary Conservator (Conservatorship of the Estate), filed on
22 February 4, 2008. A true and correct copy is attached hereto as Exhibit GG.
23     34.    Declaration of Geraldine A. Wyle re Efforts to Contact PVP Counsel
24 and Family Law Counsel re Conservatorship and to Obtain Capacity Declaration
25 From Previous Treating Physician, filed on February 4, 2008. A true and correct
26 copy is attached hereto as Exhibit HH.
27     35.    Declaration of Jeryll S. Cohen re Efforts to Contact PVP Counsel and
28 Family Law Counsel re Conservatorship and to Obtain Capacity Declaration From

1 | Previous Treating Physician, filed on February 4, 2008.  A true and correct copy is
2 | attached hereto as Exhibit II.

3 |         36.     Declaration of Vivian Lee Thoreen re Efforts to Contact PVP Counsel
4 | and Family Law Counsel re Conservatorship and to Obtain Capacity Declaration
5 | From Previous Treating Physician, filed on February 4, 2008.  A true and correct
6 | copy is attached hereto as Exhibit JJ.

7 |         37.     Notice of Partial Withdrawal of Applications to Seal Records, filed on
8 | February 4, 2008.  A true and correct copy is attached hereto as Exhibit KK.

9 |         38.     Order Extending Temporary Letters of Conservatorship of the Person,
10 | filed on February 6, 2008.  A true and correct copy is attached hereto as Exhibit LL.

11 |         39.     Order Extending Temporary Letters of Conservatorship of the Estate,
12 | filed on February 6, 2008.  A true and correct copy is attached hereto as Exhibit
13 | MM.

14 |         40.     Letters of Temporary Conservatorship of the Person, filed on February
15 | 6, 2008.  A true and correct copy is attached hereto as Exhibit NN.

16 |         41.     Letters of Temporary Conservatorship of the Estate, filed on February
17 | 6, 2008.  A true and correct copy is attached hereto as Exhibit OO.

18 |         42.     Ex Parte Application for Order: (1) Granting Power to Fire Howard
19 | Grossman; (2) Requiring Howard Grossman to Turn Over All Documents and
20 | Records; and (3) To Turn Over All Assets Relating to Britney Spears; Memorandum
21 | of Points and Authorities, filed on February 7, 2008.  A true and correct copy is
22 | attached hereto as Exhibit PP.

23 |         43.     Joinder of Andrew M. Wallet, Temporary Co-Conservator of the Estate
24 | of Britney Jean Spears to Ex Parte Application for Order: (1) Granting Power to Fire
25 | Howard Grossman; (2) Requiring Howard Grossman to Turn Over All Documents
26 | and Records Relating to Britney Spears; and (3) To Turn Over All Assets Relating
27 | to Britney Spears, filed on February 7, 2008.  A true and correct copy is attached
28 | hereto as Exhibit QQ.

1    44.    Declaration of Vivian Lee Thoreen in Support of Ex Parte Application
2 for Order: (1) Granting Power to Fire Howard Grossman; (2) Requiring Howard
3 Grossman to Turn Over All Documents and Records Relating to Britney Spears; and
4 (3) To Turn Over All Assets Relating to Britney Spears, filed on February 7, 2008.
5 A true and correct copy is attached hereto as Exhibit RR.

6    45.    Declaration of Geraldine A. Wyle in Support of Ex Parte Application
7 for Order: (1) Granting Power to Fire Howard Grossman; (2) Requiring Howard
8 Grossman to Turn Over All Documents and Records Relating to Britney Spears; and
9 (3) To Turn Over All Assets Relating to Britney Spears, filed on February 7, 2008.
10 A true and correct copy is attached hereto as Exhibit SS.

11    46.    Declaration of Jeffrey D. Wexler in Support of Ex Parte Application for
12 Order: (1) Granting Power to Fire Howard Grossman; (2) Requiring Howard
13 Grossman to Turn Over All Documents and Records Relating to Britney Spears; and
14 (3) To Turn Over All Assets Relating to Britney Spears, filed on February 7, 2008.
15 A true and correct copy is attached hereto as Exhibit TT.

16    47.    Declaration of Jeryll S. Cohen in Support of Ex Parte Application for
17 Order (1) Granting Power to Fire Howard Grossman; (2) Requiring Howard
18 Grossman to Turn Over All Documents and Records Relating to Britney Spears; and
19 (3) To Turn Over All Assets Relating to Britney Spears, filed on February 7, 2008.
20 A true and correct copy is attached hereto as Exhibit UU.

21    48.    Order Granting Ex Parte Application for Order: (1) Granting Power to
22 Fire Howard Grossman; (2) Requiring Howard Grossman to Turn Over All
23 Documents, Records, and Assets Relating to Britney Spears; and (3) To Turn Over
24 All Assets Relating to Britney Spears, filed on February 7, 2008.  A true and correct
25 copy is attached hereto as Exhibit VV.

26    49.    Proof of Service Regarding Order Granting Ex Parte Application for
27 Order: (1) Granting Power to Fire Howard Grossman; (2) Requiring Howard
28 Grossman to Turn Over All Documents, Records, and Assets Relating to Britney

Spears; and (3) To Turn Over All Assets Relating to Britney Spears, filed on February 8, 2008. A true and correct copy is attached hereto as Exhibit WW.

50. Declaration of Gary Stiffelman, filed on February 14, 2008. A true and correct copy is attached hereto as Exhibit XX.

51. Order Extending Temporary Letters of Conservatorship of the Person, filed on February 14, 2008. A true and correct copy is attached hereto as Exhibit YY.

52. Order Extending Temporary Letters of Conservatorship of the Estate, filed on February 14, 2008. A true and correct copy is attached hereto as Exhibit ZZ.

53. Minute Order from hearing on February 14, 2008. A true and correct copy is attached hereto as Exhibit AAA.

54. Letters of Temporary Conservatorship of the Person, filed on February 14, 2008. A true and correct copy is attached hereto as Exhibit BBB.

55. Letters of Temporary Conservatorship of the Estate, filed on February 14, 2008. A true and correct copy is attached hereto as Exhibit CCC.

DATED: February 19, 2008         Respectfully submitted,

                                 LUCE, FORWARD, HAMILTON &
                                   SCRIPPS LLP

                                 By:    /s/ Jeffrey D. Wexler
                                        Jeffrey D. Wexler
                                        Attorneys for James P. Spears,
                                        Temporary Conservator of the Person
                                        and Temporary Co-Conservator of the
                                        Estate