# EXHIBIT B

GC-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Geraldine A. Wyle, SBN 89735  Jeryll S. Cohen, SBN 125392<br>Vivian L. Thoreen, SBN 224162<br>Luce, Forward, Hamilton & Scripps LLP<br>601 South Figueroa Street, Suite 3900, Los Angeles, California 90017<br>TELEPHONE NO.: (213) 892-4992    FAX NO. (Optional): (213) 892-7731<br>E-MAIL ADDRESS (Optional): gwyle@luce.com; jcohen@luce.com; vthoreen@luce.com<br>ATTORNEY FOR (Name): James P. Spears | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>FEB 01 2008<br><br>JOHN A. CLARKE, CLERK<br>BY G. PEREZ, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP OF (Name):
Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

**PETITION FOR APPOINTMENT OF TEMPORARY**
☐ GUARDIAN ☒ CONSERVATOR
☒ Person* ☐ Estate*

CASE NUMBER: BP108870

1. Petitioner (name each): James P. Spears

   **requests that**

   a. (Name): James P. Spears
      (Address and 10945 Bluffside Drive, Studio City, California 91604
      telephone number): (818) 761-4345

      be appointed temporary ☐ guardian ☒ conservator of the PERSON of the
      ☐ minor ☒ proposed conservatee and Letters issue upon qualification.

   b. (Name):

      be appointed temporary ☐ guardian ☐ conservator of the ESTATE of the
      ☐ minor ☐ proposed conservatee and Letters issue upon qualification.

   c. (1) ☒ bond not be required because petition is for a temporary guardianship or conservatorship of the person only.
      (2) ☐ bond not be required for the reasons stated in Attachment 1c.
      (3) ☐ $_____ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law.
          (Specify reasons in Attachment 1c if the amount is different from maximum required by Probate Code section 2320.)
      (4) ☐ $_____ in deposits in a blocked account be allowed. Receipts will be filed.
          (Specify institution and location):

   d. ☒ the powers specified in Attachment 1d be granted in addition to the powers provided by law.
   e. ☒ an order be granted dispensing with notice to the ☐ minor ☒ proposed conservatee ☐ minor's mother
      ☐ minor's father ☐ other person having a visitation order for the reasons stated in Attachment 1e.
      (Identify each by name and relationship.)
   f. ☒ other orders be granted (specify in Attachment 1f).

2. The ☐ minor ☒ proposed conservatee is (name): Britney Jean Spears
   Current address: UCLA Medical Center, 10833 Le Conte Avenue,    Current telephone no.: (310) 825-9111
                    Westwood, California 90095

3. The ☐ minor ☒ proposed conservatee requires a temporary ☐ guardian ☒ conservator to ☒ provide
   for temporary care, maintenance, and support ☒ protect property from loss or injury because
   (facts are ☐ specified in Attachment 3 ☒ as follows):
   See Confidential Supplemental Information

---

*You MAY use this form or form GC-110(P) for a temporary guardianship of the person. You MUST use this form for a temporary guardianship of the estate or the person and estate or for a temporary conservatorship.

Page 1 of 2

| Form Adopted for Mandatory and Alternative<br>Mandatory Use Instead of Form GC-110(P)<br>Judicial Council of California<br>GC-110 [Rev. January 1, 2007] | **PETITION FOR APPOINTMENT OF<br>TEMPORARY GUARDIAN OR CONSERVATOR**<br>(Probate—Guardianships and Conservatorships) | Probate Code, § 2250;<br>Cal. Rules of Court, rule 7.101<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

GC-110

| TEMPORARY ☐  GUARDIANSHIP ☐  CONSERVATORSHIP OF (Name): Britney Jean Spears    ☐ MINOR  ☒ CONSERVATEE | CASE NUMBER: BP108870 |
|---|---|

4. Temporary ☐ guardianship ☒ conservatorship is required
   a. ☒ pending the hearing on the petition for appointment of a general ☐ guardian ☒ conservator,
   b. ☐ pending the appeal under Probate Code section 1301.
   c. ☐ during the suspension of powers of the ☐ guardian ☐ conservator.
5. ☒ (Complete if a temporary guardianship or conservatorship of the estate or person and estate is requested.)
   Character and estimated value of the property of the estate:
   a. Personal property: $
   b. Annual gross income from all sources, including real and personal property, wages, pensions, and public benefits: $ Unknown
   c. Total: $ 0.00
6. ☐ **Change of Residence of Proposed Conservatee**
   a. ☐ Petitioner requests that the residence of the proposed conservatee be changed to (address):

   The proposed conservatee will suffer irreparable harm if his or her residence is not changed as requested and no means less restrictive of the proposed conservatee's liberty will suffice to prevent the harm because (precise reasons are
   ☐ specified in Attachment 6a  ☐ as follows):

   b. ☐ The proposed conservatee must be removed from the State of California to permit the performance of the following non psychiatric medical treatment essential to the proposed conservatee's physical survival. The proposed conservatee consents to this medical treatment.
   (Facts and place of treatment are  ☐ specified in Attachment 6b  ☐ as follows):

   c. (Change of residence only) The proposed conservatee
      (1) ☐ will attend the hearing.
      (2) ☐ is able but unwilling to attend the hearing, does not wish to contest the establishment of a conservatorship, does not object to the proposed conservator, and does not prefer that another person act as conservator.
      (3) ☐ is unable to attend the hearing because of medical inability. An affidavit or certificate of a licensed medical practitioner or an accredited religious practitioner is affixed as Attachment 6c.
      (4) ☐ is not the petitioner, is out of state, and will not attend the hearing.
   d. ☐ (Change of residence only) Filed with this petition is a proposed Order Appointing Court Investigator (form GC-330).
7. Petitioner believes the ☐ minor ☒ proposed conservatee ☐ will ☒ will not attend the hearing.
8. All attachments to this form are incorporated by this reference as though placed herein this form. There are 2 pages attached to this form.

Date: January 31, 2008

▶ _____(SIGNATURE OF ATTORNEY*)_____

* (Signature of all petitioners also required (Prob. Code, § 1020).)
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: January 31, 2008

James P. Spears
(TYPE OR PRINT NAME)

▶ _Jamie Spears_ (SIGNATURE OF PETITIONER)

▶
(TYPE OR PRINT NAME)        (SIGNATURE OF PETITIONER)

GC-110 [Rev. January 1, 2007]         **PETITION FOR APPOINTMENT OF**                     Page 2 of 2
                                      **TEMPORARY GUARDIAN OR CONSERVATOR**
                                      (Probate—Guardianships and Conservatorships)        American LegalNet, Inc.
                                                                                           www.FormsWorkflow.com

Petition for Appointment of
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 1.d

      Petitioner requests that the Court grant the Temporary Conservator of the Person the following powers in addition to the powers provided by law:

    1.     The power to make all medical and health care decisions for the Conservatee under Probate Code Section 2355, including but not limited to, the power to consent to and authorize hospitalization and a full medical evaluation and diagnositic tests, including but not limited to, blood work-up, urine test, psychiatric evaluation, to prevent the Conservatee from discharging herself from the hospital, to authorize the hospital to use security personnel to prevent the conservatee from leaving the hospital and to authorize the medical staff to use restraints, if necessary, and recommended by the Conservatee's treating physician.

    2.     The power to restrict and limit visitors; provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her attorney, subject to the Temporary Conservator's approval of the location for the meeting and ability to secure it in order to protect the Conservatee.

    3.     The power to retain caretakers for the Conservatee on a 24 hour/7 day basis. The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

Petition for Appointment of
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 1.f

Additional Powers are granted as follows:

      The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or further order of the Court.