# EXHIBIT D

GC-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Geraldine A. Wyle, SBN 89735 Jeryll S. Cohen, SBN 125392<br>Vivian L. Thoreen, SBN 224162<br>Luce, Forward, Hamilton & Scripps LLP<br>601 South Figueroa Street, Suite 3900, Los Angeles, California 90017<br>TELEPHONE NO.: (213) 892-4992  FAX NO. (Optional): (213) 892-7731<br>E-MAIL ADDRESS (Optional): gwyle@luce.com; jcohen@luce.com; vthoreen@luce.com<br>ATTORNEY FOR (Name): James P. Spears | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>FEB 01 2008<br>JOHN A. CLARKE, CLERK<br>BY G. PEREZ, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP OF (Name):
Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

**PETITION FOR APPOINTMENT OF TEMPORARY**
☐ GUARDIAN ☒ CONSERVATOR
☐ Person* ☒ Estate*

CASE NUMBER: BP108870

1. **Petitioner** (name each): James P. Spears **requests that**
   a. (Name):
      (Address and
      telephone number):
      be appointed temporary ☐ guardian ☐ conservator of the PERSON of the
      ☐ minor ☒ proposed conservatee and Letters issue upon qualification.
   b. (Name): James P. Spears and Andrew M. Wallet
      (Address and same as above; 2215 Colby Avenue, Los Angeles, California 90064
      telephone number): (818) 761-4345; (310) 473-7000
      be appointed temporary ☐ guardian ☒ conservator of the ESTATE of the
      ☐ minor ☒ proposed conservatee and Letters issue upon qualification.
   c. (1) ☐ bond not be required because petition is for a temporary guardianship or conservatorship of the person only.
      (2) ☐ bond not be required for the reasons stated in Attachment 1c.
      (3) ☒ $ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law.
         (Specify reasons in Attachment 1c if the amount is different from maximum required by Probate Code section 2320.)
      (4) ☐ $ in deposits in a blocked account be allowed. Receipts will be filed.  See Attachment 1c.
         (Specify institution and location):
   d. ☒ the powers specified in Attachment 1d be granted in addition to the powers provided by law.
   e. ☒ an order be granted dispensing with notice to the ☐ minor ☒ proposed conservatee ☐ minor's mother
      ☐ minor's father ☐ other person having a visitation order for the reasons stated in Attachment 1e.
      (Identify each by name and relationship.)
   f. ☒ other orders be granted (specify in Attachment 1f).
2. The ☐ minor ☒ proposed conservatee is (name): Britney Jean Spears
   Current address: UCLA Medical Center, 10833 Le Conte Avenue,  Current telephone no.: (310) 825-9111
   Westwood, California 90095
3. The ☐ minor ☒ proposed conservatee requires a temporary ☐ guardian ☒ conservator to ☒ provide
   for temporary care, maintenance, and support ☒ protect property from loss or injury because
   (facts are ☐ specified in Attachment 3 ☒ as follows):
   See Confidential Supplemental Information

*You MAY use this form or form GC-110(P) for a temporary guardianship of the person. You MUST use this form for a temporary guardianship of the estate or the person and estate or for a temporary conservatorship.

Page 1 of 2

| Form Adopted for Mandatory and Alternative<br>Mandatory Use Instead of Form GC-110(P)<br>Judicial Council of California<br>GC-110 [Rev. January 1, 2007] | **PETITION FOR APPOINTMENT OF**<br>**TEMPORARY GUARDIAN OR CONSERVATOR**<br>(Probate—Guardianships and Conservatorships) | Probate Code, § 2250;<br>Cal. Rules of Court, rule 7.101<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

GC-110

| TEMPORARY ☐ GUARDIANSHIP ☐ CONSERVATORSHIP OF (Name): Britney Jean Spears ☐ MINOR ☒ CONSERVATEE | CASE NUMBER: BP108870 |

4. Temporary ☐ guardianship ☒ conservatorship is required
   a. ☒ pending the hearing on the petition for appointment of a general ☐ guardian ☒ conservator,
   b. ☐ pending the appeal under Probate Code section 1301.
   c. ☐ during the suspension of powers of the ☐ guardian ☐ conservator.

