# EXHIBIT E

Geraldine A. Wyle, State Bar No. 089735
Jeryll S. Cohen, State Bar No. 125392
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa Street, Suite 3900
Los Angeles, California 90017
Telephone No.: 213.892.4992
Fax No.: 213.892.7731

Attorneys for Petitioner James P. Spears

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 01 2008

JOHN A. CLARKE, CLERK
BY G. PEREZ, DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In the Matter of the<br><br>CONSERVATORSHIP OF BRITNEY JEAN SPEARS | CASE NO. BP 108870<br><br>**CONSENT TO ACT AS CONSERVATOR OF THE ESTATE**<br><br>Date: February 1, 2008<br>Time: 10:30 a.m.<br>Dept.: 9<br>Judge: Hon. Aviva K. Bobb |

I, Andrew M. Wallet, hereby consent to act as conservator of the estate of the proposed conservatee, Britney Jean Spears.

Dated: 1-31-08

_____
Andrew M. Wallet

1
CONSENT TO ACT AS CONSERVATOR OF THE ESTATE