# EXHIBIT G

1  Geraldine A. Wyle (SBN 89735)
2  Jeryll S. Cohen (SBN 125392)
   Jeffrey D. Wexler (SBN 132256)
3  Vivian Lee Thoreen (SBN 224162)
   LUCE FORWARD HAMILTON & SCRIPPS LLP
4  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
5  Telephone:   (213) 892-4992
   Facsimile:   (213) 892-7731
6
   Attorneys for Applicant James P. Spears

FILED
LOS ANGELES SUPERIOR COURT
FEB 01 2008
JOHN A. CLARKE
BY G. PEREZ

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In re the Conservatorship of the Person of:<br><br>BRITNEY JEAN SPEARS,<br><br>Proposed Conservatee. | CASE NO. BP 108870<br><br>**DECLARATION OF JAMES P. SPEARS IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FINDING GOOD CAUSE FOR EXCUSING NOTICE OF HEARING ON PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR OF THE PERSON**<br><br>Date: February 1, 2008<br>Time: 10:30 a.m<br>Department: A |

1

JAMES SPEARS DECL. ON APPS. RE CONSERVATOR OF THE ESTATE

# DECLARATION OF JAMES P. SPEARS

I, James P. Spears, declare as follows:

1. I am the natural father of Britney Jean Spears, the proposed conservatee. The statements contained in this declaration are based personal knowledge and experience. If called as a witness, I could and would competently testify to the facts stated herein.

2. Early on the morning of January 31, 2008, Britney was admitted to UCLA Medical Center on a 5150, a 72-hour psychiatric hold.

3. On January 31, 2008, despite instructions given by my wife Lynne Spears and me, Osama ("Sam") Lutfi was allowed to visit Britney at the hospital.

4. Based upon my observation of Britney's emotional and psychological condition and her dealings with Mr. Lutfi, I believe that Britney is incapable of keeping information from Mr. Lutfi. In particular, I believe that, if she knew that I was planning to seek a conservatorship for her, she would tell Mr. Lutfi about the planned conservatorship.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 1st day of February 2008 at Los Angeles, California.

_____
James P. Spears