# EXHIBIT I

| | |
|---|---|
| Geraldine A. Wyle (SBN 89735)<br>Jeryll S. Cohen (SBN 125392)<br>Jeffrey D. Wexler (SBN 132256)<br>Vivian Lee Thoreen (SBN 224162)<br>LUCE FORWARD HAMILTON & SCRIPPS LLP<br>601 South Figueroa, Suite 3900<br>Los Angeles, California 90017<br>Telephone:   (213) 892-4992<br>Facsimile:    (213) 892-7731<br><br>Attorneys for Applicant James P. Spears | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>FEB 01 2008<br><br>JOHN A. CLARKE, CLERK<br>BY G. PEREZ, DEPUTY |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In re the Conservatorship of the Person of:<br><br>BRITNEY JEAN SPEARS,<br><br>    Proposed Conservatee. | CASE NO. BP BP108870<br><br>**DECLARATION OF GERALDINE A. WYLE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER FINDING GOOD CAUSE FOR EXCUSING NOTICE OF HEARING ON PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR OF THE PERSON**<br><br>Date: February 1, 2008<br>Time: 10:30 a.m<br>Department: 11 |

---

1

WYLE DECL. ON EX PARTE APP. FOR ORDER EXCUSING NOTICE OF HEARING RE CONSERVATOR

## DECLARATION OF GERALDINE A. WYLE

I, GERALDINE A. WYLE, declare:

1. I am an attorney licensed to practice before the Courts of the State of California. I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for applicant James P. Spears ("Applicant"). I am one of the lawyers at Luce Forward responsible for representing Applicant.

2. Pursuant to Cal. R. Court 7.1062(e)(3) and Cal. R. Court 3.1204(b), I provide this declaration to give information with regard to the giving of notice as to Applicant's *ex parte* application pursuant to Cal. Prob. Code § 2250 and Cal. R. Court 7.1062 for an Order finding that there is good cause for not giving notice of the hearing on the proposed appointment of a temporary conservator to proposed conservatee Britney Jean Spears ("Britney").

3. For the reasons set forth in the declaration of Lynne Spears filed concurrently herewith, there is good cause for not giving notice of the hearing on the proposed appointment of a temporary conservator in order to protect Britney and her estate from immediate and substantial harm.

4. This *ex parte* application asks the Court to find that there is good cause for not giving notice of the hearing on the proposed appointment of a temporary conservator. Giving notice of the *ex parte* application would give Britney notice of the hearing on the proposed appointment of a temporary conservatory, contrary to the relief sought by this application.

Executed on February 1, 2008 at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
GERALDINE A. WYLE