# EXHIBIT M

Geraldine A. Wyle (SBN 89735)
Jeryll S. Cohen (SBN 125392)
Jeffrey D. Wexler (SBN 132256)
Vivian Lee Thoreen (SBN 224162)
LUCE FORWARD HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone:   (213) 892-4992
Facsimile:   (213) 892-7731

Attorneys for Applicant James P. Spears

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 01 2008

JOHN A. CLARKE, CLERK
BY G. PEREZ, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

In re the Conservatorship of the Person of:

BRITNEY JEAN SPEARS,

   Proposed Conservatee.

CASE NO. BP 108870

**APPLICATION TO SEAL RECORD RE CONSERVATORSHIP OF THE PERSON**

Date: February 1, 2008
Time: 10:30 a.m.
Department: 11

Pursuant to Cal. R. Court 2.550 and 2.551, applicant James P. Spears ("Applicant") will, and hereby does, respectfully apply to the Court for an Order sealing the record of these proceedings. Applicant seeks such relief in connection with his petition for the appointment of a conservator over the person of his daughter, Britney Jean Spears ("Britney"). Applicant requests that these proceedings be sealed to protect Britney's constitutionally protected privacy rights as well as her prospects for a medical recovery.

This application is made on the grounds that a sealing order is required under Cal. R. Court 2.550(d) because the facts establish:

   (1)   There exists an overriding interest that overcomes the right of public access to the record;

   (2)   The overriding interest supports sealing the record;

   (3)   A substantial probability exists that the overriding interest will be prejudiced if the record is not sealed;

1
APPLICATION TO SEAL RECORD

(4)  The proposed sealing is narrowly tailored; and

(5)  No less restrictive means exist to achieve the overriding interest.

*Id.*

This application is based on this Application, the Memorandum of Points and Authorities filed concurrently herewith, the Declarations of Lynne Spears and Jeryll Cohen filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, and such argument as may be presented in connection with the Application.

DATED: February 1, 2008          Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeryll S. Cohen
Attorneys for Applicant James P. Spears

2
APPLICATION TO SEAL RECORD