# EXHIBIT P

1  Geraldine A. Wyle (SBN 89735)
2  Jeryll S. Cohen (SBN 125392)
   Jeffrey D. Wexler (SBN 132256)
3  Vivian Lee Thoreen (SBN 224162)
   LUCE FORWARD HAMILTON & SCRIPPS LLP
4  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
5  Telephone:   (213) 892-4992
   Facsimile:   (213) 892-7731

6  Attorneys for Applicant James P. Spears

8  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11 In re the Conservatorship of the Estate of:    CASE NO. BP _____

12 BRITNEY JEAN SPEARS,                            **APPLICATION TO SEAL RECORD RE CONSERVATORSHIP OF THE ESTATE PENDING FURTHER ORDER OF THE COURT**

13         Proposed Conservatee.

15 Date: February 1, 2008
   Time: 10:30 a.m.
16 Department: 11

---

1

APPLICATION TO SEAL RECORD PENDING FURTHER ORDER OF THE COURT

Pursuant to Cal. R. Court 2.550 and 2.551, applicant James P. Spears ("Applicant") will, and hereby does, respectfully apply to the Court for an Order sealing these proceedings pending further Order of the Court. Applicant seeks such relief in connection with his petition for the appointment of a conservator over the estate of his daughter, Britney Jean Spears ("Britney"). Applicant requests that these proceedings be sealed to ensure Britney's safety and to protect the assets of the estate until they can be secured by the conservator.

This application is made on the grounds that a sealing order is required under Cal. R. Court 2.550(d) because the facts establish:

(1) There exists an overriding interest that overcomes the right of public access to the record;

(2) The overriding interest supports sealing the record;

(3) A substantial probability exists that the overriding interest will be prejudiced if the record is not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve the overriding interest.

*Id.*

This application is based on this Application, the Memorandum of Points and Authorities filed concurrently herewith, the Declarations of Lynne Spears and Jeryll Cohen filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, and such argument as may be presented in connection with the Application.

DATED: February 1, 2008            Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeryll S. Cohen
Attorneys for Applicant James P. Spears