# EXHIBIT T

GC-021

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Geraldine A. Wyle, SBN 89735<br>Jeryll S. Cohen, SBN 125392<br>Luce, Forward, Hamilton & Scripps LLP<br>601 South Figueroa Street, Suite 3900, Los Angeles, California 90017 | (213) 892-4992<br>(213) 892-7731 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>FEB 01 2008<br><br>JOHN A. CLARKE, CLERK<br>BY G. PEREZ, DEPUTY |
| ATTORNEY FOR (Name): James P. Spears | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

☐ GUARDIANSHIP  ☒ CONSERVATOR SHIP OF (Name):
Britney Jean Spears

☐ MINOR  ☒ CONSERVATEE

**ORDER DISPENSING WITH NOTICE**

CASE NUMBER: BP108870

1. **THE COURT FINDS** that a petition for (specify): Appointment of Temporary Conservator of the Person
has been filed and

   a. ☐ (for guardian ship only) the following persons cannot with reasonable diligence be given notice (names):

   b. ☐ (for guardianship only) the giving of notice to the following persons is contrary to the interest of justice (names):

   c. ☒ good cause exists for dispensing with notice to the following persons referred to in Probate Code section 1460(b) (names):
   Britney Jean Spears, James P. Spears (applicant), Lynne Spears (who is aware of and consents to the petition), Bryan Spears (who is aware of the petition), Jamie-Lynn Spears (a minor), Sean Preston Federline (a minor), Jayden James Federline (a minor), and June Austin Spears

   d. ☐ other (specify):

2. **THE COURT ORDERS** that notice of hearing on the petition for (specify):

   a. ☐ is not required except to persons requesting special notice under Probate Code section 2700.
   b. ☒ is dispensed with to the following persons (names):
   Britney Jean Spears, James P. Spears (applicant), Lynne Spears (who is aware of and consents to the petition), Bryan Spears (who is aware of the petition), Jamie-Lynn Spears (a minor), Sean Preston Federline (a minor), Jayden James Federline (a minor), and June Austin Spears

Date: February 1, 2008

_[signature]_
JUDGE OF THE SUPERIOR COURT
REVA G. GOETZ, COMMISSIONER

Form Approved by the
Judicial Council of California
GC-021 [Rev. January 1, 1998]

**ORDER DISPENSING WITH NOTICE
GUARDIANSHIP OR CONSERVATOR SHIP**

Probate Code, §1460

2001 © American LegalNet, Inc.