# EXHIBIT U

GC-140

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Geraldine A. Wyle, SBN 89735; Jeryll S. Cohen, SBN 125392<br>Vivian L. Thoreen, SBN 224162<br>Luce, Forward, Hamilton & Scripps LLP<br>601 South Figueroa Street, Suite 3900, Los Angeles, California 90017 | (213) 892-4992<br>(213) 892-7731 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>FEB 01 2008<br><br>JOHN A. CLARKE, CLERK<br>BY B. PEREZ, DEPUTY |
| ATTORNEY FOR (Name): James P. Spears | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP OF THE
☒ PERSON ☐ ESTATE OF (Name): Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

ORDER APPOINTING TEMPORARY ☐ GUARDIAN ☒ CONSERVATOR

CASE NUMBER: BP108870

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a temporary ☐ guardian ☒ conservator came on for hearing as follows (check boxes c and d to indicate personal presence):
   a. Judge (name): Hon. ~~Aviva K. Bobb~~ REVA G. GOETZ, COMMISSIONER
   b. Hearing date: February 01, 2008    Time: 1:30 pm    ☒ Dept.: 9    ☐ Room: 244
   c. ☒ Petitioner (name): James P. Spears
      ☒ Attorney for petitioner (name): Geraldine A. Wyle
   d. ☐ Minor ☐ Conservatee (name):
      Attorney for ☐ minor ☐ conservatee (name):

**THE COURT FINDS**
2. a. ☐ Notice of time and place of hearing has been given as required by law.
   b. ☒ Notice of time and place of hearing ☐ has been ☒ should be dispensed with for (names):
      Britney Jean Spears
3. ☒ It is necessary that a temporary ☐ guardian ☒ conservator be appointed to ☒ provide for temporary care, maintenance, and support ☐ protect property from loss or injury.
   ☒ pending the hearing on the petition for appointment of a general ☐ guardian ☒ conservator.
   ☐ pending an appeal under Probate Code section 1301.
   ☐ during the suspension of powers of the ☐ guardian ☐ conservator.

4. ☐ To prevent irreparable harm, the residence of the conservatee must be changed. No means less restrictive of the conservatee's liberty will prevent irreparable harm.

5. ☐ The conservatee must be removed from the State of California to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival. The conservatee consents to this medical treatment.

6. ☐ The conservatee need not attend the hearing on change of residence or removal from the State of California.

**THE COURT ORDERS**
7. a. (Name): James P. Spears
      (Address):                                          (Telephone): (818) 761-4345
      10945 Bluffside Drive, Studio City, California 91604

      is appointed temporary ☐ guardian ☒ conservator of the PERSON of
      (name): Britney Jean Spears
                                                   and Letters shall issue upon qualification

(Continued on reverse)

| TEMPORARY ☐ GUARDIANSHIP  ☒ CONSERVATORSHIP  OF (Name): Britney Jean Spears  ☐ MINOR  ☒ CONSERVATEE | CASE NUMBER: BP108870 |
|---|---|

7. b. (Name):

   (Address):                                                          (Telephone):

   is appointed temporary ☐ guardian ☐ conservator of the ESTATE of
   (name):
                                                                       and Letters shall issue upon qualification.

8. ☒ Notice of hearing to the persons named in item 2b is dispensed with.

9. a. ☒ Bond is not required. *sw*
   b. ☒ Bond is fixed at: $ ____ to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $ ____ are ordered to be placed in a blocked account at (specify institution and location): ____
   and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 9c.
   d. ☒ The temporary ☐ guardian ☒ conservator is not authorized to take possession of money or any other property without a specific court order.

10. ☐ The conservator is authorized to change the residence of the conservatee to (address):

11. ☐ The conservator is authorized to remove the conservatee from the State of California to the following address to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival (address):

12. ☐ The conservatee need not attend the hearing on change of residence or removal from the State of California.

13. ☒ In addition to the powers granted by law, the temporary conservator is granted other powers. These powers are specified
    ☒ in Attachment 13    ☐ below (specify):

14. ☒ Other orders as specified in Attachment 14 are granted.

15. ☒ Unless modified by further order of the court, this order expires on (date): 2/4/08

16. Number of boxes checked in items 8-15: 8

17. Number of pages attached: 2

Date: February 01, 2008

                                                            JUDGE OF THE SUPERIOR COURT
                                                    ☒ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-140 [Rev. January 1, 1998]           **ORDER APPOINTING**                                    Page two
                                **TEMPORARY GUARDIAN OR CONSERVATOR**

2001 © American LegalNet, Inc.

BP 108870

Order Appointing
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 13

The Temporary Conservator of the Person is granted the following powers in addition to the powers provided by law:

1. ~~The power to make all medical and health care decisions for the Conservatee under Probate Code Section 2355, including but not limited to, the power to consent to and authorize hospitalization and a full medical evaluation and diagnositic tests, including but not limited to, blood work-up, urine test, psychiatric evaluation, to prevent the Conservatee from discharging herself from the hospital, to authorize the hospital to use security personnel to prevent the conservatee from leaving the hospital and to authorize the medical staff to use restraints, if necessary, and recommended by the Conservatee's treating physician.~~

2. The power to restrict and limit visitors; provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her attorney, subject to the Temporary Conservator's approval of the location for the meeting and ability to secure it in order to protect the Conservatee.

3. The power to retain caretakers for the Conservatee on a 24 hour/7 day basis. The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

*pbf* 4. The power to prosecute Civil Harassment Restraining Orders that the Temporary Conservator deems appropriate. *pbf*

pbb

BP108870

5. PVP counsel shall review and discuss the Orders and related pleadings with the Conservatee. PVP counsel shall retain all copies of the orders and pleadings and shall not leave them with the Conservatee.

6. The temporary conservator shall have access to any and all medical records and to communications with treating and other expert medical personnel. pbb

Order Appointing
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 14

BP108870

Additional Powers are granted as follows:

The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or further order of the Court, in no event later than February 4, 2008

IT IS SO ORDERED.

Dated: 2/1/08

_____
~~Hon. Aviva K. Bobb~~
Judge of the Superior Court

REVA G. GOETZ, COMMISSIONER