# EXHIBIT V

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Geraldine A. Wyle, SBN 89735; Jeryll S. Cohen, SBN 125392<br>Vivian L. Thoreen, SBN 224162<br>Luce, Forward, Hamilton & Scripps LLP<br>601 South Figueroa Street, Suite 3900, Los Angeles, California 90017<br>ATTORNEY FOR (Name): James P. Spears<br>TELEPHONE AND FAX NOS.: (213) 892-4992 / (213) 892-7731 | GC-140<br>FOR COURT USE ONLY<br>**FILED**<br>LOS ANGELES SUPERIOR COURT<br>FEB 0 1 2008<br>JOHN A. CLARKE, CLERK<br>BY G. PEREZ, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP OF THE
☐ PERSON ☒ ESTATE OF (Name): Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

ORDER APPOINTING TEMPORARY ☐ GUARDIAN ☒ CONSERVATOR

CASE NUMBER: BP108870

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. The petition for appointment of a temporary ☐ guardian ☒ conservator came on for hearing as follows (check boxes c and d to indicate personal presence): REVA G. GOETZ, COMMISSIONER
   a. Judge (name): Hon. ~~Aviva K. Bobb~~
   b. Hearing date: February 01, 2008    Time: 1:30 pm    ☒ Dept.: 9    ☒ Room: 244
   c. ☒ Petitioner (name): James P. Spears
      ☒ Attorney for petitioner (name): Geraldine A. Wyle
   d. ☐ Minor ☐ Conservatee (name):
      Attorney for ☐ minor ☐ conservatee (name):

**THE COURT FINDS**

2. a. ☐ Notice of time and place of hearing has been given as required by law.
   b. ☒ Notice of time and place of hearing ☐ has been ☒ should be dispensed with for (names): Britney Jean Spears

3. ☒ It is necessary that a temporary ☐ guardian ☒ conservator be appointed to ☐ provide for temporary care, maintenance, and support ☒ protect property from loss or injury.
   ☒ pending the hearing on the petition for appointment of a general ☐ guardian ☒ conservator.
   ☐ pending an appeal under Probate Code section 1301.
   ☐ during the suspension of powers of the ☐ guardian ☐ conservator.

4. ☐ To prevent irreparable harm, the residence of the conservatee must be changed. No means less restrictive of the conservatee's liberty will prevent irreparable harm.

5. ☐ The conservatee must be removed from the State of California to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival. The conservatee consents to this medical treatment.

6. ☐ The conservatee need not attend the hearing on change of residence or removal from the State of California.

**THE COURT ORDERS**

7. a. (Name):
      (Address):                                          (Telephone):

      is appointed temporary ☐ guardian ☐ conservator of the PERSON of (name):
      and Letters shall issue upon qualification

(Continued on reverse)

| TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP OF (Name): Britney Jean Spears ☐ MINOR ☒ CONSERVATEE | CASE NUMBER: BP108870 |
|---|---|

7. b. (Name): James P. Spears and Andrew M. Wallet

(Address): 10945 Bluffside Drive, Studio City, California 91604; 2215 Colby Avenue, Los Angeles, California 90064

(Telephone): (818) 761-4345; (310) 473-7000

is appointed temporary ☐ guardian ☒ conservator of the ESTATE of (name): Britney Jean Spears and Letters shall issue upon qualification.

8. ☒ Notice of hearing to the persons named in item 2b is dispensed with.

9. a. ☐ Bond is not required.
   b. ☒ Bond is fixed at: $100,000.00 ($50,000.00 for each conservator) to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $ _____ are ordered to be placed in a blocked account at (specify institution and location): and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 9c.
   d. ☒ The temporary ☐ guardian ☒ conservator is not authorized to take possession of money or any other property without a specific court order.

10. ☐ The conservator is authorized to change the residence of the conservatee to (address):

11. ☐ The conservator is authorized to remove the conservatee from the State of California to the following address to permit the performance of nonpsychiatric medical treatment essential to the conservatee's physical survival (address):

12. ☐ The conservatee need not attend the hearing on change of residence or removal from the State of California.

13. ☒ In addition to the powers granted by law, the temporary conservator is granted other powers. These powers are specified ☒ in Attachment 13 ☐ below (specify):

14. ☒ Other orders as specified in Attachment 14 are granted.

15. ☒ Unless modified by further order of the court, this order expires on (date): 2/4/08

16. Number of boxes checked in items 8-15: 9

17. Number of pages attached: 2

Date: February 01, 2008

JUDGE OF THE SUPERIOR COURT
☒ SIGNATURE FOLLOWS LAST ATTACHMENT

GC-140 [Rev. January 1, 1998]   ORDER APPOINTING TEMPORARY GUARDIAN OR CONSERVATOR   Page two

Order Appointing
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 13

BP108870

The Temporary Conservator of the Estate is granted the following powers in addition to the powers provided by law:

1. ~~The power to obtain all documents and records relating to the Conservatee and her assets, whether held in her name or in the name of another, including but not limited to, all records currently in the possession and control of the Conservatee's business manager, Howard Grossman, her attorneys, and others, all contracts, information relating to credit cards, bank statements, estate planning documents, and receivables.~~

2. The power to take all actions necessary to secure the Conservatee's assets, including the power to enter and take possession and control of the Conservatee's residence, to remove all persons from the residence and take any and all actions necessary to secure the residence, including changing the locks, call on law enforcement and employ security guards at the expense of the Conservatorship Estate.

3. The power to take all actions necessary to secure the Conservatee's liquid assets, including but not limited to, the power to cancel all credit cards.

4. The power to revoke all powers of attorneys, including powers of attorney for making health care decisions and managing real estate, and to terminate any and all agencies.

5. The power to commence and maintain litigation and participate in any litigation with respect to which the Conservatee is a party or has an interest, and the power to retain counsel and experts, and to pay same from the Conservatorship Estate, related to the ~~family law~~ case.

6. Pursuant to Probate Code Section 2590, the following powers set forth in Probate Code Section 2591:

    a. To contract for the conservatorship and perform outstanding contracts and thereby bind the estate, including confidentiality agreements.

    b. ~~To operate at the risk of the estate a business constituting an asset of the estate.~~

    c. To pay, collect, compromise, arbitrate, or otherwise adjust claims, debts, or demands upon the Conservatorship Estate.

    d. To employ attorneys, accountants, investment counsel, agents, depositaries and employees and to pay the expenses, and the power to fire any of the same.

Order Appointing
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 14

BP108870

Additional Powers are granted as follows:

7. The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or further order of the Court.

8. Temporary Conservators have the power to prosecute Civil Harassment Restraining Orders that they deem to be appropriate.

IT IS SO ORDERED.

Dated: 2/1/08

_____
Hon. Aviva K. Robb / REVA G. GOETZ, COMMISSION
Judge of the Superior Court
State of California