# EXHIBIT W

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
Aft. recording return to:

Geraldine A. Wyle, SBN 89735
Jeryll S. Cohen, SBN 125392
Vivian L. Thoreen, SBN 224162
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017

TELEPHONE NO.: (213) 892-4992
FAX NO. *(Optional)*: (213) 892-7731
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: James P. Spears

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME:

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
OF *(Name):* Britney Jean Spears

☐ MINOR ☒ CONSERVATEE

**FOR RECORDER'S USE ONLY**

CASE NUMBER:
BP108870

*FOR COURT USE ONLY*

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 1 2008

JOHN A. CLARKE, CLERK
BY G PEREZ, DEPUTY

| **LETTERS OF TEMPORARY** ☐ | **GUARDIANSHIP** ☒ | **CONSERVATORSHIP** |
|---|---|---|
| | ☒ **Person** | ☐ **Estate** |

**LETTERS**

1. *(Name):* James P. Spears

   is appointed temporary ☐ guardian ☒ conservator of the ☒ person
   ☐ estate of *(name):* Britney Jean Spears

2. ☒ Other powers have been granted or restrictions imposed on the temporary
   ☐ guardian ☒ conservator as ☐ specified below
   ☒ specified in Attachment 2.

3. These *Letters* shall expire
   a. ☐ on *(date):* or upon earlier issuance of *Letters* to a general
      guardian or conservator.
   b. ☒ other date *(specify):*

4. ☒ The temporary ☐ guardian ☒ conservator is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: 2
   WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)

Date: 2-1-08

Clerk, by

*G. Perez*

(DEPUTY)

**AFFIRMATION**

I solemnly affirm that I will perform the duties of temporary ☐ guardian ☒ conservator according to law.
Executed on *(date):* January 31, 2008
at *(place):* Los Angeles , California.

James P. Spears

*James P. Spears*
(SIGNATURE OF APPOINTEE)

(SEAL)

WITNESS, clerk of the court, with
seal of the court affixed.

Date:

Clerk, by

(DEPUTY)

**CERTIFICATION**

I certify that this document and any attachments is a correct copy of
the original on file in my office, and that the *Letters* issued to the
person appointed above have not been revoked, annulled, or set
aside and are still in full force and effect.

Form Approved for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2003]

**LETTERS OF TEMPORARY**
**GUARDIANSHIP OR CONSERVATORSHIP**

Probate Code, § 2250 et seq.,
Code of Civil Procedure, § 2015.6
2003 © American LegalNet, Inc.

*BP 108870*

Order Appointing
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 13

The Temporary Conservator of the Person is granted the following powers in addition to the powers provided by law:

1.     The power to make all medical and health care decisions for the Conservatee under Probate Code Section 2355, including but not limited to, the power to consent to and authorize hospitalization and a full medical evaluation and diagnositic tests, including but not limited to, blood work-up, urine test, psychiatric evaluation, to prevent the Conservatee from discharging herself from the hospital, to authorize the hospital to use security personnel to prevent the conservatee from leaving the hospital and to authorize the medical staff to use restraints, if necessary, and recommended by the Conservatee's treating physician.

2.     The power to restrict and limit visitors; provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her attorney, subject to the Temporary Conservator's approval of the location for the meeting and ability to secure it in order to protect the Conservatee.

3.     The power to retain caretakers for the Conservatee on a 24 hour/7 day basis. The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

*PBD 4. The power to prosecute civil Harassment Restraining Orders that the Temporary Conservator deems appropriate. PBD*

pbb

BP108870

5. PVP counsel shall review and discuss the Orders and related pleadings with the Conservatee. PVP counsel shall retain all copies of the orders and pleadings and shall <u>not</u> leave them with the Conservatee.

6. The temporary conservator shall have access to any and all medical records and to communications with treating and other expert medical personnel. pbb

Order Appointing
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 14

*BP108870*

Additional Powers are granted as follows:

The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or further order of the Court, *in no event later than February 4, 2008*

IT IS SO ORDERED.

Dated: ___2/1/08_____

_Reva Goetz_____
~~Hon. Aviva K. Bobb~~
Judge of the Superior Court

**REVA G. GOETZ, COMMISSIONER**