# EXHIBIT X

GC-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): After recording return to: | |
|---|---|
| Geraldine A. Wyle, SBN 89735 <br> Jeryll S. Cohen, SBN 125392 <br> Vivian L. Thoreen, SBN 224162 <br> Luce, Forward, Hamilton & Scripps LLP <br> 601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017 | |
| TELEPHONE NO.: (213) 892-4992 <br> FAX NO. (Optional): (213) 892-7731 | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): James P. Spears | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME:

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
OF (Name): Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

LETTERS OF TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
☐ Person ☒ Estate

FOR RECORDER'S USE ONLY

CASE NUMBER: BP108870

FOR COURT USE ONLY
FILED
LOS ANGELES SUPERIOR COURT
FEB 01 2008
JOHN A. CLARKE, CLERK
BY G. PEREZ, DEPUTY

**LETTERS**

1. (Name): James P. Spears and Andrew M. Wallet
   is appointed temporary ☐ guardian ☒ conservator of the ☐ person
   ☒ estate of (name): Britney Jean Spears

2. ☒ Other powers have been granted or restrictions imposed on the temporary
   ☐ guardian ☒ conservator as ☐ specified below
   ☒ specified in Attachment 2.

3. These *Letters* shall expire
   a. ☐ on (date):                           or upon earlier issuance of *Letters* to a general guardian or conservator.
   b. ☒ other date (specify):

4. ☐ The temporary ☐ guardian ☐ conservator is not authorized to take possession of money or any other property without a specific court order.

5. Number of pages attached: 2

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)    Date: 2-1-08

Clerk, by G. Perez (DEPUTY)

**AFFIRMATION**

I solemnly affirm that I will perform the duties of temporary ☐ guardian ☒ conservator according to law.
Executed on (date): January 31, 2008
at (place): Los Angeles, California.

James P. Spears; Andrew M. Wallet
(SIGNATURE OF APPOINTEE)

**CERTIFICATION**

I certify that this document and any attachments is a correct copy of the original on file in my office, and that the *Letters* issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

(SEAL)

WITNESS, clerk of the court, with seal of the court affixed.
Date:
Clerk, by
(DEPUTY)

Form Approved for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2003]

**LETTERS OF TEMPORARY
GUARDIANSHIP OR CONSERVATORSHIP**

Probate Code, § 2250 et seq.;
Code of Civil Procedure, § 2015.6
2003 © American LegalNet, Inc.

Order Appointing
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 13

BP108870

The Temporary Conservator of the Estate is granted the following powers in addition to the powers provided by law:

1. ~~The power to obtain all documents and records relating to the Conservatee and her assets, whether held in her name or in the name of another, including but not limited to, all records currently in the possession and control of the Conservatee's business manager, Howard Grossman, her attorneys, and others, all contracts, information relating to credit cards, bank statements, estate planning documents, and receivables.~~ *PBB*

2. The power to take all actions necessary to secure the Conservatee's assets, including the power to enter and take possession and control of the Conservatee's residence, to remove all persons from the residence and take any and all actions necessary to secure the residence, including changing the locks, call on law enforcement and employ security guards at the expense of the Conservatorship Estate.

3. The power to take all actions necessary to secure the Conservatee's liquid assets, including but not limited to, the power to cancel all credit cards.

4. The power to revoke all powers of attorneys, including powers of attorney for making health care decisions and managing real estate, and to terminate any and all agencies.

5. The power to commence and maintain litigation and participate in any litigation with respect to which the Conservatee is a party or has an interest, and the power to retain counsel and experts, and to pay same from the Conservatorship Estate, *related to the family law case*.

6. Pursuant to Probate Code Section 2590, the following powers set forth in Probate Code Section 2591:

   a. To contract for the conservatorship and perform outstanding contracts and thereby bind the estate, *including confidentiality agreements*.

   b. ~~To operate at the risk of the estate a business constituting an asset of the estate.~~ *PBB*

   c. ~~To pay, collect, compromise, arbitrate, or otherwise adjust claims, debts, or demands upon the Conservatorship Estate.~~ *PBB*

   d. ~~To employ attorneys, accountants, investment counsel, agents, depositaries, and employees and to pay the expenses, and the power to fire any of the same.~~

Order Appointing
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 14

BP108870

Additional Powers are granted as follows:

7. The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or further order of the Court.

8. Temporary Conservators have the power to prosecute Civil Harassment Restraining Orders that they deem to be appropriate.

IT IS SO ORDERED.

Dated: 2/1/08

_____
Hon. Aviva K. Roth REVA G. GOETZ, COMMISSIO
Judge of the Superior Court
State of California