# EXHIBIT Z

**FILED**

LOS ANGELES SUPERIOR COURT

FEB 0 1 2008

JOHN A. CLARKE, CLERK

*MSBansil*

BY M.S. BANSIL, DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| Conservatorship of the Person & Estate of:<br><br>**BRITNEY SPEARS**<br><br><br><br>Conservatee | PROBATE NUMBER<br><br>**BP 108 870**<br><br><br><br>**ORDER APPOINTING COUNSEL** |
|---|---|

The Court on its own motion appoints SAMUEL D. INGHAM to act as counsel for BRITNEY SPEARS, the conservatee/proposed conservatee.

Pursuant to Civil Code Section 56.10(b)(1) and HIPAA Regulation 45CFR Section 164.512(e)(1)(i) the Court orders that counsel appointed herein shall have access to and authority to review and copy the medical records of BRITNEY SPEARS, the conservatee/proposed conservatee, without his/her consent.

Attorney fees, if any, will be determined by the Court at the time of hearing.

Date:        **February 01, 2008**

*Aviva K. Bobb*

AVIVA K. BOBB
JUDGE OF THE SUPERIOR COURT

RP116/8-02

| Clerk Notation: |
|---|
| Hrg: February 6, 2008 |
| D-11  Time: 10:30:00 AM |