# EXHIBIT AA

FOR 987.9 P.C. APPOINTMENT — Enter in this box the word "CONFIDENTIAL" and complete the box at bottom left. Submit this form to the Superior Court Supervising Judge of the Criminal Division, or, for District cases, the District Supervising Judge, not to the Trial Judge.

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | MUNICIPAL COURT OF THE _____ JUDICIAL DISTRICT |
|---|---|
| PEOPLE VS. _____ --OR-- IN THE MATTER OF **BRITNEY SPEARS, Conservatee** | **APPOINTMENT ORDER PROFESSIONAL APPOINTEE COURT EXPENSE** CASE NUMBER (INCLUDE CRIMINAL CASE DEFENDANT CODE **BP 108 870** |

INSTRUCTIONS TO APPOINTEE: At time of appointment, complete this form, keep the green copy and send all remaining copies to the appointing court Dept./Div. for approval. Attach a self-addressed stamped envelope to be used to return to you the approved blue copy for your record. When approved, this form sets up a case payment account for you. The information must be in system files prior to processing your claim. Subsequent declarations must match the appointment effective date, the case number (including Criminal case defendant code) and your appointee ID number. See declaration form 76D738-A219 for complete instructions.

DATE APPOINTMENT EFFECTIVE: **02 / 01 / 08** (MM/DD/YY)
Service dates should not precede this date.
APPOINTEE I.D. NUMBER: **066 279**
Provide the appointee identification number you reported on the "Status Notification Form". Not your claimant ID Number.

APPOINTEE NAME: (PRINT) **SAMUEL D. INGHAM**   PHONE NO: **(310) 556-9751**
APPOINTING DISTRICT/BRANCH: **Central**   DEPT/DIV: **Probate   D-11**
CLIENT NAME: (PRINT) **BRITNEY SPEARS**

APPOINTEE TYPE: (Check One)
- Attorney - Conflict — ATC ☐
- Attorney - No PD — ATU ☐
- Attorney - Other — ATO ☒
- Arbitrator - Elected — ARE ☐
- Arbitrator - Ordered — ARO ☐
- Investigator — INV ☐
- Doctor — DOC ☐
- Expert Witness — EXW ☐
- Laboratory — LAB ☐
- Interpreter — INT ☐
- Examination Expert — EXM ☐
- Court Reporter — CRP ☐

COUNSEL FOR THIS APPOINTMENT: (Check One)
- Public Defender — PD ☐
- ICDA Attorney — BP ☐
- Private Attorney — PA ☐
- Alternate Defense Counsel — AD ☐
- District Attorney — DA ☐
- Attorney General — AG ☐
- County Counsel — CC ☐
- In Propria Persona — PP ☐

ONLY CHECK BAR PANEL CLASS IF YOU HAVE CHECK ICDA ATTORNEY

FOR CAPITAL CASE DEFENSE INVESTIGATION 987.9 P.C. APPOINTMENTS:

NAME OF DEFENSE ATTORNEY

Appointments under this section must be covered by an "authoriztion to incur expenses" submitted by the Defense Attorney and approved for a set or, for District cases, the District Supervising Judge. Subsequent claims must show signed approval by the defense Attorney of record.

CASE TYPE: (Check One)
- Criminal - Felony — CF ☐
- Criminal - Misdemeanor — CM ☐
- Juvenile Delinquency — JD ☐
- Juvenile Dependency — JP ☐
- Civil — CV ☐
- Mental Health — MH ☐
- Family Law — FL ☐
- Probate — PR ☒
- Appellate — AP ☐
- Juvenile Traffic — JT ☐
- Traffic - High Grade — TR ☐

SPECIAL PROGRAM: (Check If Any)
- Civil Arbitration — CVA ☐

IS THIS A PANEL APPOINTMENT? (Check If Any)
- ICDA Bar Panel - Class 1 — BP 1 ☐
- ICDA Bar Panel - Class 2 — BP 2 ☐
- ICDA Bar Panel - Class 3 — BP 3 ☐
- ICDA Bar Panel - Class 4 — BP 4 ☐
  - Special Circumstance Case (Where Death is Sought)
  - All Other ☐
  - Lead Counsel ☐
  - Second Counsel ☐
- Juvenile Bar Panel ☐
- Other Panel Type — PVP ☒

Date: **February 01, 2008**
*(signed)* Aviva K. Bobb
**AVIVA K. BOBB**
**JUDGE OF THE SUPERIOR COURT**

76A928-G 100/R 4-98     PINK COPY - CASE FILE