# EXHIBIT BB

# AMERICAN CONTRACTORS INDEMNITY COMPANY

All Papers and notices may be served at
AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 AIRPORT BLVD, 9TH FLOOR, LOS ANGELES, CA 90045

BOND NO. _____

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR COUNTY OF __Los Angeles__

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 01 2008

JOHN A. CLARKE, CLERK
BY G. PEREZ, DEPUTY

IN THE MATTER OF

The Temporary Conservatorship of

Britney Jean Spears

Case Number: __BP108870__

☒ Bond upon Qualifying    ☐ Additional Bond

Premium $250
Per Annum

KNOWN ALL MEN BY THESE PRESENTS:
That we, __James P. Spears__
as Principal, and the **AMERICAN CONTRACTORS INDEMNITY COMPANY** as Surety, are held and firmly bound unto __The Above Named Conservatee__
in the sum of __Fifty Thousand & no/100__ _____ Dollars ($ __50,000__ )
for which payment, well and truly be made, we bind ourselves, our heirs, executors, successors, and assigns jointly and severally, firmly by these presents.
THE CONDITION OF THE ABOVE OBLIGATION IS SUCH THAT,
WHEREAS, an order was duly made and entered by the Superior Court of the State of California, for the County of __Los Angeles__ on __February 1, 2008__.
☒ Appointing the above Principal, __Temporary Conservator__ of the estate of __Britney Jean Spears__
☐ Directing the said Principal to execute an additional bond according to law in the sum above named.

NOW, THEREFORE, if the said Principal shall faithfully execute the duties of the trust according to law, then this obligation shall be void, otherwise to remain in full force and effect.
Signed and dated at __Marina del Rey__, California on __1/31/08__
(Place)                                                                                        (Date)

_____          _James P. Spears_____
As Principal                                         As Principal

_____
As Principal

**AMERICAN CONTRACTORS INDEMNITY COMPANY**
IN WITNESS WHEREOF, The corporate seal and name of said Surety Company is hereto affixed and attested by __Alfonso Lujan__, who declares under penalty of perjury that he is duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

By: _Alfonso Lujan_____
Attorney-in-Fact