# EXHIBIT CC

# AMERICAN CONTRACTORS INDEMNITY COMPANY

All Papers and notices may be served at
AMERICAN CONTRACTORS INDEMNITY COMPANY
9841 AIRPORT BLVD, 9TH FLOOR, LOS ANGELES, CA 90045

BOND NO. _____

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR COUNTY OF _Los Angeles_

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 1 2008

JOHN A. CLARKE, CLERK
BY G. PEREZ, DEPUTY

IN THE MATTER OF

The Temporary Conservatorship of Britney Jean Spears

Case Number: _BP108870_

[X] Bond upon Qualifying    [ ] Additional Bond

Premium $250
Per Annum

KNOWN ALL MEN BY THESE PRESENTS:
That we, _Andrew M. Wallet_ as Principal, and the **AMERICAN CONTRACTORS INDEMNITY COMPANY** as Surety, are held and firmly bound unto _The Above Named Conservatee_ in the sum of _Fifty Thousand & no/100_ Dollars ($ _50,000_ ) for which payment, well and truly be made, we bind ourselves, our heirs, executors, successors, and assigns jointly and severally, firmly by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH THAT,
WHEREAS, an order was duly made and entered by the Superior Court of the State of California, for the County of _Los Angeles_ on _February 1, 2008_.
[X] Appointing the above Principal, _Temporary Conservator_ the estate of _Britney Jean Spears_ of
[ ] Directing the said Principal to execute an additional bond according to law in the sum above named.

NOW, THEREFORE, if the said Principal shall faithfully execute the duties of the trust according to law, then this obligation shall be void, otherwise to remain in full force and effect.
Signed and dated at _Los Angeles_ (Place) California on _2-1-08_ (Date)

_____ As Principal
_____ As Principal
_____ As Principal

IN WITNESS WHEREOF, The corporate seal and name of said Surety Company is hereto affixed and attested by _Alfonso Lujan_, who declares under penalty of perjury that he is duly authorized Attorney-in-Fact acting under an unrevoked power of attorney on file with the Clerk of the County in which above entitled Court is located.

AMERICAN CONTRACTORS INDEMNITY COMPANY

By: _Alfonso Lujan_
Attorney-in-Fact