# EXHIBIT FF

1  Geraldine A. Wyle, State Bar No. 089735
   Jeryll S. Cohen, State Bar No. 125392
2  Jeffrey D. Wexler, State Bar No. 132256
   Vivian L. Thoreen, State Bar No. 224162
3  **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
   601 South Figueroa Street, Suite 3900
4  Los Angeles, California 90017
   Telephone No.: 213.892.4992
5  Fax No.: 213.892.7731

6  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
7  Temporary Co-Conservator of the Estate

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 4 2008

JOHN A. CLARKE, CLERK
BY ANDREA MURDOCK, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

In re the Conservatorship of the Estate of

BRITNEY JEAN SPEARS,

Proposed Conservatee.

Case No. BP 108870

**DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**

Date:  February 4, 2008
Time:  1:30 p.m.
Dept.: 9
Judge: Hon. Reva Goetz, Judge Pro Tem

I, James P. Spears, declare as follows:

1. The statements set forth in this Declaration are based on my own knowledge. If called as a witness I could and would testify competently to them.

2. The purposed of this Declaration is to provide the Court with full disclosure. I am a recovering alcoholic. At Britney's urging, in 2004, I entered a rehab facility in Los Angeles County and have been sober since that time. I am an active member of Alcoholics Anonymous.

1

**DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 4, 2008 at Los Angeles, California.

*/s/ James P. Spears*

James P. Spears

201013815.1

---

2

**DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**