# EXHIBIT GG

| | |
|---|---|
| 1  Geraldine A. Wyle, State Bar No. 089735<br>   Jeryll S. Cohen, State Bar No. 125392<br>2  Jeffrey D. Wexler, State Bar No. 132256<br>   Vivian L. Thoreen, State Bar No. 224162<br>3  **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**<br>   601 South Figueroa Street, Suite 3900<br>4  Los Angeles, California 90017<br>   Telephone No.: 213.892.4992<br>5  Fax No.: 213.892.7731 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>FEB 0 4 2008<br><br>JOHN A. CLARKE, CLERK<br>*Amurdock*<br>BY ANDREA MURDOCK, DEPUTY |

6  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
7  Temporary Co-Conservator of the Estate

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In re the Conservatorship of the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Proposed Conservatee. | Case No. BP 108870<br><br>**SUPPLEMENTAL DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**<br><br>Date:  February 4, 2008<br>Time:  1:30 p.m.<br>Dept.:  9<br>Judge: Hon. Reva Goetz, Judge Pro Tem |

I, James P. Spears, declare as follows:

1. I am the father of Britney Jean Spears. I was appointed the Temporary Conservator of Britney's Person and Temporary Co-Conservator of Britney's Estate on February 1, 2008, and Temporary Letters of Conservatorship were issued the same day. I have been the duly acting and appointed Temporary Conservator of her Person and Temporary Co-Conservator of her Estate since that date. The statements contained in this declaration are based on my own knowledge. If called as a witness, I could and would testify competently to such statements.

2. On Saturday, February 2, 2008, I spent approximately 8 hours at UCLA, where Britney is hospitalized, meeting with Britney's treating physician and visiting with Britney,

---
SUPPLEMENTAL DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR
APPOINTMENT OF TEMPORARY CONSERVATOR

together with Britney's mother, Lynne Spears.

3. On Sunday, February 3, 2008, I was unable to visit the hospital during the day because I had to work; I am a cook, and I was catering a large Super Bowl party.

4. While I was working, Britney called me on my cell phone at least four (4) times. She called me about every twenty (20) minutes.

5. Britney first called me at approximately 1:30 p.m. She said, "Daddy, what are you doing?" I told her that I was cooking. Britney said, "What are you doing cooking, Daddy, why are you not here with me?" I told her, "Baby, Daddy's got to work." She asked me, "How long are you working?" I told her for a few hours. I then told her, "Daddy has to get back to work."

6. About twenty minutes later, Britney called me again. She said, "How long are you going to be, Daddy?" I told her that I didn't know. She said, "Hurry up and get here." I asked her why. She said, "Because you got to get me out of here." I told her that I could not get her out of there. She said, "I want you to." I asked her whether she wanted me to bring her anything, and she said, "Yes, bring me some ice cream." I asked her what flavor. She said, "Vanilla."

7. She called me a third time, about twenty minutes after the second call. She asked me again, "When are you going to be here, Daddy?" I told her I was working, but that I would be there as soon as I could.

8. At approximately 2:30 p.m. Lynne called me from the hospital and told me that Britney wanted to talk to me. Lynne put Britney on the phone. Britney asked again when I was going to get to the hospital to see her.

9. I told her I would be there as soon as I got cleaned up, after everyone began eating, and after I could make sure that my staff would be able to clean everything up. I told her that I would be at the hospital before 5:00 p.m. She said, "Hurry up, Daddy."

10. When I arrived at the hospital, Britney was lying down. I leaned over to kiss her. She turned her head away from me. I said to her, "I love you." Britney said, "No, you don't."

11. Britney then got up and said to me, "The doctor told me that you are keeping me in here." I said, "No, I'm not keeping you in here." Britney said, "Someone's lying. You put me in here."

2

**SUPPLEMENTAL DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**

12. One of the hospital nurses brought Britney the Doctor's orders so Britney could see them. Britney wouldn't look at them. The nurse said to Britney, "Ms. Spears, your daddy did not put you in here. Your daddy is not keeping you in here. The hospital is keeping you in here."

13. Britney then said to me, "Come on, Daddy. Let's get out of here. Talk my hand and let's walk out of here together." I then said to her, "I wish I could, but I can't."

14. Britney was getting agitated.

15. We then started to talk about Britney's children. I said to her, "Do you want me to help you get your babies back?" I asked her if she wanted me to help her with her kids.

16. Britney told me that she had fired her lawyers and that she has new lawyers.

17. I told her that she doesn't have new lawyers with the kids. She told me, "No, I have new lawyers that will help me with my stuff."

18. I told her that she has two sets of lawyers. Britney said, "No. I have fired those lawyers." I told her that she had a new lawyer in the conservatorship, but not the child stuff. I asked her if she wanted me to help her with her children, that I would help her.

19. Britney then told me that there was some property of hers that Sam Lutfi had wrongfully taken. She asked me to help her get it back. I told her that I would.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 4, 2008 at Los Angeles, California.

*James P. Spears*
James P. Spears

3
**SUPPLEMENTAL DECLARATION OF JAMES P. SPEARS IN SUPPORT OF PETITION FOR APPOINTMENT OF TEMPORARY CONSERVATOR**