# EXHIBIT II

Geraldine A. Wyle (SBN 89735)
Jeryll S. Cohen (SBN 125392)
Jeffrey D. Wexler (SBN 132256)
Vivian Lee Thoreen (SBN 224162)
LUCE FORWARD HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone:   (213) 892-4992
Facsimile:   (213) 892-7731

Attorneys for Temporary Conservator
of the Person and Temporary Co-Conservator
of the Estate James P. Spears

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 4 2008

JOHN A. CLARKE, CLERK
BY ANDREA MURDOCK, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

In re the Conservatorship of the Person and the Estate of:

BRITNEY JEAN SPEARS,

Temporary Conservatee.

CASE NO. BP 108870

**DECLARATION OF JERYLL S. COHEN RE EFFORTS TO CONTACT PVP COUNSEL AND FAMILY LAW COUNSEL RE CONSERVATORSHIP AND TO OBTAIN CAPACITY DECLARATION FROM PREVIOUS TREATING PHYSICIAN**

Date: February 4, 2008
Time: 1:30 p.m
Department: 9

# DECLARATION OF JERYLL S. COHEN

I, Jeryll S. Cohen, declare:

1. I am an attorney licensed to practice law in the State of California and am a senior counsel at the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for James P. Spears ("Mr. Spears"), the father of Britney Jean Spears ("Britney") and temporary conservator of the person and temporary co-conservator of the estate of Britney Jean Spears. Except as otherwise stated, the statements contained herein are based on my personal knowledge and experience. If called as a witness, I could and would testify competently to those facts.

2. On Friday, February 1, 2008, following receipt of certified copies of the orders appointing temporary conservators and letters of temporary conservatorship for both Britney's estate and person (respectively, the "Orders" and the "Letters"), I returned directly to my office. I arrived there at approximately 5:15 p.m. I am informed and believe that Andrew Wallet, co-conservator of Britney's estate, called Ronald Rale, an attorney at Trope & Trope, to inform him of the appointment of Mr. Spears and Mr. Wallet in the conservatorship. I am further informed and believe that upon Mr. Wallet's receipt of the Orders and Letters sent to him by a colleague of mine at Luce Forward, he forwarded the Orders and Letters to Mr. Rale.

3. While there were many tasks to accomplish to implement the conservatorship – most urgently, securing Britney's Beverly Hills home and vehicles and making arrangements with UCLA Medical Center (where Britney is currently a patient) for the probate investigator to visit Britney that evening – I obtained contact information for the two lawyers at Trope & Trope whom I understand are in charge of Britney's representation in the family law matter regarding custody of her children. I contacted the home and work telephone numbers for Anne Kiley and the work telephone number for Sorrell Trope. I called all of those numbers and left a message on each voice mail informing them of the content of the portions of the Orders and Letters pertaining to the family law matter, and I gave them my cell phone number and asked them to call me to coordinate the representation of Britney, most particularly because of the hearing scheduled for 8:30 a.m. on Monday, February 4, 2008.

2
COHEN DECL. RE EFFORTS TO CONTACT COUNSEL AND TO OBTAIN CAPACITY DECL

4. At approximately 5:00 p.m. on Sunday, February 3, 2008, I sent an e-mail to Anne Kiley, an attorney at Trope & Trope involved in Britney's representation in the family law matter, requesting that the Trope & Trope attorneys contact me.

5. I received no contact from Mr. Trope or Ms. Kiley until I received an e-mail from Ms. Kiley at 8:20 p.m. on Sunday, February 3, 2008 informing me that she had been out of town and was not available to talk until 6:45 a.m. on Monday, February 4, 2008. I did speak with her this morning, on February 4, before the Family Court hearing.

6. I am informed and believe that at approximately 9 a.m. on Saturday, February 2, 2008, medical personnel at UCLA Medical Center informed my colleague Geraldine A. Wyle, a partner at Luce Forward also representing Mr. Spears, that a young lawyer, later identified as Tara Scott of Trope & Trope, had already been at the hospital for some time waiting to see Britney. I am further informed that Britney was initially unresponsive to Ms. King's request and finally, after Ms. Scott visited for a very short while, Britney stated that she was too tired to talk.

7. I am informed that medical personnel at UCLA Medical Center told my colleague, Vivian Thoreen, an associate at Luce Forward also representing Mr. Spears, on February 2, 2008 that the attorney who sought to visit Britney on Saturday, February 2, 2008 was Ms. Scott.

8. I am further informed and believe that Ms. Thoreen telephoned Mr. Rale on the morning of Saturday, February 2, 2008, to confirm whether or not he was an attorney at the law firm of Trope & Trope. I am informed and believe that Ms. Thoreen had a pleasant conversation with Mr. Rale.

9. At approximately 12:58 p.m. on Saturday, February 2, 2008, Ms. Wyle and Ms. Thoreen received an e-mail communication from Adam Streisand, a partner at Loeb & Loeb LLP, that mischaracterized the conversation between Ms. Thoreen and Mr. Rale and accused Mr. Spears of attempting "nothing more than a hostile takeover of our client [Britney] for improper purposes."

10. Ms. Wyle forwarded the e-mail to me and, at approximately 2:52 p.m. on Saturday, February 2, 2008, I e-mailed Mr. Streisand, suggesting that we all "put our heads

together and come up with the best and least ugly way to save this young woman's life, bring her back to her babies and keep her safe from predators. ¶ Please call me." Mr. Streisand's response, more than 24 hours later, was to make a demand for his immediate provision of the petitions for the two conservatorships for Britney. The email correspondence I exchanged with Mr. Streisand is attached collectively as Exhibit A. At the time of my execution of this declaration, I am still unaware of any authority Mr. Streisand has to demand those documents.

11. I am informed and believe that Ms. Thoreen left a voicemail for PVP counsel, Samuel Ingham III at approximately 7:30 p.m. on Saturday, February 2, 2008, and then had a telephone conversation with him at approximately 11:00 a.m. on Sunday, February 3, 2008, wherein she informed him that she had arranged for him to see Britney at UCLA Medical Center. I am further informed and believe that Mr. Ingham later informed Ms. Thoreen that he had visited Britney on the afternoon of Sunday, February 3, 2008.

Executed on February 4, 2008 at Los Angeles, California. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

JERYLL S. COHEN

**Thoreen, Vivian**

---

**From:** Cohen, Jeryll
**Sent:** Saturday, February 02, 2008 2:52 PM
**To:** 'astreisand@loeb.com'
**Cc:** Thoreen, Vivian; Wyle, Geraldine
**Subject:** Britney

Adam,

Let's talk. I understand you feel you have certain obligations, but you are a father too. Let's see if we can all put our heads together and come up with the best and least ugly way to save this young. woman's life, bring her back to her babies and keep her safe from predators.

Please call me
3104887175

Best regards,

Jeryll


*************

CONFIDENTIAL

Jeryll Cohen
Luce, Forward, Hamilton & Scripps LLP
601 South Figueroa
Suite 3900
Los Angeles, CA 90017
(213) 892-4968
(213) 452-8047 (fax)
jcohen@luce.com

PLEASE NOTE that federal tax regulations (Circular 230) impose certain requirements on written tax advice, including e-mail messages. This e-mail message (including any attachments and enclosures) is not intended to be a "reliance opinion" within the meaning of Circular 230. Accordingly, this e-mail message and any tax advice given herein is not intended or written to be used, and cannot be used, as a "reliance opinion" for the purpose of avoiding tax penalties that may be imposed under application tax laws.


This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.