# EXHIBIT JJ

1  Geraldine A. Wyle (SBN 89735)
2  Jeryll S. Cohen (SBN 125392)
   Jeffrey D. Wexler (SBN 132256)
3  Vivian Lee Thoreen (SBN 224162)
   LUCE FORWARD HAMILTON & SCRIPPS LLP
4  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
5  Telephone:  (213) 892-4992
   Facsimile:  (213) 892-7731

6  Attorneys for Temporary Conservator
7  of the Person and Temporary Co-Conservator
   of the Estate James P. Spears

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 4 2008

JOHN A. C_____, CLERK
_Murdock_
BY ANDREA MURDOCK, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| In re the Conservatorship of the Person and the Estate of:<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. BP 108870<br><br>**DECLARATION OF VIVIAN LEE THOREEN RE EFFORTS TO CONTACT PVP COUNSEL AND FAMILY LAW COUNSEL RE CONSERVATORSHIP AND TO OBTAIN CAPACITY DECLARATION FROM PREVIOUS TREATING PHYSICIAN**<br><br>Date: February 4, 2008<br>Time: 1:30 p.m<br>Department: 9 |
|---|---|

1

THOREEN DECL. RE EFFORTS TO CONTACT COUNSEL AND TO OBTAIN CAPACITY DECL.

## DECLARATION OF VIVIAN LEE THOREEN

I, Vivian Lee Thoreen, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for James P. Spears ("Mr. Spears"), the father of Britney Jean Spears ("Britney") and temporary conservator of the person and temporary co-conservator of the estate of Britney Jean Spears. The statements contained in this declaration are based on my own knowledge. If called as a witness, I could and would testify competently to them.

2. On the morning of February 2, 2008, I learned that an attorney from Trope & Trope, who I later learned that day from medical personnel was Tara Scott, had tried to visit Britney at UCLA Medical Center earlier that morning on Saturday, February 2, 2008.

3. At approximately 11:30 a.m. on February 2, I telephoned Ronald Rale of Trope & Trope. He had previously been with another law firm, and I wanted to confirm whether or not he had returned to the law firm of Trope & Trope. He confirmed that he had. I had a pleasant conversation with Mr. Rale.

4. After my telephone conversation with Mr. Rale concluded, I went to UCLA Medical Center, and was there from approximately 1:00 p.m. to 6:30 p.m.

5. At approximately 12:58 p.m. on Saturday, February 2, 2008, my colleague Geraldine A. Wyle, a partner at Luce Forward who also represents Mr. Spears, and I received an e-mail communication from Adam Streisand, a partner at Loeb & Loeb LLP, that mischaracterized my conversation with Mr. Rale. That e-mail accused Mr. Spears of attempting "nothing more than a hostile takeover of our client [Britney] for improper purposes." Attached as Exhibit A is a true and correct copy of Mr. Streisand's e-mail communication to Ms. Wyle and me.

6. While at UCLA Medical Center, I learned from the medical staff that Ms. Scott had called Britney's treating physician at least three (3) times that day. Ms. Scott never contacted me, and I understand that she did not contact either of my colleagues at Luce Forward, Ms. Wyle or Jeryll Cohen, both of whom represent Mr. Spears also.

1    7.    At approximately 7:30 p.m. on February 2, I telephoned PVP counsel Samuel D. Ingham III, to let him know that I had made arrangements for him to see Britney at UCLA Medical Center. He was not available, so I left him a voicemail and asked that he call me at his convenience.

5.    At approximately 11:00 a.m. on February 3, I spoke with Mr. Ingham. He confirmed that he had received my voicemail from February 2 and told me that he was in the process of making arrangements to visit with Britney later that day.

6.    Mr. Ingham called me at approximately 5:30 p.m. on Sunday, February 3, 2008 to tell me that he had seen Britney on the afternoon of Sunday, February 3, 2008.

Executed on February 4, 2008 at Los Angeles, California. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

_____
VIVIAN LEE THOREEN

**EXHIBIT A**

### Thoreen, Vivian

**From:** Adam Streisand [astreisand@loeb.com]
**Sent:** Saturday, February 02, 2008 12:58 PM
**To:** Vivian Lee Thoreen
**Cc:** Geraldine A. Wyle
**Subject:** Britney Spears

Vivian,

I am told that you called Ron Rale and told him that Britney has been adjudged incompetent. That is false and you know it. You further stated that Mr. Rale has no right to see his client without approval from the temporary conservators. That is also false. Your statements further confirm that this is nothing more than a hostile takeover of our client for improper purposes. We have every right to see and talk to our client whenever we want without anyone's approval.


Adam F. Streisand
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067
310-282-2354 (v)
310-919-3776 (f)
www.loeb.com



**Adam F. Streisand**
Partner

| | |
|---|---|
| 10100 Santa Monica Blvd. | **Direct** 310.282.2354 |
| Suite 2200 | **Main** 310.282.2000 |
| Los Angeles, CA  90067 | **Fax** 310.919.3776 |
| www.loeb.com | astreisand@loeb.com |

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.