# EXHIBIT LL

1  Geraldine A. Wyle, State Bar No. 089735
   Jeryll S. Cohen, State Bar No. 125392
2  Jeffrey D. Wexler, State Bar No. 132256
   Vivian L. Thoreen, State Bar No. 224162
3  **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
   601 South Figueroa Street, Suite 3900
4  Los Angeles, California 90017
   Telephone No.: 213.892.4992
5  Fax No.: 213.892.7731

6  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
7  Temporary Co-Conservator of the Estate



FILED
LOS ANGELES SUPERIOR COURT

FEB 06 2008

JOHN A. CLARKE, CLERK
BY S.L. WILLIAMS, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In re the Conservatorship of the Person of<br><br>BRITNEY JEAN SPEARS,<br><br>Proposed Conservatee. | Case No. BP 108870<br><br>**ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE PERSON**<br><br>Date:  February 4, 2008<br>Time:  1:30 p.m.<br>Dept.:  9<br>Judge:  Hon. Reva Goetz, Judge Pro Tem |

The further hearing on the Petition for Appointment of Temporary Conservator of the Person of Britney Jean Spears ("Ms. Spears"), filed by James P. Spears, came on regularly for hearing on February 4, 2008 at 1:30 p.m. in Department 9 of the Los Angeles Superior Court, Central District, the Honorable Reva Goetz, Judge Pro Tem presiding. Jeryll S. Cohen, Vivian L. Thoreen, and Jeffrey D. Wexler of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of Petitioner James P. Spears ("Mr. Spears"), Temporary Conservator of the Person and Co-Conservator of the Estate of Ms. Spears. Samuel D. Ingham III appeared as the court-appointed PVP counsel on behalf of Ms. Spears. Andrew M. Wallet of Hinojosa & Wallet appeared on

1

behalf of Andrew M. Wallet as the Temporary Co-Conservator of the Estate of Ms. Spears. Adam F. Streisand of Loeb & Loeb LLP appeared purportedly on behalf of Ms. Spears. From proof made to the satisfaction of the court,

THE COURT FINDS AS FOLLOWS:

1. Notice of time and place of hearing has been given as required by law or dispensed with.

2. On February 1, 2008, the Court appointed Mr. Spears as Temporary Conservator of Ms. Spears' Person, and Letters of Temporary Conservatorship of the Person were issued to Mr. Spears on the same day.

3. On February 1, 2008, the Court appointed PVP counsel Samuel D. Ingham III as the Conservatee's court-appointed attorney.

4. It is in the best interest of the Conservatee that the Temporary Conservatorship be continued over the Conservatee's Person.

5. Mr. Spears is a suitable and qualified person and is authorized to continue as the Temporary Conservator of Ms. Spears' Person.

6. It is necessary and appropriate that the Letters of Temporary Conservatorship of the Person issued to Mr. Spears on February 1, 2008 be extended to February 14, 2008 for further hearing.

7. As a result of the pleadings that have been filed, the declaration by J. Edward Spar, M.D., and the Report of PVP counsel Mr. Ingham, the court finds that Ms. Spears does not have the capacity to retain counsel and she lacked the capacity to retain Adam F. Streisand as her counsel.

8. Ms. Spears has a right to be present at this hearing, and she is not present. According to Dr. Spar's declaration, Ms. Spears does not have the ability to attend the hearing. Mr. Ingham indicated in his Report that Ms. Spears was given an opportunity through him to communicate to the Court, and she has elected not to. On the basis of Dr. Spar's declaration and Mr. Ingham's Report, the Court should waive Ms. Spears' presence at the hearing.

9. Mr. Ingham met with Ms. Spears on February 3, 2008.

THE COURT ORDERS AS FOLLOWS:

1. Notice of time and place of hearing has been given as required by law or dispensed with.

2. Ms. Spears does not have the capacity to retain counsel.

3. Ms. Spears lacked the capacity to retain Adam F. Streisand as her counsel.

4. Ms. Spears' attendance at the hearing is waived.

5. Letters of Temporary Conservatorship of the Person issued to James P. Spears on February 1, 2008 are extended to February 14, 2008.

6. The Temporary Conservator of the Person is granted the following powers in addition to the powers provided by law:

   a. The Temporary Conservator shall have the power to restrict and limit visitors by any means, provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her court-appointed attorney, Mr. Ingham, except to approve the location for any meetings or visits in advance of any such meetings or visits, and to arrange for appropriate security, in order to protect the Conservatee. Any and all meetings between the Conservatee and any attorneys who are not Mr. Ingham are subject to the Temporary Conservator's approval, including the location for the meeting. The Temporary Conservator shall also have the power to be present with his attorneys at any such meetings and to ensure that there is adequate security.

   b. The Temporary Conservator shall have the power to retain caretakers for the Conservatee on a 24 hour/7 day basis. The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

   c. The Temporary Conservator shall have the power to prosecute civil harassment restraining orders that the Temporary Conservator deems appropriate.

   d. The Temporary Conservator shall have access to any and all medical records

and to communications with treating and other expert medical personnel.

7. Service on Ms. Spears of pleadings that are to be or are sealed shall be served on PVP counsel Mr. Ingham. Mr. Ingham shall review and discuss such pleadings with the Conservatee; however, Mr. Ingham shall retain any and all copies of such pleadings and shall not leave them with the Conservatee, except that Mr. Ingham may leave a copy of the Order appointing him as the Conservatee's court-appointed counsel with the Conservatee.

8. The Conservatee shall not have any contact, direct or indirect, with Osama aka Sam Lutfi, including telephone calls, text messaging, or email communications.

9. The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or until February 14, 2008 at 1:30 p.m. or further order of the Court.

10. The next hearing in this matter is set for February 14, 2008 at 1:30 p.m.

APPROVED AS TO FORM AND CONTENT:

Dated: 2-6-08

By: _____
Samuel D. Ingham III, PVP Counsel for Temporary Conservatee Britney Jean Spears

Dated: _____

By: _____
Andrew M. Wallet, Co-Conservator of the Estate of Britney Jean Spears

IT IS SO ORDERED.

Dated: 2/6/08

_____
Hon. Reva Goetz, Judge Pro Tem
Superior Court, State of California

4
ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE PERSON