# EXHIBIT NN

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
After recording return to:
Geraldine A. Wyle, SBN 89735
Jeryll S. Cohen, SBN 125392
Vivian L. Thoreen, SBN 224162
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017
TELEPHONE NO.: (213) 892-4992
FAX NO. (Optional): (213) 892-7731
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): James P. Spears

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
OF (Name): Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

LETTERS OF TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
☒ Person  ☐ Estate

FOR RECORDER'S USE ONLY

CASE NUMBER: BP 108870

FOR COURT USE ONLY

**FILED**
LOS ANGELES SUPERIOR COURT
FEB 06 2008
JOHN A. CLARKE, CLERK
BY S.L. WILLIAMS, DEPUTY

## LETTERS

1. (Name): James P. Spears
   Is appointed temporary ☐ guardian ☒ conservator of the ☒ person ☐ estate of (name): Britney Jean Spears

2. ☒ Other powers have been granted or restrictions imposed on the temporary ☐ guardian ☒ conservator as ☐ specified below ☒ specified in Attachment 2.

3. These *Letters* shall expire
   a. ☐ on (date):        or upon earlier issuance of *Letters* to a general guardian or conservator.
   b. ☒ other date (specify): February 14, 2008

4. ☒ The temporary ☐ guardian ☒ conservator is not authorized to take possession of money or any other property without a specific court order.

5. Number of pages attached: 1

WITNESS, clerk of the court, with seal of the court affixed.
Date: FEB 06 2008
Clerk, by _____ (DEPUTY)

## AFFIRMATION

I solemnly affirm that I will perform the duties of temporary ☐ guardian ☒ conservator according to law.
Executed on (date): February 4, 2008
at (place): Los Angeles, California.

James P. Spears
_____
(SIGNATURE OF APPOINTEE)

## CERTIFICATION

I certify that this document and any attachments is a correct copy of the original on file in my office, and that the *Letters* issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

(SEAL)
WITNESS, clerk of the court, with seal of the court affixed.
Date:
Clerk, by _____ (DEPUTY)

Form Approved for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2003]

**LETTERS OF TEMPORARY GUARDIANSHIP OR CONSERVATORSHIP**

Probate Code, § 2250 et seq.;
Code of Civil Procedure, § 2015.6
2003 © American LegalNet, Inc.

Letters of
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 2

The Temporary Conservator of the Person is granted the following powers in addition to the powers provided by law:

    a. The Temporary Conservator shall have the power to restrict and limit visitors by any means, provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her court-appointed attorney, Mr. Ingham, except to approve the location for any meetings or visits in advance of any such meetings or visits, and to arrange for appropriate security, in order to protect the Conservatee. Any and all meetings between the Conservatee and any attorneys who are not Mr. Ingham are subject to the Temporary Conservator's approval, including the location for the meeting. The Temporary Conservator shall also have the power to be present with his attorneys at any such meetings and to ensure that there is adequate security.

    b. The Temporary Conservator shall have the power to retain caretakers for the Conservatee on a 24 hour/7 day basis. The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

    c. The Temporary Conservator shall have the power to prosecute civil harassment restraining orders that the Temporary Conservator deems appropriate.

    d. The Temporary Conservator shall have access to any and all medical records and to communications with treating and other expert medical personnel.