# EXHIBIT OO

**GC-150**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
After recording return to:
Geraldine A. Wyle, SBN 89735
Jeryll S. Cohen, SBN 125392
Vivian L. Thoreen, SBN 224162
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017
TELEPHONE NO.: (213) 892-4992
FAX NO. (Optional): (213) 892-7731
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): James P. Spears

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☐ CONSERVATORSHIP ☒
OF (Name): Britney Jean Spears
☐ MINOR ☒ CONSERVATEE

**LETTERS OF TEMPORARY** ☐ **GUARDIANSHIP** ☒ **CONSERVATORSHIP**
☐ Person ☒ Estate

FOR RECORDER'S USE ONLY

CASE NUMBER: BP 108870

FOR COURT USE ONLY

**FILED**
LOS ANGELES SUPERIOR COURT
FEB 0 6 2008
JOHN A. CLARKE, CLERK
BY S.L. WILLIAMS, DEPUTY

**LETTERS**

1. (Name): James P. Spears and Andrew M. Wallet
   is appointed temporary ☐ guardian ☒ conservator of the ☐ person ☒ estate of (name): Britney Jean Spears

2. ☒ Other powers have been granted or restrictions imposed on the temporary
   ☐ guardian ☒ conservator as ☐ specified below
   ☒ specified in Attachment 2.

3. These Letters shall expire
   a. ☐ on (date):                                  or upon earlier issuance of Letters to a general guardian or conservator.
   b. ☒ other date (specify): February 14, 2008

4. ☐ The temporary ☐ guardian ☐ conservator is not authorized to take possession of money or any other property without a specific court order.

5. Number of pages attached: 2

WITNESS, clerk of the court, with seal of the court affixed.
Date: FEB 0 6 2008
Clerk, by
(signature)
(DEPUTY)

**AFFIRMATION**

I solemnly affirm that I will perform the duties of temporary ☐ guardian ☒ conservator according to law.
Executed on (date): February 4, 2008
at (place): Los Angeles                        , California.

James P. Spears; Andrew M. Wallet
(signature)
(SIGNATURE OF APPOINTEE)

(SEAL)

WITNESS, clerk of the court, with seal of the court affixed.
Date:
Clerk, by
(DEPUTY)

**CERTIFICATION**
I certify that this document and any attachments is a correct copy of the original on file in my office, and that the Letters issued to the person appointed above have not been revoked, annulled, or set aside and are still in full force and effect.

Form Approved for Mandatory Use
Judicial Council of California

**LETTERS OF TEMPORARY**
GUARDIANSHIP OF CONSERVATORSHIP

Probate Code, § 2250 et seq.

Letters of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 2

1. The Temporary Conservators of the Estate are granted the following powers in addition to the powers provided by law:

   a. The Temporary Conservators shall have the power to obtain all documents and records relating to the Conservatee and her assets, whether held in her name or in the name of another, including but not limited to, all records currently in the possession and control of the Conservatee's business manager, Howard Grossman, her attorneys, and others, all contracts, information relating to credit cards, bank statements, estate planning documents, receivables, and any and all powers of attorney.

   b. The Temporary Conservators shall have the power to take all actions necessary to secure the Conservatee's assets, including the power to enter and take possession and control of the Conservatee's residence, to remove all persons from the residence and take any and all actions necessary to secure the residence, including changing the locks, call on law enforcement and employ security guards at the expense of the Conservatorship Estate.

   c. The Temporary Conservators shall have the power to take all actions necessary to secure the Conservatee's liquid assets, including but not limited to, the power to cancel all credit cards.

   d. The Temporary Conservators shall have the power to revoke all powers of attorneys, including powers of attorney for making health care decisions and managing real estate, and to terminate any and all agencies.

   e. The Temporary Conservators shall have the power to commence and maintain litigation and participate in any litigation with respect to which the

Letters of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 2

Conservatee is a party or has an interest, and the power to retain counsel and experts, and to pay same from the Conservatorship Estate, not only as to the family law case but for any other matter.

2. The Court grants the Temporary Conservators the powers pursuant to Probate Code Section 2590 and the following powers set forth in Probate Code Section 2591:

   a. To contract for the conservatorship and perform outstanding contracts and thereby bind the estate, including asserting or waiving confidentiality agreements.

   b. To operate at the risk of the estate a business constituting an asset of the estate.

   c. To pay, collect, compromise, arbitrate, or otherwise adjust claims, debts, or demands upon the Conservatorship Estate.

   d. To employ attorneys, accountants, investment counsel, agents, depositaries, and employees and to pay the expenses.

3. The Temporary Conservators have the power to prosecute civil harassment restraining orders that they deem to be appropriate.