# EXHIBIT QQ

Geraldine A. Wyle (SBN 89735)
Jeryll S. Cohen (SBN 125392)
Jeffrey D. Wexler (SBN 132256)
Vivian Lee Thoreen (SBN 224162)
LUCE FORWARD HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone:    (213) 892-4992
Facsimile:    (213) 892-7731

Attorneys for Temporary Conservator
of the Person and Temporary Co-Conservator
of the Estate James P. Spears

**ORIGINAL FILED**

FEB 0 7 2008

**LOS ANGELES
SUPERIOR COURT**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In re the Temporary Conservatorship of the Person and the Estate of:<br><br>BRITNEY JEAN SPEARS,<br><br>　　　　Temporary Conservatee. | CASE NO.  BP 108870<br><br>**JOINDER OF ANDREW M. WALLET, TEMPORARY CO-CONSERVATOR OF THE ESTATE OF BRITNEY JEAN SPEARS TO EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; AND (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY SPEARS**<br><br>Date:  February 7, 2008<br>Time:  1:30 p.m<br>Department:  9 |

I, ANDREW M. WALLET, am the Co-Conservator of the Estate of Britney Jean Spears.

I hereby join in the Ex Parte Application For Order: (1) Granting Power To Fire Howard

Grossman; (2) Requiring Howard Grossman To Turn Over All Documents And Records

Relating To Britney Spears; And (3) To Turn Over All Assets Relating To Britney Spears.

Dated: February ⁷, 2008          By: _____

　　　　　　　　　　　　　　　　　　　　Andrew M. Wallet,
　　　　　　　　　　　　　　　　　　　　Co-Conservator of the Estate of Britney Jean Spears

1