# EXHIBIT RR

```
Geraldine A. Wyle (SBN 89735)
Jeryll S. Cohen (SBN 125392)
Jeffrey D. Wexler (SBN 132256)
Vivian Lee Thoreen (SBN 224162)
LUCE FORWARD HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone:   (213) 892-4992
Facsimile:   (213) 892-7731
```

**ORIGINAL FILED**

FEB 07 2008

**LOS ANGELES SUPERIOR COURT**

Attorneys for Temporary Conservator
of the Person and Temporary Co-Conservator
of the Estate James P. Spears

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of:<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. BP 108870<br><br>**DECLARATION OF VIVIAN LEE THOREEN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; AND (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY SPEARS**<br><br>Date: February 7, 2008<br>Time: 1:30 p.m<br>Department: 9 |

1

THOREEN DECL. IN SUPP. OF APP. FOR ORDER RE HOWARD

…

## DECLARATION OF VIVIAN LEE THOREEN

I, Vivian Lee Thoreen, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate at the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for James P. Spears ("Mr. Spears"), the father of Britney Jean Spears ("Britney") and temporary conservator of the person and temporary co-conservator of the estate of Britney Jean Spears. The statements contained in this declaration are based on my own knowledge. If called as a witness, I could and would testify competently to them.

2. On February 6, 2008, I sent an email to Samuel D. Ingham III, Britney's court-appointed PVP counsel, regarding our intention to apply *ex parte* for an order authorizing the Temporary Co-Conservators to fire Howard Grossman, and granting a an order that Mr. Grossman immediately turn over all documents, records, and assets relating to Britney. It is my understanding that Mr. Ingham responded that he consents to the relief being sought by Mr. Spears and will attend the hearing on the *ex parte* application.

Executed on February 7, 2008 at Los Angeles, California. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

_____
VIVIAN LEE THOREEN
…