# EXHIBIT SS

1  Geraldine A. Wyle (SBN 89735)
   Jeryll S. Cohen (SBN 125392)
2  Jeffrey D. Wexler (SBN 132256)
   Vivian Lee Thoreen (SBN 224162)
3  LUCE FORWARD HAMILTON & SCRIPPS LLP
   601 South Figueroa, Suite 3900
4  Los Angeles, California 90017
   Telephone:  (213) 892-4992
5  Facsimile:  (213) 892-7731

6  Attorneys for Temporary Conservator
   of the Person and Temporary Co-Conservator
7  of the Estate James P. Spears

**ORIGINAL FILED**

FEB 07 2008

**LOS ANGELES SUPERIOR COURT**

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

In re the Temporary Conservatorship of the Person and the Estate of:

BRITNEY JEAN SPEARS,

   Temporary Conservatee.

CASE NO. BP 108870

**DECLARATION OF GERALDINE A. WYLE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; AND (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY SPEARS**

Date: February 7, 2008
Time: 1:30 p.m
Department: 9

1

WYLE DECL. IN SUPP. OF APP. FOR ORDER RE HOWARD GROSSMAN

# DECLARATION OF GERALDINE A. WYLE

I, Geraldine A. Wyle, declare:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for James P. Spears ("Mr. Spears"), the father of Britney Jean Spears ("Britney") and temporary conservator of the person and temporary co-conservator of the estate of Britney Jean Spears. Except as otherwise stated, the statements contained herein are based on my personal knowledge and experience. If called as a witness, I could and would testify competently to those facts.

2. Through an e-mail on which I was copied, my colleague Jeffrey D. Wexler, a partner at Luce Forward, at 12:23 p.m. on Wednesday, February 6, 2008 e-mailed to Mr. Grossman the following documents filed by the Court earlier on February 6, 2008: (a) the Letters of Temporary Conservatorship of the Person, (b) the Order Extending Temporary Letters of Conservatorship of the Person (the "Order re the Person"), (c) the Letters of Temporary Conservatorship of the Estate, and (d) the Order Extending Temporary Letters of Conservatorship of the Estate (the "Order re the Estate") (collectively, the "Letters and Orders").

3. I am informed and believe that later on the afternoon of February 6, 2008, Mr. Grossman met with Britney and Adam Streisand ("Mr. Streisand") of Loeb & Loeb LLP to discuss Mr. Streisand's potential representation of Britney with regard to this matter. I am further informed and believe that Mr. Grossman did not provide Mr. Streisand with copies of the Orders or inform him of the contents of those Orders, even though the Order re the Person expressly provided that: (1) Mr. Spears had the power to restrict and limit visitors by any means; (2) all meetings between Britney and any attorneys other than her court-appointed attorney, Sam Ingham III, are subject to Mr. Spears' approval, including the location for the meeting; and (3) Mr. Spears had the power to be present with his attorneys at any such meeting and to ensure that there is adequate security.

4. Later on the afternoon of February 6, 2008, upon learning that Mr. Grossman and Mr. Streisand had met with Britney, I immediately notified attorneys at Loeb & Loeb of the existence of the Orders and the prohibitions upon attorney conduct set forth therein. Thereafter,

2

WYLE DECL. IN SUPP. OF APP. FOR ORDER

1 | I spoke with Mr. Streisand, who told me that he had been unaware of the Orders or their contents and that he had immediately discontinued his meeting with Britney upon being informed about the Orders.

5. I am informed and believe that sometime after 12:23 p.m. on February 6, 2008, Mr. Grossman met with Britney and attorney Adam Streisand at the Beverly Hills Hotel, without the knowledge or consent of the Temporary Co-Conservators. It is my understanding that Mr. Grossman did not provide Mr. Streisand with copies of the Orders or disclose their contents to him.

Executed on February 7, 2008 at Los Angeles, California.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

_____
GERALDINE A. WYLE