EXHIBIT TT

Geraldine A. Wyle (SBN 89735)
Jeryll S. Cohen (SBN 125392)
Jeffrey D. Wexler (SBN 132256)
Vivian Lee Thoreen (SBN 224162)
LUCE FORWARD HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone:     (213) 892-4992
Facsimile:     (213) 892-7731

Attorneys for Temporary Conservator
of the Person and Temporary Co-Conservator
of the Estate James P. Spears

**ORIGINAL FILED**

FEB 0 7 2008

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

In re the Temporary Conservatorship of the
Person and the Estate of:

BRITNEY JEAN SPEARS,

        Temporary Conservatee.

CASE NO.  BP 108870

**DECLARATION OF JEFFREY D.
WEXLER IN SUPPORT OF EX PARTE
APPLICATION FOR ORDER: (1)
GRANTING POWER TO FIRE HOWARD
GROSSMAN; (2) REQUIRING HOWARD
GROSSMAN TO TURN OVER ALL
DOCUMENTS AND RECORDS
RELATING TO BRITNEY SPEARS; AND
(3) TO TURN OVER ALL ASSETS
RELATING TO BRITNEY SPEARS**

Date: February 7, 2008
Time: 1:30 p.m
Department: 9
Judge:  Hon. Reva Goetz, Judge Pro Tem

1

## DECLARATION OF JEFFREY D. WEXLER

I, Jeffrey D. Wexler, declare:

1.      I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for James P. Spears ("Mr. Spears"), the father of Britney Jean Spears ("Britney") and temporary conservator of the person and temporary co-conservator of the estate of Britney Jean Spears. Except as otherwise stated, the statements contained herein are based on my personal knowledge and experience. If called as a witness, I could and would testify competently to those facts.

2.      On Tuesday, February 5, 2008 at about 5:00 p.m., I had a telephone conversation with Howard Grossman, whom I understand to be Britney's business manager, in which he told me that two cars owned by Britney were ready to be picked up at the repair shop at Mercedes-Benz of Beverly Hills. Later that afternoon, I spoke with Cameron of Mercedes-Benz of Beverly Hills, who told me that I should have Mr. Grossman let him know who would be picking up the two cars.

3.      On Wednesday, February 6, 2008, the Court filed the Letters of Temporary Conservatorship of the Person, the Order Extending Temporary Letters of Conservatorship of the Person, the Letters of Temporary Conservatorship of the Estate, and the Order Extending Temporary Letters of Conservatorship of the Estate (collectively, the "Letters and Orders"). At 12:23 p.m. on February 6, 2008, soon after my office received conformed copies of the Letters and Orders from the Court, I e-mailed copies of the Letters and Orders to Mr. Grossman. Attached hereto as Exhibit A is a true and correct copy of my e-mail to Mr. Grossman of 12:23 p.m. on February 6, 2008 with the attachments thereto.

4.      Attached hereto as Exhibit B is a true and correct copy of an e-mail that I sent to Mr. Grossman at 1:09 p.m. on February 6, 2008 asking him to let Mercedes-Benz of Beverly Hills know that Mr. Spears would be sending someone on February 6, 2008 or February 7, 2008 to pick up Britney's two cars that were waiting at the repair shop for pick-up.

5.      Attached hereto as Exhibit C is a true and correct copy of an e-mail from Mr. Grossman that I received at 1:38 p.m. on February 6, 2008 in which he asked his assistant, Kate

2

1  Erbland, to authorize Mercedes-Benz of Beverly Hills to allow Mr. Spears' representative to pick

2  up Britney's two cars.

3        6.     Attached hereto as Exhibit D is a true and correct copy of an e-mail from Ms.

4  Erbland that I received at 1:48 p.m. on February 6, 2008 in which Ms. Erbland confirmed that

5  she had authorized Mercedes-Benz of Beverly Hills to allow Mr. Spears' representative to pick

6  up Britney's two cars.

7       Executed on February 7, 2008 at Los Angeles, California.

8       I declare under penalty of perjury of the laws of the State of California that the foregoing

9  is true and correct.

