# EXHIBIT UU

Geraldine A. Wyle (SBN 89735)
Jeryll S. Cohen (SBN 125392)
Jeffrey D. Wexler (SBN 132256)
Vivian Lee Thoreen (SBN 224162)
LUCE FORWARD HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone:  (213) 892-4992
Facsimile:  (213) 892-7731

Attorneys for Temporary Conservator
of the Person and Temporary Co-Conservator
of the Estate James P. Spears

ORIGINAL FILED
FEB 07 2008
LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

In re the Conservatorship of the Person and the Estate of:

BRITNEY JEAN SPEARS,

　　　　Temporary Conservatee.

CASE NO. BP 108870

**DECLARATION OF JERYLL S. COHEN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS; AND (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY SPEARS**

Date: February 7, 2008
Time: 1:30 p.m
Department: 9

1

COHEN DECL. IN SUPPORT OF APP. FOR ORDER RE HOWARD GROSSMAN

## DECLARATION OF JERYLL S. COHEN

I, Jeryll S. Cohen, declare:

1. I am an attorney licensed to practice law in the State of California and am a senior counsel at the law firm of Luce, Forward, Hamilton & Scripps LLP ("Luce Forward"), counsel of record for James P. Spears ("Mr. Spears"), the father of Britney Jean Spears ("Britney") and temporary conservator of the person and temporary co-conservator of the estate of Britney Jean Spears. Except as otherwise stated, the statements contained herein are based on my personal knowledge and experience. If called as a witness, I could and would testify competently to those facts.

2. On February 5, 2008, I had a telephone conversation with Howard Grossman about various matters relating to securing Britney's assets pursuant to the Order Extending Letters of Temporary Conservatorship of the Estate. During that telephone conversation, Mr. Grossman told me that he had numerous e-mails from Osama ("Sam") Lutfi in which Mr. Lutfi made various demands, including demands for money. Mr. Grossman told me that he did not comply with Mr. Lutfi's demands. During this conversation, I requested that Mr. Grossman provide me with copies of all of his e-mail correspondence from Mr. Lutfi.

3. On February 6, 2008, at approximately 9:01 a.m., I sent Mr. Grossman an e-mail requesting that he provide us with copies of the e-mails to and from Mr. Lutfi. Mr. Grossman has since refused to provide copies of any such e-mails. Attached as Exhibit A is a true and correct copy of the e-mail I sent to Mr. Grossman.

4. During my telephone conversation with Mr. Grossman on February 5, 2008, he told me that Mercedes-Benz of Beverly Hills had in its possession two of Britney's cars. I understand that my colleague at Luce Forward, Jeffrey D. Wexler, instructed Mr. Grossman to authorize Mercedes-Benz of Beverly Hills to permit the Temporary Co-Conservators to make arrangements to retrieve Britney's cars.

5. On February 6, 2008, at approximately 12:23 p.m., Mr. Wexler sent Mr. Grossman an e-mail with the Orders and Letters from the hearing on February 4, 2008, at which Mr. Grossman was present and testified before the Court, before the courtroom was closed. I was copied on this e-mail.

2
COHEN DECL. IN SUPPORT OF APP. FOR ORDER RE HOWARD GROSSMAN

6. At approximately 3:21 p.m. and 3:23 p.m. on February 6, 2008, respectively, I sent two e-mails to Mr. Grossman regarding the Order Extending Temporary Letters of Conservatorship of the Person. I told Mr. Grossman that he was not permitted to give Britney any money, credit cards or access to money or credit cards, or to meet with her at this time at the Beverly Hills Hotel or anywhere else. Attached as Exhibit B collectively are true and correct copies of the e-mails.

7. I am informed and believe that sometime after 12:23 p.m. on February 6, 2008, Mr. Grossman met with Britney and attorney Adam Streisand at the Beverly Hills Hotel, without the knowledge or consent of the Temporary Co-Conservators. It is my understanding that Mr. Grossman did not provide Mr. Streisand with copies of the Orders or disclose their contents to him.

8. At approximately 8:00 p.m. on February 6, 2008, I spoke with Mr. Grossman on the telephone. He told me that earlier that day, he had directed Mercedes-Benz of Beverly Hills to deliver one of Britney's cars to the Beverly Hills Hotel for her, without the knowledge and consent of the Temporary Co-Conservators. I reminded Mr. Grossman of the contents of the Orders and the fact that Britney's assets were not subject to her control, but rather were subject to the control of the Co-Conservators. Mr. Grossman told me that he had instructed Mercedes-Benz of Beverly Hills to deliver a car to Britney because she had asked him to and he wanted to comply with her request because he wanted to "build her confidence in him."

