# EXHIBIT VV

ORIGINAL

1    Geraldine A. Wyle (SBN 89735)
     Jeryll S. Cohen (SBN 125392)
2    Jeffrey D. Wexler (SBN 132256)
     Vivian Lee Thoreen (SBN 224162)
3    LUCE FORWARD HAMILTON & SCRIPPS LLP
     601 South Figueroa, Suite 3900
4    Los Angeles, California 90017
     Telephone:    (213) 892-4992
5    Facsimile:    (213) 892-7731

6    Attorneys for Temporary Conservator
     of the Person and Temporary Co-Conservator
7    of the Estate James P. Spears

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 0 7 2008

JOHN A. CLARKE, CLERK

*Amurdock*

BY ANDREA MURDOCK, DEPUTY

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10               COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11

12   In re the Temporary Conservatorship of the
     Person and the Estate of:
13
                                                  CASE NO.  BP 108870
     BRITNEY JEAN SPEARS,
14                                                [~~PROPOSED~~] ORDER GRANTING EX
                                                  PARTE APPLICATION FOR ORDER: (1)
15              Temporary Conservatee.            GRANTING POWER TO FIRE HOWARD
                                                  GROSSMAN; (2) REQUIRING HOWARD
16                                                GROSSMAN TO TURN OVER ALL
                                                  DOCUMENTS, RECORDS, AND ASSETS
17                                                RELATING TO BRITNEY SPEARS; AND
                                                  (3) TO TURN OVER ALL ASSETS
18                                                RELATING TO BRITNEY SPEARS

19                                                Date: February 7, 2008
                                                  Time:  1:30 p.m
20                                                Department:  9
                                                  Judge:   Hon. Reva Goetz, Judge Pro Tem
21

22

23

24

25

26

27

28

1

1   The *ex parte* application of James P. Spears ("Mr. Spears") as Temporary Conservator of

2   the Person and Temporary Co-Conservator of the Estate of Britney Jean Spears for an Order

3   (1) granting authority to Mr. Spears and Andrew M. Wallet as Temporary Co-Conservators of

4   the Estate of Britney Jean Spears (collectively, the "Temporary Co-Conservators") the power to

5   fire Howard Grossman ("Mr. Grossman"), Britney's business manager, (2) requiring Mr.

6   Grossman to immediately turn over all documents and records relating to Britney Jean Spears

7   ("Britney") or her assets, and (3) requiring Mr. Grossman to immediately turn over all of

8   Britney's assets, came on regularly for hearing before this Court on February 7, 2008.  Mr.

9   Spears was represented by Jeryll S. Cohen of Luce, Forward, Hamilton & Scripps LLP.  Andrew

10  M. Wallet of Hinojosa & Wallet appeared in his capacity as Temporary Co-Conservator of the

11  Estate of Britney Jean Spears.  Samuel Ingham III appeared on behalf of Britney.

12      GOOD CAUSE BEING FOUND, it is ORDERED that

13      (1)     The Temporary Co-Conservators are granted the power to fire Mr.

14  Grossman;

15      (2)     Mr. Grossman, and his partners, agents, attorneys, employees, or

16  anyone acting in concert with them, shall immediately turn over to the Temporary

17  Co-Conservators any and all documents and records relating to the assets, debts,

18  and liabilities of (i) Britney, (ii) any trust as to which Britney is a trustee or

19  beneficiary, or (iii) any corporation or business entity of which Britney is an

20  owner, including but not limited to all contracts, information relating to credit

21  cards, bank statements, checkbooks, passbooks, estate planning documents,

22  receivables, tax returns, letters from tax reporting authorities, tax reporting

23  documents, title documents, and any and all powers of attorney; and

24      (3)     Mr. Grossman, and his partners, agents, attorneys, employees, or

25  anyone acting in concert with them, shall immediately turn over all of Britney's

26

27

28

[~~PROPOSED~~] ORDER GRANTING EX PARTE APPLICATION RE HOWARD GROSSMAN

1   assets, including, but not limited to keys, safe deposit keys, deeds, contracts,

2   money, securities, bonds, and stock certificates.

3   IT IS SO ORDERED.

4

5   DATED: Feb 7 , 2008

6                                              The Honorable Reva Goetz
7                                              Commissioner of the Superior Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION RE HOWARD GROSSMAN



THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.

FEB 0 7 2008

ATTEST_____

JOHN A. CLARKE, CLERK/EXECUTIVE OFFICER

Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles
By_____,Deputy