# EXHIBIT WW

1 **PROOF OF PERSONAL – HAND DELIVERY**

2

3 In the Matter of the Conservatorship of the Person and Estate of BRITNEY JEAN SPEARS

4 Case No. BP 108 870

5 Judge: Reva G. Goetz

6 Dept: 9

7  I am a member of the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 601 South Figueroa, Suite 3900, Los Angeles, California 90017-5832. I am over the age of
8 eighteen years, and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California
9 90017.

10  On February 7, 2008, I personally served true copies of the following documents described as:

11

12 1. EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS; AND (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY
13 SPEARS; MEMORANDUM OF POINTS AND AUTHORITIES

14 2. DECLARATION OF VIVIAN LEE THOREEN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING
15 HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; & (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY
16 SPEARS;

17 3. DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING
18 HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; & (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY
19 SPEARS;

20 4. DECLARATION OF GERALDINE A. WYLE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING
21 HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; & (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY
22 SPEARS;

23 5. DECLARATION OF JERYLL S. COHEN IN SUPPORT OF EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING
24 HOWARD GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; & (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY
25 SPEARS;

26 6. [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER: (1) GRANTING POWER TO FIRE HOWARD GROSSMAN; (2) REQUIRING HOWARD
27 GROSSMAN TO TURN OVER ALL DOCUMENTS AND RECORDS RELATING TO BRITNEY SPEARS; & (3) TO TURN OVER ALL ASSETS RELATING TO BRITNEY
28 SPEARS.

on the interested parties in this action as follows:

> Samuel D. Ingham, Esq.  (served at the Courthouse)
> 9440 Santa Monica Blvd., Ste. 510
> Beverly Hills, CA  90210
>
> Andrew M. Wallet, Esq.  (served at the Courthouse)
> Hinojosa & Wallet
> 2215 Colby Ave.
> Los Angeles, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2008, at Los Angeles, California.

_____
Vivian L. Thoreen