# EXHIBIT XX

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Geraldine A. Wyle (SBN 89735)<br>Jeryll S. Cohen (SBN 125392)<br>Jeffrey D. Wexler (SBN 132256)<br>Vivian Lee Thoreen (SBN 224162)<br>LUCE FORWARD HAMILTON & SCRIPPS LLP<br>601 South Figueroa, Suite 3900<br>Los Angeles, California 90017<br>Telephone: (213) 892-4992<br>Facsimile: (213) 892-7731 |

**ORIGINAL FILED**

FEB 1 4 2008

**LOS ANGELES SUPERIOR COURT**

6  Attorneys for Temporary Conservator
7  of the Person and Temporary Co-Conservator
   of the Estate James P. Spears

8

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA

10              COUNTY OF LOS ANGELES, CENTRAL DISTRICT

11

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of:<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. BP 108870<br><br>**DECLARATION OF GARY STIFFELMAN**<br><br>Date: February 14, 2008<br>Time: 1:30 p.m<br>Department: 9 |

DECLARATION OF GARY STIFFELMAN

1  I, Gary Stiffelman, declare:

2  1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of Ziffren, Brittenham, Branca, Fischer, Gilbert-Lurie, Stiffelman, Cook, Johnson, Lande & Wolf LLP, and have been Britney Spear's ("Ms. Spears") entertainment counsel from time to time. Except as otherwise stated, the statements contained herein are based on my personal knowledge and experience. If called as a witness, I could and would testify competently to those facts.

3  2. I have received several telephone calls from Ms. Spears over the last several days. I spoke with her on Wednesday, February 6, and have spoken with her at least twice during the last few days, on Saturday, February 9 and again on Monday, February 11 when she placed calls to me. The caller information on my telephone indicated that Ms. Spears called me from more than one telephone number over that time period. Due to the attorney-client communications privilege, I am not revealing the content of our conversations.

Executed on February 13, 2008, at Los Angeles, California.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

2/13/08

GARY STIFFELMAN

1

**PROOF OF PERSONAL – HAND DELIVERY**

**In the Matter of the Conservatorship of the Person and Estate of BRITNEY JEAN SPEARS**

Case No. BP 108 870

Judge: Reva G. Goetz

Dept: 9

I am a member of the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 601 South Figueroa, Suite 3900, Los Angeles, California 90017-5832. I am over the age of eighteen years, and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

On February 14, 2008, I personally served true copies of the following document:

**DECLARATION OF GARY STIFFELMAN**

on the interested parties in this action as follows:

> Samuel D. Ingham, Esq. (served at the Courthouse)
> 9440 Santa Monica Blvd., Ste. 510
> Beverly Hills, CA 90210
>
> Andrew M. Wallet, Esq. (served at the Courthouse)
> Hinojosa & Wallet
> 2215 Colby Ave.
> Los Angeles, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2008, at Los Angeles, California.

_____
Geraldine A. Wyle

201014198.1