# EXHIBIT YY

1  Geraldine A. Wyle, State Bar No. 089735
   Jeryll S. Cohen, State Bar No. 125392
2  Jeffrey D. Wexler, State Bar No. 132256
   Vivian L. Thoreen, State Bar No. 224162
3  **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
   601 South Figueroa Street, Suite 3900
4  Los Angeles, California 90017
   Telephone No.: 213.892.4992
5  Fax No.: 213.892.7731

6  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
7  Temporary Co-Conservator of the Estate

8

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10            **FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT**

11

12  In re the Conservatorship of the Person of        Case No. BP 108870

13  BRITNEY JEAN SPEARS,                               **ORDER EXTENDING TEMPORARY**
                                                       **LETTERS OF CONSERVATORSHIP OF**
14            Proposed Conservatee.                    **THE PERSON**

15

16                                                     Date:    February 14, 2008
                                                       Time:    1:30 p.m.
17                                                     Dept.:   9
                                                       Judge:   Hon. Reva Goetz, Judge Pro Tem
18

19

20

21        The further hearing on the Petition for Appointment of Temporary Conservator of the

22  Person of Britney Jean Spears ("Ms. Spears"), filed by James P. Spears, came on regularly for

23  hearing on February 14, 2008 at 1:30 p.m. in Department 9 of the Los Angeles Superior Court,

24  Central District, the Honorable Reva Goetz, Judge Pro Tem presiding.  Geraldine A. Wyle and

25  Jeryll S. Cohen of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of Petitioner

26  James P. Spears ("Mr. Spears"), Temporary Conservator of the Person and Co-Conservator of the

27  Estate of Ms. Spears.  Mr. Spears appeared personally.  Samuel D. Ingham III appeared as the

28  court-appointed PVP counsel on behalf of Ms. Spears.  Andrew M. Wallet of Hinojosa & Wallet

                                        1

**FILED**
LOS ANGELES SUPERIOR COURT

FEB 1 4 2008

JOHN A. CLARKE, CLERK
BY ANDREA MURDOCK, DEPUTY

appeared on behalf of Andrew M. Wallet as Co-Conservator of the Estate of Ms. Spears.  Mitchell
L. Gaswirth of Proskauer Rose LLP appeared on behalf of Ivan Taback.  Clark R. Byam of Hahn
& Hahn LLP appeared on behalf of Bryan Spears.  From proof made to the satisfaction of the
court,

THE COURT FINDS AS FOLLOWS:

1.      Notice of time and place of hearing has been given as required by law or dispensed
with.

2.      It is in the best interest of the Conservatee that the Temporary Conservatorship be
continued over the Conservatee's Person.

3.      It is necessary and appropriate that the Letters of Temporary Conservatorship of the
Person issued to Mr. Spears on February 1, 2008 be extended to ___March 10___, 2008 for
further hearing.

THE COURT ORDERS AS FOLLOWS:

1.      Notice of time and place of hearing has been given as required by law or dispensed
with.

2.      Ms. Spears' attendance at the hearing is waived.

3.      Letters of Temporary Conservatorship of the Person issued to James P. Spears on
February 1, 2008 are extended to ___March 10___, 2008.

4.      The Temporary Conservator of the Person is granted the following powers in
addition to the powers provided by law:

  a.   The Temporary Conservator shall have the power to restrict and limit visitors
by any means, provided that the Temporary Conservator shall not prevent the
Conservatee from meeting with her court-appointed attorney, Mr. Ingham,
except to approve the location for any meetings or visits in advance of any such
meetings or visits, and to arrange for appropriate security, in order to protect the
Conservatee.  Any and all meetings between the Conservatee and any attorneys

2

who are not Mr. Ingham are subject to the Temporary Conservator's approval, including the location for the meeting.  The Temporary Conservator shall also have the power to be present with his attorneys at any such meetings and to ensure that there is adequate security.

   b.   The Temporary Conservator shall have the power to retain caretakers for the Conservatee on a 24 hour/7 day basis.  The power to retain security guards for the Conservatee on a 24 hour/7 day basis.

   c.   The Temporary Conservator shall have the power to prosecute civil harassment restraining orders that the Temporary Conservator deems appropriate.

   d.   The Temporary Conservator shall have access to any and all medical records and to communications with treating and other expert medical personnel.

5.   The Conservatee shall not have any contact, direct or indirect, with Osama aka Sam Lutfi, including telephone calls, text messaging, or email communications.

6.   The Conservatee is to remain in California pending the hearing on the Petition for Appointment of Permanent Conservator, the written consent of the Conservator of the Person, or until _March 10_____, 2008 at _1:30_____ a.m./p.m. or further order of the Court.

///
///
///
///
///
///
///
///
///
///
///
///

3

ORDER EXTENDING TEMPORARY

1       7.    The next hearing in this matter is set for _March 10_____, 2008 at _1:30__

2   ~~a.m.~~/(p.m.)

3

4   APPROVED AS TO FORM AND CONTENT:

5

6   Dated: _2-14-08_____         By : _____

7                                      Samuel D. Ingham III, PVP Counsel for

8                                      Temporary Conservatee Britney Jean Spears

9

10   Dated: _2-14-08_____         By : _____

11                                      Andrew M. Wallet, Temporary Co-

12                                      Conservator of the Estate of Britney Jean
                                   Spears

13

14   IT IS SO ORDERED.

15

16   Dated: _2/14/08_____

17                                      Hon. Reva Goetz, Judge Pro Tem

18                                      Superior Court, State of California

19   201014200.1

20

21

22

23

24

25

26

27

28

                                       4

ORDER EXTENDING TEMPOR...

THE DOCUMENT TO WHICH THIS CERTIFICATE IS
ATTACHED IS A FULL, TRUE, AND CORRECT COPY
OF THE ORIGINAL ON FILE AND OF RECORD IN
MY OFFICE.

ATTEST _____ **FEB 1 4 2008** _____

JOHN A. CLARKE, CLERK/EXECUTIVE OFFICER

Executive Officer/Clerk of the Superior
Court of California, County of Los Angeles
By _____ ,Deputy