# EXHIBIT AAA

Feb 15 08 02:17p          Bond Services                                           213 621 2272                    p.1

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Department     LA     9                                                           02/14/2008

Court Convened at:   0130PM

Honorable Commr Reva G. Goetz, Judge Pro Tem                    Andrea Murdock, Deputy Court Clerk
none, Deputy Sheriff                                             Tamara Vogl CSR #10186, Reporter

| BP-108870 | 501 | SPEARS, BRITNEY JEAN - CONSERVATORSHIP |

APPT. TEMP CONSERVATOR OF ESTATE                                Conservatorship-Pers

Petitioner(s):   Spears, James P. ✓          J. Cohen ✓           M. Gaswirth ✓
Attorney(s):    Wyle, Geraldine A., Esq.     V. Thoreen ✓        C. Byan ✓
                                             A. Wallet ✓

Continuance Number:              Continuance From:

Last Date Changed:   2/13/2008  1:16:08PM                         Last Note Changed By:   SRILEY

To clear probate notes "filed documents" must be submitted to Rm 258, within time frames set forth in Rule 10.19(a) of LASC Rules. You may contact the Probate Attorney whose E-Mail address appears at the end of these notes, subject to compliance with all conditions governing the use of Interactive E-Mail. E-mail Rules are available in Rm 258 and on the Court's web site at www.LASuperiorCourt.org.

PRIOR ORDERS:   Samuel Ingham Appointed as PVP counsel   Temp letters extended to 2/14/08 TROs issued & medical rept ordered

SUMMARY:
petnr is father requesting apptmt of himself & Andrew Wallet as co-temp conscrs of estate

Crt Invest Rept lodged

MATTERS TO CLEAR:
A. No ntc/copy 5 days personal service to proposed temp conservatee
B. No ntc/copy rels (6) other than petnr
c. No PVP atty report filed
D. is the Court to consider dispensing with ntc re this hrng to persons listed in A & B? if yes, is there a good cause exception to giving 5 days notice? See PC 2250(e) and CRC Title 7 rule 7.1062
E. has the proposed conservatee expressed a preference concerning the apptmt of a temp cqnsor, including apptmt of petnr? PC 2250(d)(2) - Supp required
F. bond is to include "a reasonable amount for the cost of recovery to collect on the bond, including attorneys fees and costs" CRC Title 7 Rule 7.207(c) includes the formula to be used when calculating the additional bond amount. See PC2320 (c)(4) - supp required

RELIEF RE APPOINTMENT OF TEMPORARY CONSERVATOR:
1. JTD have all notices been given?[ ] conservatee; [ ] relatives
2. JTD Crt to dispense with notice to any persons identified in A & B? if yes, has good cause been established - see Note D
3. JTD if conservatee does not attend hearing because: [ ] is out of state; [ ] medical inability; [ ] communicated to Crt Invest that he/she is unwilling to attend, does not wish to contest establishment of conservatorship & does not object to the proposed conservator or prefer another
4. JTD if conservatee does not attend hrng, crt to find: holding the hearing in absence of the proposed conservatee is necessary to prevent harm
5. JTD apptmt
6. JTD bond - requests minimum o/w see Note F
7. JTD auth temp consors to take possession of all of the temp consee's records
8. JTD auth to marshal assets

**RECOMMENDED DISPOSITION:**

Order to be Prepared By:            RELATED ITEMS:   502

Clerk: ___  Attorney: ___
                                    SPEARS, BRITNEY JEAN - CONSERVATORSHI
02/14/2008
                                    LA    9          BP-108870                   501

Page 1 of 2

Feb 15 08 02:17p      Bond Services                                      213 621 2272           p.2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Department    LA    9                                                     02/14/2008

Court Convened at:   01:30PM

Honorable Commr Reva G. Goetz, Judge Pro Tem          Andrea Murdock, Deputy Court Clerk
none, Deputy Sheriff                                  Tamara Vogl CSR #10186, Reporter

BP-108870         501         SPEARS, BRITNEY JEAN - CONSERVATORSHIP
                                                         Conservatorship-Pers
APPT. TEMP CONSERVATOR OF ESTATE

Petitioner(s):    Spears, James P.

Attorney(s):      Wyle, Geraldine A., Esq.

