Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>          Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**NOTICE OF FILING OF JOINDER IN MOTION TO REMAND [28 U.S.C. § 1447(c)] BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE**<br><br>Date:  March 17, 2008<br>Time:  1:30 p.m.<br>Place:  Courtroom 790<br>          Roybal Building |

1    PLEASE TAKE NOTICE that the Joinder in Motion to Remand [28 U.S.C.
2  § 1447] signed on February 19, 2008 by Samuel D. Ingham III, the Court-appointed
3  Attorney for Britney Jean Spears, the temporary conservatee, is attached hereto as
4  Exhibit A.[1]
5    Counsel for James P. Spears ("Mr. Spears"), the temporary conservator of the
6  person of Britney Jean Spears and the temporary co-conservator of the estate of
7  Britney Jean Spears, is filing this Notice of Joinder at Mr. Ingham's request because
8  Mr. Ingham, while a member of the bar of this Court, is still in the process of
9  enrolling in the electronic filing program.

10  DATED: February 19, 2008            Respectfully submitted,

                                        LUCE, FORWARD, HAMILTON &
                                          SCRIPPS LLP

                                        By:   /s/ Jeffrey D. Wexler
                                              Jeffrey D. Wexler
                                              Attorneys for James P. Spears,
                                              Temporary Conservator of the Person
                                              and Temporary Co-Conservator of the
                                              Estate

---

[1]  Mr. Ingham was appointed as Ms. Spears' attorney in an Order Appointing Counsel, filed on February 1, 2008, a true and correct copy of which is attached as Exhibit ZZ to the Request for Judicial Notice filed concurrently herewith.

1