# Exhibit A

Samuel D. Ingham III, State Bar No. 66279
LAW OFFICES OF SAMUEL D. INGHAM III
9440 Santa Monica Boulevard
Suite 510
Beverly Hills, California 90210
Telephone No.: 310-556-9751
Fax No.: 310-556-1311
singham@inghamlaw.com

Court-Appointed Attorney for
BRITNEY JEAN SPEARS, Temporary Conservatee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**JOINDER IN MOTION TO REMAND [28 U.S.C. § 1447]**<br><br>Date: March 17, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 790<br>      Roybal Building |

1  The undersigned, having been appointed by the Los Angeles County
2  Superior Court to represent BRITNEY JEAN SPEARS by Order Appointing
3  Counsel dated February 1, 2008, hereby joins in the Motion To Remand filed by
4  James P. Spears as the temporary conservator of her person and the temporary co-
5  conservator of her estate.
6  DATED: February 19, 2008

SAMUEL D. INGHAM III
Court-Appointed Attorney for
BRITNEY JEAN SPEARS,
Temporary Conservatee