5. ☒ (Complete if a temporary guardianship or conservatorship of the estate or person and estate is requested.)
   Character and estimated value of the property of the estate:
   a. Personal property: $
   b. Annual gross income from all sources, including real and personal property, wages, pensions, and public benefits: $ Unknown
   c. Total: $ 0.00

6. ☐ **Change of Residence of Proposed Conservatee**
   a. ☐ Petitioner requests that the residence of the proposed conservatee be changed to (address):

   The proposed conservatee will suffer irreparable harm if his or her residence is not changed as requested and no means less restrictive of the proposed conservatee's liberty will suffice to prevent the harm because (precise reasons are
   ☐ specified in Attachment 6a ☐ as follows):

   b. ☐ The proposed conservatee must be removed from the State of California to permit the performance of the following non psychiatric medical treatment essential to the proposed conservatee's physical survival. The proposed conservatee consents to this medical treatment.
   (Facts and place of treatment are ☐ specified in Attachment 6b ☐ as follows):

   c. (Change of residence only) The proposed conservatee
      (1) ☐ will attend the hearing.
      (2) ☐ is able but unwilling to attend the hearing, does not wish to contest the establishment of a conservatorship, does not object to the proposed conservator, and does not prefer that another person act as conservator.
      (3) ☐ is unable to attend the hearing because of medical inability. An affidavit or certificate of a licensed medical practitioner or an accredited religious practitioner is affixed as Attachment 6c.
      (4) ☐ is not the petitioner, is out of state, and will not attend the hearing.
   d. ☐ (Change of residence only) Filed with this petition is a proposed Order Appointing Court Investigator (form GC-330).

7. Petitioner believes the ☐ minor ☒ proposed conservatee ☐ will ☒ will not attend the hearing.
8. All attachments to this form are incorporated by this reference as though placed here in this form. There are 3 pages attached to this form.

Date: January 31, 2008

▶ _____
(SIGNATURE OF ATTORNEY*)

* (Signature of all petitioners also required (Prob. Code, § 1020).)
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: January 31, 2008

James P. Spears
(TYPE OR PRINT NAME)

▶ James P. Spears
(SIGNATURE OF PETITIONER)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PETITIONER)

GC-110 [Rev. January 1, 2007]

**PETITION FOR APPOINTMENT OF TEMPORARY GUARDIAN OR CONSERVATOR**
(Probate—Guardianships and Conservatorships)

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

Petition for Appointment of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 1.c

    The Petitioner requests that the Court set a minimum bond, if any, since the assets of the Conservatee are currently in the possession, control, and custody of the Conservatee's business manager, Howard Grossman of Goldman, Lichtenberg, Wasserman & Grossman, Inc., and the Petitioner does not know the nature and extent of the Conservatee's assets at this time. Upon the appointment of a temporary conservator(s) of the estate, the conservator(s) will marshal the assets of the Conservatee and request an appropriate increase in the bond upon determination of the nature and extent of the Conservatee's assets.

Petition for Appointment of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 1.d

The Petitioner Requests that the Court grant the Temporary Conservator of the Estate the following powers in addition to the powers provided by law:

1.      The power to obtain all documents and records relating to the Conservatee and her assets, whether held in her name or in the name of another, including but not limited to, all records currently in the possession and control of the Conservatee's business manager, Howard Grossman, her attorneys, and others, all contracts, information relating to credit cards, bank statements, estate planning documents, and receivables.

2.      The power to take all actions necessary to secure the Conservatee's assets, including the power to enter and take possession and control of the Conservatee's residence, identified the Confidential Supplemental Information, to remove all persons from the residence and take any and all actions necessary to secure the residence, including changing the locks, call on law enforcement and employ security guards at the expense of the Conservatorship Estate.

3.      The power to take all actions necessary to secure the Conservatee's liquid assets, including but not limited to, the power to cancel all credit cards.

4.      The power to revoke all powers of attorneys, including powers of attorney for making health care decisions and managing real estate, and to terminate any and all agencies.

5.      The power to commence and maintain litigation and participate in any litigation with respect to which the Conservatee is a party or has an interest, and the power to retain counsel and experts, and to pay same from the Conservatorship Estate.

6.      Pursuant to Probate Code Section 2590, the following powers set forth in Probate Code Section 2591:

    a.      To contract for the conservatorship and perform outstanding contracts and thereby bind the estate.

    b.      To operate at the risk of the estate a business constituting an asset of the estate.

    c.      To pay, collect, compromise, arbitrate, or otherwise adjust claims, debts, or demands upon the Conservatorship Estate.

    d.      To employ attorneys, accountants, investment counsel, agents, depositaries, and employees and to pay the expenses, and the power to fire any of the same.

Petition for Appointment of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 1.f

Additional Powers are granted as follows:

    The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or further order of the Court.