10

11

12                                   JEFFREY D. WEXLER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEXLER DECL. IN SUPP. OF APP. FOR ORDER RE HOWARD GROSSMAN

# EXHIBIT A

**Wexler, Jeffrey**

| | |
|---|---|
| **From:** | Wexler, Jeffrey |
| **Sent:** | Wednesday, February 06, 2008 12:23 PM |
| **To:** | 'Howard Grossman' |
| **Cc:** | Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian |
| **Subject:** | Letters and Orders filed today |

**Attachments:** Letters of Temporary Conservatorship for the Person.pdf; Order Appointing Temporary Conservator for the Person.pdf; Letters of Temporary Conservatorship for the Estate.pdf; Order Appointing Temporary Conservator for the Estate.pdf

 

Letters of          Order Appointing          Letters of          Order Appointing
mporary Conservat.  Temporary Con...       mporary Conservat.  Temporary Con...

are attached.

Jeff

GC-150

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
After recording return to:
Geraldine A. Wyle, SBN 89735
Jeryll S. Cohen, SBN 125392
Vivian L. Thoreen, SBN 224162
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017
TELEPHONE NO.: (213) 892-4992
FAX NO. *(Optional)*: (213) 892-7731
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: James P. Spears

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
OF *(Name)*: Britney Jean Spears

☐ MINOR ☒ CONSERVATEE

**LETTERS OF TEMPORARY** ☐ **GUARDIANSHIP** ☒ **CONSERVATORSHIP**
☒ Person ☐ Estate

**LETTERS**

*FOR RECORDER'S USE ONLY*

CASE NUMBER:
BP 108870

*FOR COURT USE ONLY*

# FILED
LOS ANGELES SUPERIOR COURT

FEB 0 6 2008

JOHN A. CLARKE, CLERK
*Cherm M. Williams*
BY S.L. WILLIAMS, DEPUTY

1. *(Name)*: James P. Spears
   is appointed temporary ☐ guardian ☒ conservator of the ☒ person
   ☐ estate of *(name)*: Britney Jean Spears

2. ☒ Other powers have been granted or restrictions imposed on the temporary
   ☐ guardian ☒ conservator as ☐ specified below
   ☒ specified in Attachment 2.

3. These *Letters* shall expire
   a. ☐ on *(date)*: _____ or upon earlier issuance of *Letters* to a general
      guardian or conservator.
   b. ☒ other date *(specify)*: February 14, 2008

4. ☒ The temporary ☐ guardian ☒ conservator is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: 1

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL) Date: FEB 0 6 2008

Clerk, by _____
                (DEPUTY)

**AFFIRMATION**
I solemnly affirm that I will perform the duties of temporary ☐ guardian ☒ conservator according to law.
Executed on *(date)*: February 4, 2008
at *(place)*: Los Angeles , California.

James P. Spears
*James P. Spears*
(SIGNATURE OF APPOINTEE)

(SEAL)

WITNESS, clerk of the court, with
seal of the court affixed.

Date: _____

Clerk, by _____
                (DEPUTY)

**CERTIFICATION**
I certify that this document and any attachments is a correct copy of
the original on file in my office, and that the *Letters* issued to the
person appointed above have not been revoked, annulled, or set
aside and are still in full force and effect.

Form Approved for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2003]

**LETTERS OF TEMPORARY
GUARDIANSHIP OR CONSERVATORSHIP**

Probate Code, § 2250 et seq.;
Code of Civil Procedure, § 2015.6
2003 © American LegalNet, Inc.

Letters of
Temporary Conservator
of the Person
Britney Jean Spears
Attachment 2

The Temporary Conservator of the Person is granted the following powers in addition to the powers provided by law:

a. The Temporary Conservator shall have the power to restrict and limit visitors by any means, provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her court-appointed attorney, Mr. Ingham, except to approve the location for any meetings or visits in advance of any such meetings or visits, and to arrange for appropriate security, in order to protect the Conservatee. Any and all meetings between the Conservatee and any attorneys who are not Mr. Ingham are subject to the Temporary Conservator's approval, including the location for the meeting. The Temporary Conservator shall also have the power to be present with his attorneys at any such meetings and to ensure that there is adequate security.

b. The Temporary Conservator shall have the power to retain caretakers for the Conservatee on a 24 hour/7 day basis. The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

c. The Temporary Conservator shall have the power to prosecute civil harassment restraining orders that the Temporary Conservator deems appropriate.

d. The Temporary Conservator shall have access to any and all medical records and to communications with treating and other expert medical personnel.