9. During one of my telephone conversations with Mr. Grossman on February 6, 2008, Mr. Grossman denied that he had been present during the meeting with Britney and Mr. Streisand at the Beverly Hills Hotel earlier that day.

///
///
///
///
///
///

3

COHEN DECL. IN SUPPORT OF APP. FOR ORDER RE HOWARD GROSSMAN

10. On February 7, 2008, at approximately 8:06 a.m., Mr. Grossman sent me a response to my e-mails. Attached as Exhibit C is a true and correct copy of Mr. Grossman's responding e-mail.

Executed on February 7, 2008 at Los Angeles, California. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

JERYLL S. COHEN

# EXHIBIT A

## Cohen, Jeryll

| | |
|---|---|
| **From:** | Cohen, Jeryll |
| **Sent:** | Wednesday, February 06, 2008 9:01 AM |
| **To:** | 'Howard Grossman' |
| **Cc:** | Wexler, Jeffrey |
| **Subject:** | Britney |

Howard,

Jeff Wexler either has or will be making arrangements to have a messenger pick up from your office the box delivered by Mercedes. Please also give the messenger copies of the emails from Sam as well as responses.

Thank you,

Jeryll

\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONFIDENTIAL

Jeryll Cohen
Luce, Forward, Hamilton & Scripps LLP
601 South Figueroa
Suite 3900
Los Angeles, CA 90017
(213) 892-4968
(213) 452-8047 (fax)
jcohen@luce.com

PLEASE NOTE that federal tax regulations (Circular 230) impose certain requirements on written tax advice, including e-mail messages. This e-mail message (including any attachments and enclosures) is not intended to be a "reliance opinion" within the meaning of Circular 230. Accordingly, this e-mail message and any tax advice given herein is not intended or written to be used, and cannot be used, as a "reliance opinion" for the purpose of avoiding tax penalties that may be imposed under application tax laws.

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

1

**EXHIBIT B**

## Thoreen, Vivian

**From:** Cohen, Jeryll
**Sent:** Wednesday, February 06, 2008 3:21 PM
**To:** 'Howard Grossman'
**Cc:** 'Andrew Wallet'; Wyle, Geraldine; Thoreen, Vivian
**Subject:** Spears

Howard,

Britney may contact you. She may want you to get her money. The Order Appointing Conservator has taken away Britney's power to contract or deal with her assets - the Co-Conservators have the power to "take all actions necessary to secure the Conservatee's assets," including the Conservatee's liquid assets, and "the power to cancel all credit cards," to "contract for..and perform outstanding contracts," etc.

The Co-Conservators have not authorized you to give Britney any money, credit cards, or access to money or credit cards, or to meet with her without the presence of one of the Co-Conservators.

Best Regards,

Jeryll

\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONFIDENTIAL**

**Jeryll Cohen**
**Luce, Forward, Hamilton & Scripps LLP**
**601 South Figueroa**
**Suite 3900**
**Los Angeles, CA 90017**
**(213) 892-4968**
**(213) 452-8047 (fax)**
**jcohen@luce.com**

PLEASE NOTE that federal tax regulations (Circular 230) impose certain requirements on written tax advice, including e-mail messages. This e-mail message (including any attachments and enclosures) is not intended to be a "reliance opinion" within the meaning of Circular 230. Accordingly, this e-mail message and any tax advice given herein is not intended or written to be used, and cannot be used, as a "reliance opinion" for the purpose of avoiding tax penalties that may be imposed under application tax laws.

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

## Thoreen, Vivian

**From:** Cohen, Jeryll
**Sent:** Wednesday, February 06, 2008 3:23 PM
**To:** 'Howard Grossman'
**Cc:** Wyle, Geraldine; Thoreen, Vivian
**Subject:** FW: Spears

Howard,

Just to make absolutely clear - you are **not** authorized to give Britney any money, credit cards or access to money or credit cards, or to meet with her at this time at the Beverly Hills Hotel or anywhere else for that matter.