Continuance Number:         Continuance From:

Last Date Changed:   2/13/2008  1:16:08PM            Last Note Changed By:   SRILEY

9. JTD auth temp consors to revoke powers of atty
10. JTD auth temp consors to take possession of & secure the temp consee's res
11. JTD auth to commence litigation & pay exps
12. JTD PC 2591 powers: contact; operate business, pay, collect etc debts & employ attys etc & pay exp
13. JTD order temp conservatee to remain in CA pending hrng on apptmt of general consor

PERMANENT SET FOR HRNG ON: 3/10/08  ~~shall~~ will be heard at 1:30 pm

COMMENTS: T/T - is there good cause for dispensing with notice? If Crt dispenses with notice, should petnr be ordered to serve copy of order apptng temp on such persons
sriley@lasuperiorcourt.org
SRR 2/11/08

Add'l orders are made as reflected on page 3, items 4f and 4g, and page 4 item 7 of the order extending temporary letters. re estat order to retain Dr. Marmer remains in full force and effect. Counsel and Court shall have the report 1 day before the ~~next~~ hearing. The report will be sealed.

**MINUTE ORDER**
- [ ] Granted           [ ] Denied Without Prejudice   [ ] Completed    [X] Continued to 3-10-08 at 1:30 pm  [ ] Submitted  [ ] Off-calendar
- [ ] As Supplemented   [ ] Person and Estate          [ ] No Bond      [ ] Bond of $_____ Additional     [ ] Will and _____ Codicil(s) Admitted
- [ ] Full/Limited/No IAEA  [ ] Lacks Medical Capacity and Voting Capacity  [ ] Fees Granted in the Amount of $_____  County/Estate
- [ ] Dementia Powers Granted   [ ] Medical and Placement   [ ] PC 2351.5 powers granted       [ ] Supplemental Probate Investigator/DCFS Report Ordered
- [ ] Court has Read and Considered/Approved Report    [X] Parties stipulate to Judge Pro Tem ~~action~~   [ ] Give Notice Waived   [ ] Bond Exonerated
- [ ] Court Investigation/DCFS/Regional Center Report is placed in the Confidential Envelope / is admitted into evidence as Court's Exhibit 1 and sealed
- [ ] PVP/Attorney/Cltee/Party Ordered Back/Discharged/As Prayed   [ ] Appearance of Minor(s)/counsel waived for next hearing    [ ] No further review required
- [ ] New Citation to issue/personal service     [ ] Re: if proof of deposit to a blocked account filed    [ ] PVP Appointed/Remains/Discharged
- [ ] Comfirmed for $_____, Commissions:_____, Title:
- [X] ~~Time to Administer Estate~~ // ~~Special~~ Temporary Letters Extended/~~Granted~~ to  3-10-08
- [ ] Accounting to be filed by _____ and Set for Hearing on //Statue re; Accounting/Status Hearing is Set for _____

**RECOMMENDED DISPOSITION:**

Order to be Prepared By:           RELATED ITEMS:    502

Clerk: ____ Attorney: ____         SPEARS, BRITNEY JEAN - CONSERVATORSHI

02/14/2008                         LA   9        BP-108870      501

Page 2 of 2

Feb 15 08 02:18p    Bond Services                                       213 621 2272                p.3

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Department    LA   9                                                        02/14/2008

Court Convened at:    0130PM

Honorable Commr Reva G. Goetz, Judge Pro Tem                Andrea Murdock, Deputy Court Clerk
none, Deputy Sheriff                                        Tamara Vogl CSR #10186, Reporter

| BP-108870 | 502 | SPEARS, BRITNEY JEAN - CONSERVATORSHIP | |
|---|---|---|---|
| APPT. TEMP CONSERVATOR OF PERSON | | | Conservatorship-Pers |
| Petitioner(s): | Spears, James P. | J. Cohen ✓ | M - Gaswith ✓ |
| Attorney(s): | Wyle, Geraldine A., Esq. | V. Thoreen ✓ | C. Ryan ✓ |
| | | A. Wallet ✓ | |
| Continuance Number: | | Continuance From: | |
| Last Date Changed: | 2/13/2008  1:16:45PM | | Last Note Changed By:   SRILEY |

To clear probate notes "filed documents" must be submitted to Rm 258, within time frames set forth in Rule 10.19(a) of LASC Rules. You may contact the Probate Attorney whose E-Mail address appears at the end of these notes, subject to compliance with all conditions governing the use of Interactive E-Mail. E-mail Rules are available in Rm 258 and on the Court's web site at www.LASuperiorCourt.org.