1  Geraldine A. Wyle, State Bar No. 089735
   Jeryll S. Cohen, State Bar No. 125392
2  Jeffrey D. Wexler, State Bar No. 132256
   Vivian L. Thoreen, State Bar No. 224162
3  **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
   601 South Figueroa Street, Suite 3900
4  Los Angeles, California 90017
   Telephone No.: 213.892.4992
5  Fax No.: 213.892.7731

6  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
7  Temporary Co-Conservator of the Estate

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 6 2008

JOHN A. CLARKE, CLERK
~~Cham m williams~~
BY S.L. WILLIAMS, DEPUTY

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10           FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11

12  In re the Conservatorship of the Person of        Case No. BP 108870

13  BRITNEY JEAN SPEARS,
                                                  **ORDER EXTENDING TEMPORARY**
14                                                **LETTERS OF CONSERVATORSHIP OF**
                 Proposed Conservatee.            **THE PERSON**
15

16                                                Date:    February 4, 2008
                                                  Time:    1:30 p.m.
17                                                Dept.:   9
                                                  Judge:   Hon. Reva Goetz, Judge Pro Tem
18

19

20

21        The further hearing on the Petition for Appointment of Temporary Conservator of the

22  Person of Britney Jean Spears ("Ms. Spears"), filed by James P. Spears, came on regularly for

23  hearing on February 4, 2008 at 1:30 p.m. in Department 9 of the Los Angeles Superior Court,

24  Central District, the Honorable Reva Goetz, Judge Pro Tem presiding.  Jeryll S. Cohen, Vivian L.

25  Thoreen, and Jeffrey D. Wexler of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of

26  Petitioner James P. Spears ("Mr. Spears"), Temporary Conservator of the Person and Co-

27  Conservator of the Estate of Ms. Spears.  Samuel D. Ingham III appeared as the court-appointed

28  PVP counsel on behalf of Ms. Spears.  Andrew M. Wallet of Hinojosa & Wallet appeared on

                                            1

behalf of Andrew M. Wallet as the Temporary Co-Conservator of the Estate of Ms. Spears.  Adam

F. Streisand of Loeb & Loeb LLP appeared purportedly on behalf of Ms. Spears.   From proof

made to the satisfaction of the court,

THE COURT FINDS AS FOLLOWS:

1.      Notice of time and place of hearing has been given as required by law or dispensed

with.

2.      On February 1, 2008, the Court appointed Mr. Spears as Temporary Conservator of

Ms. Spears' Person, and Letters of Temporary Conservatorship of the Person were issued to Mr.

Spears on the same day.

3.      On February 1, 2008, the Court appointed PVP counsel Samuel D. Ingham III as

the Conservatee's court-appointed attorney.

4.      It is in the best interest of the Conservatee that the Temporary Conservatorship be

continued over the Conservatee's Person.

5.      Mr. Spears is a suitable and qualified person and is authorized to continue as the

Temporary Conservator of Ms. Spears' Person.

6.      It is necessary and appropriate that the Letters of Temporary Conservatorship of the

Person issued to Mr. Spears on February 1, 2008 be extended to February 14, 2008 for further

hearing.

7.      As a result of the pleadings that have been filed, the declaration by J. Edward Spar,

M.D., and the Report of PVP counsel Mr. Ingham, the court finds that Ms. Spears does not have

the capacity to retain counsel and she lacked the capacity to retain Adam F. Streisand as her

counsel.

8.      Ms. Spears has a right to be present at this hearing, and she is not present.

According to Dr. Spar's declaration, Ms. Spears does not have the ability to attend the hearing.

Mr. Ingham indicated in his Report that Ms. Spears was given an opportunity through him to

communicate to the Court, and she has elected not to.  On the basis of Dr. Spar's declaration and

Mr. Ingham's Report, the Court should waive Ms. Spears' presence at the hearing.

ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE PERSON

9.     Mr. Ingham met with Ms. Spears on February 3, 2008.

THE COURT ORDERS AS FOLLOWS:

1.     Notice of time and place of hearing has been given as required by law or dispensed with.

2.     Ms. Spears does not have the capacity to retain counsel.

3.     Ms. Spears lacked the capacity to retain Adam F. Streisand as her counsel.

4.     Ms. Spears' attendance at the hearing is waived.

5.     Letters of Temporary Conservatorship of the Person issued to James P. Spears on February 1, 2008 are extended to February 14, 2008.

6.     The Temporary Conservator of the Person is granted the following powers in addition to the powers provided by law:

a.     The Temporary Conservator shall have the power to restrict and limit visitors by any means, provided that the Temporary Conservator shall not prevent the Conservatee from meeting with her court-appointed attorney, Mr. Ingham, except to approve the location for any meetings or visits in advance of any such meetings or visits, and to arrange for appropriate security, in order to protect the Conservatee.  Any and all meetings between the Conservatee and any attorneys who are not Mr. Ingham are subject to the Temporary Conservator's approval, including the location for the meeting.  The Temporary Conservator shall also have the power to be present with his attorneys at any such meetings and to ensure that there is adequate security.

b.     The Temporary Conservator shall have the power to retain caretakers for the Conservatee on a 24 hour/7 day basis.  The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

c.     The Temporary Conservator shall have the power to prosecute civil harassment restraining orders that the Temporary Conservator deems appropriate.

d.     The Temporary Conservator shall have access to any and all medical records

3

ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE PERSON

and to communications with treating and other expert medical personnel.

7.     Service on Ms. Spears of pleadings that are to be or are sealed shall be served on PVP counsel Mr. Ingham. Mr. Ingham shall review and discuss such pleadings with the Conservatee; however, Mr. Ingham shall retain any and all copies of such pleadings and shall not leave them with the Conservatee, except that Mr. Ingham may leave a copy of the Order appointing him as the Conservatee's court-appointed counsel with the Conservatee.

8.     The Conservatee shall not have any contact, direct or indirect, with Osama aka Sam Lutfi, including telephone calls, text messaging, or email communications.

9.     The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or until February 14, 2008 at 1:30 p.m. or further order of the Court.

10.    The next hearing in this matter is set for February 14, 2008 at 1:30 p.m.

APPROVED AS TO FORM AND CONTENT:

Dated: 2-6-08          By: _____

Samuel D. Ingham III, PVP Counsel for
Temporary Conservatee Britney Jean Spears

Dated: _____          By: _____

Andrew M. Wallet, Co-Conservator of the
Estate of Britney Jean Spears

IT IS SO ORDERED.

Dated: 2/6/08          _____

Hon. Reva Goetz, Judge Pro Tem
Superior Court, State of California

4

ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE PERSON

GC-150

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
After recording return to:

Geraldine A. Wyle, SBN 89735
Jeryll S. Cohen, SBN 125392
Vivian L. Thoreen, SBN 224162
Luce, Forward, Hamilton & Scripps LLP
601 S. Figueroa St., Suite 3900, Los Angeles, CA 90017

TELEPHONE NO.: (213) 892-4992
FAX NO. *(Optional):* (213) 892-7731
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* James P. Spears

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Central

TEMPORARY ☐ GUARDIANSHIP ☒ CONSERVATORSHIP
OF *(Name):* Britney Jean Spears

☐ MINOR ☒ CONSERVATEE

**LETTERS OF TEMPORARY** ☐ **GUARDIANSHIP** ☒ **CONSERVATORSHIP**
☐ **Person** ☒ **Estate**

*FOR RECORDER'S USE ONLY*

CASE NUMBER:
BP 108870

*FOR COURT USE ONLY*

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 06 2008

JOHN A. CLARKE, CLERK
~~Team M Williams~~
BY S.L. WILLIAMS, DEPUTY

**LETTERS**

1. *(Name):* James P. Spears and Andrew M. Wallet
   is appointed temporary ☐ guardian ☒ conservator of the ☐ person
   ☒ estate of *(name):* Britney Jean Spears

2. ☒ Other powers have been granted or restrictions imposed on the temporary
   ☐ guardian ☒ conservator as ☐ specified below
   ☒ specified in Attachment 2.