Jeryll

---

**From:** Cohen, Jeryll
**Sent:** Wednesday, February 06, 2008 3:21 PM
**To:** 'Howard Grossman'
**Cc:** 'Andrew Wallet'; Wyle, Geraldine; Thoreen, Vivian
**Subject:** Spears

Howard,

Britney may contact you. She may want you to get her money. The Order Appointing Conservator has taken away Britney's power to contract or deal with her assets - the Co-Conservators have the power to "take all actions necessary to secure the Conservatee's assets," including the Conservatee's liquid assets, and "the power to cancel all credit cards," to "contract for..and perform outstanding contracts," etc.

The Co-Conservators have not authorized you to give Britney any money, credit cards, or access to money or credit cards, or to meet with her without the presence of one of the Co-Conservators.

Best Regards,

Jeryll

*************

**CONFIDENTIAL**

**Jeryll Cohen**
**Luce, Forward, Hamilton & Scripps LLP**
**601 South Figueroa**
**Suite 3900**
**Los Angeles, CA 90017**
(213) 892-4968
(213) 452-8047 (fax)
jcohen@luce.com

PLEASE NOTE that federal tax regulations (Circular 230) impose certain requirements on written tax advice, including e-mail messages. This e-mail message (including any attachments and enclosures) is not intended to be a "reliance opinion" within the meaning of Circular 230. Accordingly, this e-mail message and any tax advice given herein is not intended or written to be used, and cannot be used, as a "reliance opinion" for the purpose of avoiding tax penalties that may be imposed under application tax laws.

This e-mail is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding it, and please notify us.

1

# EXHIBIT C

## Thoreen, Vivian

**From:** Howard Grossman [Howard@glwg.com]
**Sent:** Thursday, February 07, 2008 8:06 AM
**To:** Cohen, Jeryll
**Cc:** Wyle, Geraldine; Thoreen, Vivian
**Subject:** RE: Spears

This and the prior message were received after Britney contactred me. However, although she did ask me for a credit card and I did not oblige. Further, I did not allow her to use my credit card. She did not ask me for money so that was not an issue.

---

From: Cohen, Jeryll [mailto:JCohen@LUCE.com]
Sent: Wed 2/6/2008 3:23 PM
To: Howard Grossman
Cc: Wyle, Geraldine; Thoreen, Vivian
Subject: FW: Spears


Howard,

Just to make absolutely clear - you are not authorized to give Britney any money, credit cards or access to money or credit cards, or to meet with her at this time at the Beverly Hills Hotel or anywhere else for that matter.

Jeryll

> _____
> From: Cohen, Jeryll
> Sent: Wednesday, February 06, 2008 3:21 PM
> To: 'Howard Grossman'
> Cc: 'Andrew Wallet'; Wyle, Geraldine; Thoreen, Vivian
> Subject: Spears
>
> Howard,
>
> Britney may contact you.  She may want you to get her money. The Order
> Appointing Conservator has taken away Britney's power to contract or
> deal with her assets - the Co-Conservators have the power to "take all
> actions necessary to secure the Conservatee's assets," including the
> Conservatee's liquid assets, and "the power to cancel all credit
> cards," to "contract for..and perform outstanding contracts," etc.
>
> The Co-Conservators have not authorized you to give Britney any money,
> credit cards, or access to money or credit cards, or to meet with her
> without the presence of one of the Co-Conservators.
>
> Best Regards,
>
> Jeryll
>
> *************
>
> CONFIDENTIAL
>
> Jeryll Cohen
> Luce, Forward, Hamilton & Scripps LLP
> 601 South Figueroa
> Suite 3900
> Los Angeles, CA 90017
> (213) 892-4968

1

```
> (213) 452-8047 (fax)
> jcohen@luce.com
>
>
> PLEASE NOTE that federal tax regulations (Circular 230) impose certain
> requirements on written tax advice, including e-mail messages.  This
> e-mail message (including any attachments and enclosures) is not
> intended to be a "reliance opinion" within the meaning of Circular 230.
> Accordingly, this e-mail message and any tax advice given herein is
> not intended or written to be used, and cannot be used, as a "reliance
> opinion" for the purpose of avoiding tax penalties that may be imposed
> under application tax laws.
>
> This e-mail is sent by a law firm and may contain information that is
> privileged or confidential.  If you are not the intended recipient,
> please delete the e-mail and any attachments without reading,
> printing, copying or forwarding it, and please notify us.
>
>
```

This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.