PRIOR ORDERS:    Samuel Ingham Appointed as PVP counsel    Temp letters extended to 2/14/08 TROs issued & medical rept ordered

SUMMARY:
petnr is father   Person   No bond required

Crt Invest Rept lodged

MATTERS TO CLEAR:
A. No ntc/copy 5 days personal service to proposed conservatee
B. No ntc/copy rels (6) other than petnr
c. No PVP atty report filed
D. is the Court to consider dispensing with ntc of this hrng to persons listed in A & B? if yes, is there a good cause exception to giving 5 days notice? See PC 2250(e) and CRC Title 7 rule 7.1062
E. has the proposed conservatee expressed a preference concerning the apptmt of a temp consor, including apptmt of petnr? PC 2250(d)(2) - Supp required
f. no Dr's Rept filed

RELIEF RE APPOINTMENT OF TEMPORARY CONSERVATOR:
1. JTD have all notices been given?[ ] conservatee; [ ] relatives
2. JTD Crt to dispense with notice to any persons identified in A & B? if yes, has good cause been established - see Note D
3. JTD if conservatee does not attend hearing because: [ ] is out of state; [ ] medical inability; [ ] communicated to Crt Invest that he/she is unwilling to attend, does not wish to contest establishment of conservatorship & does not object to the proposed conservator or prefer another
4. JTD if conservatee does not attend hrng, crt to find: holding the hearing in absence of the proposed conservatee is necessary to prevent harm
5. JTD apptmt
6. JTD auth medical treatment, including release from hospital - see limitations, PC 2356
7. JTD auth to limit visitors
8. JTD auth to retain caregivers
9. JTD order temp conservatee to remain in CA pending hrng on apptmt of general consor

**RECOMMENDED DISPOSITION:**

| Order to be Prepared By: | RELATED ITEMS:   501 |
|---|---|
| Clerk: ____  Attorney: ____ | SPEARS, BRITNEY JEAN - CONSERVATORSHI |
| 02/14/2008 | LA  9   BP-108870   502 |

Page 1 of 2

Feb 15 08 02:18p     Bond Services                                    213 621 2272            p.4

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Department   LA   9                                                                 02/14/2008

Court Convened at:   0130PM

Honorable Commr Reva G. Goetz, Judge Pro Tem                      Andrea Murdock, Deputy Court Clerk
none, Deputy Sheriff                                              Tamara Vogl CSR #10186, Reporter

| BP-108870 | 502 | SPEARS, BRITNEY JEAN - CONSERVATORSHIP |
|---|---|---|

APPT. TEMP CONSERVATOR OF PERSON                                  Conservatorship-Pers

Petitioner(s):   Spears, James P.

Attorney(s):    Wyle, Geraldine A., Esq.

Continuance Number:           Continuance From:

Last Date Changed:   2/13/2008 1:16:45PM                           Last Note Changed By:   SRILEY

PERMANENT SET FOR HRNG ON: 3/10/08  Will be heard at 1:30pm

COMMENTS: T/T - is there good cause for dispensing with notice? If Crt dispenses with notice, should petnr be ordered to serve copy of order apptng temp on such persons
sriley@lasuperiorcourt.org
SRR 2/11/08

Court reduces the time for service re the TRO matter to 48 hours before the hearing, at counsels request.

**MINUTE ORDER**
- ☐ Granted
- ☐ As Supplemented
- ☐ Full/Limited/No IAEA
- ☐ Dementia Powers Granted
- ☐ Court has Read and Considered/Approved Report
- ☐ Court Investigation/DCFS/Regional Center Report is placed in the Confidential Envelope / is admitted into evidence as Court's Exhibit 1 and sealed
- ☐ PVP/Attorney/Citee/Party Ordered Back/Discharged/As Prayed  ☐ Appearance of Minor(s)/counsel waived for next hearing
- ☐ New Citation to issue/personal service  ☐ Re: if proof of deposit to a blocked account filed
- ☐ Confirmed for $_____, Commissions:_____, Title:_____
- ☒ ~~Time to Administer Estate // Special~~ Temporary Letters Extended/Granted to  3-10-08
- ☐ Accounting to be filed by _____ and Set for Hearing on //Statue re: Accounting/Status Hearing is Set for _____
- ☐ Denied Without Prejudice
- ☐ Person and Estate
- ☐ Lacks Medical Capacity and Voting Capacity
- ☐ Medical and Placement
- ☐ Completed
- ☐ No Bond
- ☐ PC 2351.5 powers granted
- ☒ Parties stipulate to Judge Pro Tem - written
- ☒ Continued to 3-10-08 at 1:30PM
- ☐ Bond of $_____ Additional
- ☐ Fees Granted in the Amount of $_____
- ☐ Submitted
- ☐ Off-calendar
- ☐ Will and _____ Codicil(s) Admitted
- _____ County/Estate
- ☐ Supplemental Probate Investigator/DCFS Report Ordered
- ☐ Give Notice Waived
- ☐ Bond Exonerated
- ☐ No further review required
- ☐ PVP Appointed/Remains/Discharged

**RECOMMENDED DISPOSITION:**

Order to be Prepared By:           RELATED ITEMS:   501
Clerk: ___  Attorney: ___
02/14/2008                         SPEARS, BRITNEY JEAN - CONSERVATORSHI
                                   LA | 9 | BP-108870 | 502

Page 2 of 2