3. These *Letters* shall expire
   a. ☐ on *(date):*                         or upon earlier issuance of *Letters* to a general
      guardian or conservator.
   b. ☒ other date *(specify):* February 14, 2008

4. ☐ The temporary ☐ guardian ☐ conservator is not authorized to take possession of money or any other property
   without a specific court order.

5. Number of pages attached: _2_

WITNESS, clerk of the court, with seal of the court affixed.

Date: FEB 06 2008

Clerk, by _____
                              *(DEPUTY)*

---

**AFFIRMATION**

I solemnly affirm that I will perform the duties of temporary ☐ guardian ☒ conservator according to law.
Executed on *(date):* February 4, 2008
at *(place):* Los Angeles                         , California.

James P. Spears; Andrew M. Wallet
_____
*(SIGNATURE OF APPOINTEE)*

(SEAL)

WITNESS, clerk of the court, with
seal of the court affixed.

Date: FEB 06 2008

Clerk, by _____
                              *(DEPUTY)*

**CERTIFICATION**

I certify that this document and any attachments is a correct copy of
the original on file in my office, and that the *Letters* issued to the
person appointed above have not been revoked, annulled, or set
aside and are still in full force and effect.

Form Approved for Mandatory Use
Judicial Council of California
GC-150 [Rev. January 1, 2003]

**LETTERS OF TEMPORARY
GUARDIANSHIP OR CONSERVATORSHIP**

Probate Code, § 2250 et seq.;
Code of Civil Procedure, § 2015.6
2003 © American LegalNet, Inc.

Letters of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 2

1.    The Temporary Conservators of the Estate are granted the following powers in addition to the powers provided by law:

     a.  The Temporary Conservators shall have the power to obtain all documents and records relating to the Conservatee and her assets, whether held in her name or in the name of another, including but not limited to, all records currently in the possession and control of the Conservatee's business manager, Howard Grossman, her attorneys, and others, all contracts, information relating to credit cards, bank statements, estate planning documents, receivables, and any and all powers of attorney.

     b.  The Temporary Conservators shall have the power to take all actions necessary to secure the Conservatee's assets, including the power to enter and take possession and control of the Conservatee's residence, to remove all persons from the residence and take any and all actions necessary to secure the residence, including changing the locks, call on law enforcement and employ security guards at the expense of the Conservatorship Estate.

     c.  The Temporary Conservators shall have the power to take all actions necessary to secure the Conservatee's liquid assets, including but not limited to, the power to cancel all credit cards.

     d.  The Temporary Conservators shall have the power to revoke all powers of attorneys, including powers of attorney for making health care decisions and managing real estate, and to terminate any and all agencies.

     e.  The Temporary Conservators shall have the power to commence and maintain litigation and participate in any litigation with respect to which the

Letters of
Temporary Conservator
of the Estate
Britney Jean Spears
Attachment 2

Conservatee is a party or has an interest, and the power to retain counsel and experts, and to pay same from the Conservatorship Estate, not only as to the family law case but for any other matter.

2.      The Court grants the Temporary Conservators the powers pursuant to Probate Code Section 2590 and the following powers set forth in Probate Code Section 2591:

a.   To contract for the conservatorship and perform outstanding contracts and thereby bind the estate, including asserting or waiving confidentiality agreements.

b.   To operate at the risk of the estate a business constituting an asset of the estate.

c.   To pay, collect, compromise, arbitrate, or otherwise adjust claims, debts, or demands upon the Conservatorship Estate.

d.   To employ attorneys, accountants, investment counsel, agents, depositaries, and employees and to pay the expenses.

3.      The Temporary Conservators have the power to prosecute civil harassment restraining orders that they deem to be appropriate.

1  Geraldine A. Wyle, State Bar No. 089735
   Jeryll S. Cohen, State Bar No. 125392
2  Jeffrey D. Wexler, State Bar No. 132256
   Vivian L. Thoreen, State Bar No. 224162
3  **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
   601 South Figueroa Street, Suite 3900
4  Los Angeles, California 90017
   Telephone No.: 213.892.4992
5  Fax No.: 213.892.7731

6  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
7  Temporary Co-Conservator of the Estate

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 6 2008

JOHN A. CLARKE, CLERK
~~Tam Williams~~
BY S.L. WILLIAMS, DEPUTY

8

9       **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10      **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

11

12  In re the Conservatorship of the Estate of          Case No. BP 108870

13  BRITNEY JEAN SPEARS,
                                                         **ORDER EXTENDING TEMPORARY**
14                                                       **LETTERS OF CONSERVATORSHIP OF**
          Proposed Conservatee.                          **THE ESTATE**
15

16                                                       Date:    February 4, 2008
                                                         Time:    1:30 p.m.
17                                                       Dept.:   9
                                                         Judge:   Hon. Reva Goetz, Judge Pro Tem
18

19

20

21      The further hearing on the Petition for Appointment of Temporary Conservator of the

22  Estate of Britney Jean Spears ("Ms. Spears"), filed by James P. Spears, came on regularly for

23  hearing on February 4, 2008 at 1:30 p.m. in Department 9 of the Los Angeles Superior Court,

24  Central District, the Honorable Reva Goetz, Judge Pro Tem presiding.  Jeryll S. Cohen, Vivian L.

25  Thoreen, and Jeffrey D. Wexler of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of

26  Petitioner James P. Spears ("Mr. Spears"), Temporary Conservator of the Person and Co-

27  Conservator of the Estate of Ms. Spears.  Samuel D. Ingham III appeared as the court-appointed

28  PVP counsel on behalf of Ms. Spears.  Andrew M. Wallet of Hinojosa & Wallet appeared on

                                                1

1  behalf of Andrew M. Wallet as Co-Conservator of the Estate of Ms. Spears.  Adam F. Streisand of

2  Loeb & Loeb LLP appeared purportedly on behalf of Ms. Spears.   From proof made to the

3  satisfaction of the court,

4

5      THE COURT FINDS AS FOLLOWS:

6          1.      Notice of time and place of hearing has been given as required by law or dispensed

7  with.

8          2.      On February 1, 2008, the Court appointed Mr. Spears and Mr. Wallet as Temporary

9  Co-Conservators of Ms. Spears' Estate, and Letters of Temporary Conservatorship of the Estate

10  were issued to Mr. Spears and Mr. Wallet on the same day.

11          3.      On February 1, 2008, the Court appointed PVP counsel Samuel D. Ingham III as

12  the Conservatee's court-appointed attorney.

13          4.      It is in the best interest of the Conservatee that the Temporary Conservatorship be

14  continued over the Conservatee's Estate.

15          5.      Mr. Wallet is a suitable and qualified person and is authorized to continue as the
   Temporary
16  ∧Co-Conservator of Ms. Spears' Estate.

17          6.      Mr. Spears is a suitable and qualified person and is authorized to continue as the
   Temporary
18  ∧Co-Conservator of Ms. Spears' Estate.

19          7.      It is necessary and appropriate that the Letters of Temporary Conservatorship of the

20  Estate issued to Mr. Spears and Mr. Wallet on February 1, 2008 be extended to February 14, 2008

21  for further hearing.

22          8.      As a result of the pleadings that have been filed, the declaration by J. Edward Spar,

23  M.D., and the Report of PVP counsel Mr. Ingham, the court finds that Ms. Spears does not have

24  the capacity to retain counsel and she lacked the capacity to retain Adam F. Streisand as her

25  counsel.

26          9.      Ms. Spears has a right to be present at this hearing, and she is not present.

27  According to Dr. Spar's declaration, Ms. Spears does not have the ability to attend the hearing.

28  Mr. Ingham indicated in his Report that Ms. Spears was given an opportunity through him to

2

ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE ESTATE

communicate to the Court, and she has elected not to.  On the basis of Dr. Spar's declaration and Mr. Ingham's Report, the Court should waive Ms. Spears' presence at the hearing.

     10.    Mr. Ingham met with Ms. Spears on February 3, 2008.

     11.    Bond was fixed at $100,000.00 ($50,000.00 for each Co-Conservator), to be furnished by an authorized surety company or as otherwise provided by law.

THE COURT ORDERS AS FOLLOWS:

     1.    Notice of time and place of hearing has been given as required by law or dispensed with.

     2.    Ms. Spears does not have the capacity to retain counsel.

     3.    Ms. Spears lacked the capacity to retain Adam F. Streisand as her counsel.

     4.    Ms. Spears' attendance at the hearing is waived.

     5.    Letters of Temporary Conservatorship of the Estate issued to James P. Spears and Andrew M. Wallet on February 1, 2008 are extended to February 14, 2008.

     6.    The Temporary Conservators of the Estate are granted the following powers in addition to the powers provided by law:

     a.    The Temporary Conservators shall have the power to obtain all documents and records relating to the Conservatee and her assets, whether held in her name or in the name of another, including but not limited to, all records currently in the possession and control of the Conservatee's business manager, Howard Grossman, her attorneys, and others, all contracts, information relating to credit cards, bank statements, estate planning documents, receivables, and any and all powers of attorney.

     b.    The Temporary Conservators shall have the power to take all actions necessary to secure the Conservatee's assets, including the power to enter and take possession and control of the Conservatee's residence, to remove all persons from the residence and take any and all actions necessary to secure the residence, including changing the locks, call on law enforcement and employ

security guards at the expense of the Conservatorship Estate.

c.  The Temporary Conservators shall have the power to take all actions necessary to secure the Conservatee's liquid assets, including but not limited to, the power to cancel all credit cards.

d.  The Temporary Conservators shall have the power to revoke all powers of attorneys, including powers of attorney for making health care decisions and managing real estate, and to terminate any and all agencies.

e.  The Temporary Conservators shall have the power to commence and maintain litigation and participate in any litigation with respect to which the Conservatee is a party or has an interest, and the power to retain counsel and experts, and to pay same from the Conservatorship Estate, not only as to the family law case but for any other matter.

7.  The Court grants the Temporary Conservators the powers pursuant to Probate Code Section 2590 and the following powers set forth in Probate Code Section 2591:

a.  To contract for the conservatorship and perform outstanding contracts and thereby bind the estate, including asserting or waiving confidentiality agreements.

b.  To operate at the risk of the estate a business constituting an asset of the estate.

c.  To pay, collect, compromise, arbitrate, or otherwise adjust claims, debts, or demands upon the Conservatorship Estate.

d.  To employ attorneys, accountants, investment counsel, agents, depositaries, and employees and to pay the expenses.

8.  The Temporary Conservators have the power to prosecute civil harassment restraining orders that they deem to be appropriate.

9.  Service on Ms. Spears of pleadings that are to be or are sealed shall be served on PVP counsel Mr. Ingham. Mr. Ingham shall review and discuss such pleadings with the Conservatee; however, Mr. Ingham shall retain any and all copies of such pleadings and shall not leave them with the Conservatee, except that Mr. Ingham may leave a copy of the Order

4

ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE ESTATE

1    appointing him as the Conservatee's court-appointed counsel with the Conservatee.

2        10.     The Conservatee shall not have any contact, direct or indirect, with Osama aka Sam

3    Lutfi, including telephone calls, text messaging, or email communications.

4        11.     The Conservatee is to remain in California pending the hearing on the Petition for

5    Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or

6    until February 14, 2008 at 1:30 p.m. or further order of the Court.

7        12.     The bond fixed by the Court's prior Order in the amount of $50,000.00 for each

8    Co-Conservator is sufficient.

9        13.     The next hearing in this matter is set for February 14, 2008 at 1:30 p.m.

10

11    APPROVED AS TO FORM AND CONTENT:

12

13    Dated: _2-6-08_            By : _____

14                                   Samuel D. Ingham III, PVP Counsel for

15                                   Temporary Conservatee Britney Jean Spears

16

17    Dated: _____       By : _____

18

19                                   Andrew M. Wallet, Co-Conservator of the
                                  Estate of Britney Jean Spears

20    IT IS SO ORDERED.

21

22    Dated: _2/6/08_

23                                   _____

24                                   Hon. Reva Goetz, Judge Pro Tem
                                  Superior Court, State of California

25    201013893.1

26

27

28

ORDER EXTENDING TEMPORARY LETTERS OF CONSERVATORSHIP OF THE ESTATE

**EXHIBIT B**

**Wexler, Jeffrey**

| | |
|---|---|
| **From:** | Wexler, Jeffrey |
| **Sent:** | Wednesday, February 06, 2008 1:09 PM |
| **To:** | 'Howard Grossman' |
| **Cc:** | Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian; 'todd@tbrcars.com' |
| **Subject:** | Britney's cars |

Howard--

Todd Rosenthal          will be sending someone to Mercedes-Benz of Beverly Hills
later today or tomorrow to pick up the two cars.  Please let Cameron/Kamran know that TBR
Cars is authorized to pick up those cars.

Todd has asked me to ask you to provide him with VIN and other information concerning each
of the cars that Britney owns.  Please e-mail him that information at todd@tbrcars.com.

Thanks again for all of your help.

Jeff

**EXHIBIT C**

**Wexler, Jeffrey**

| | |
|---|---|
| **From:** | Howard Grossman [Howard@glwg.com] |
| **Sent:** | Wednesday, February 06, 2008 1:38 PM |
| **To:** | Wexler, Jeffrey |
| **Cc:** | Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian; todd@tbrcars.com; katlin@glwg.com |
| **Subject:** | RE: Britney's cars |

Kate, please authorize Cameron, also, please provide car and vin numbers. Thank you.

---

From: Wexler, Jeffrey [mailto:JWexler@LUCE.com]
Sent: Wed 2/6/2008 1:08 PM
To: Howard Grossman
Cc: Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian; 'todd@tbrcars.com'
Subject: Britney's cars


Howard--

Todd Rosenthal            , will be sending someone to Mercedes-Benz of Beverly Hills
later today or tomorrow to pick up the two cars.  Please let Cameron/Kamran know that TBR
Cars is authorized to pick up those cars.

Todd has asked me to ask you to provide him with VIN and other information concerning each
of the cars that Britney owns.  Please e-mail him that information at todd@tbrcars.com.

Thanks again for all of your help.

Jeff


This message is intended only for the use of the Addressee and may contain information
that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby
notified that any dissemination of this communication is strictly prohibited. If you have
received this communication in error, please erase all copies of the message and its
attachments and notify us immediately. Thank you.

**EXHIBIT D**

# Wexler, Jeffrey

**From:**        Katlin Erbland [Katlin@glwg.com]
**Sent:**        Wednesday, February 06, 2008 1:48 PM
**To:**          Howard Grossman; Wexler, Jeffrey
**Cc:**          Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian; todd@tbrcars.com; katlin@glwg.com
**Subject:**     RE: Britney's cars

Have left message for Cameron explicitly authorizing Todd and TBR to pick up all cars.  Am
forwarding all info to Todd now.

---
Kate Erbland
Assistant to Howard Grossman
glwg
*Please note our new address, as of December 17* 10880 Wilshire Blvd., Ste. 1725 Los
Angeles, CA  90024
310-473-2266 Main
310-954-1060 Fax
310-954-1071 Direct
katlin@glwg.com

Circular 230 Disclosure: To comply with U.S. Treasury Department rules governing tax
practice, we inform you that any advice contained herein (including in any attachments)
(1) was not written and is not intended to be used, for the purpose of avoiding any
federal tax penalty that may be imposed on the taxpayer, and (2) may not be used in
connection with promoting, marketing or recommending to another person any transaction or
matter addressed herein.


-----Original Message-----
From: Howard Grossman
Sent: Wed 2/6/2008 1:37 PM
To: Wexler, Jeffrey
Cc: Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian; 'todd@tbrcars.com'; katlin@glwg.com
Subject: RE: Britney's cars

Kate, please authorize Cameron, also, please provide car and vin numbers. Thank you.

_____

From: Wexler, Jeffrey [mailto:JWexler@LUCE.com]
Sent: Wed 2/6/2008 1:08 PM
To: Howard Grossman
Cc: Wyle, Geraldine; Cohen, Jeryll; Thoreen, Vivian; 'todd@tbrcars.com'
Subject: Britney's cars


Howard--

Todd Rosenthal               will be sending someone to Mercedes-Benz of Beverly Hills
later today or tomorrow to pick up the two cars.  Please let Cameron/Kamran know that TBR
Cars is authorized to pick up those cars.

Todd has asked me to ask you to provide him with VIN and other information concerning each
of the cars that Britney owns.  Please e-mail him that information at todd@tbrcars.com.

Thanks again for all of your help.

Jeff

This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.