1   Geraldine A. Wyle, State Bar No. 89735
    Jeffrey D. Wexler, State Bar No. 132256
2   Vivian Lee Thoreen, State Bar No. 224162
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3   601 South Figueroa, Suite 3900
    Los Angeles, California 90017
4   Telephone No.: 213-892-4992
    Fax No.: 213-892-7731
5   gwyle@luce.com
    jwexler@luce.com
6   vthoreen@luce.com

7   Attorneys for James P. Spears,
    Temporary Conservator of the Person and
8   Temporary Co-Conservator of the Estate

9                   UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                       WESTERN DIVISION

12

13

14  In re the Conservatorship of the Person          CASE NO. CV 08-1021 PSC (RCx)
    and the Estate of
15                                                    ***EX PARTE* APPLICATION TO**
    BRITNEY JEAN SPEARS,                              **EXPEDITE BRIEFING AND**
16                                                    **HEARING SCHEDULE ON**
                 Temporary Conservatee.               **MOTION TO REMAND**
17
                                                      Discovery Cut-Off:  None Set
18                                                    Trial Date:  None Set

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that James P. Spears ("Mr. Spears"), the temporary
2  conservator of the person of Britney Jean Spears and the temporary co-conservator
3  of the estate of Britney Jean Spears, will, and hereby does, bring this *ex parte*
4  application asking the Court to expedite the briefing and hearing schedule on his
5  concurrently filed motion pursuant to 28 U.S.C. § 1447(c) to remand these
6  conservatorship proceedings (the "Conservatorship Proceedings") to the Probate
7  Department of the Superior Court of the State of California for the County of Los
8  Angeles (the "Probate Court").
9    Mr. Spears asks that the Court set the following briefing and hearing
10  schedule: (1) any opposition to the motion to remand must be electronically filed by
11  1:00 p.m. on Friday, February 22, 2008, with courtesy copies delivered to chambers
12  by 3:00 p.m. that day; (2) any reply papers in support to the motion to remand must
13  be electronically filed by 1:00 p.m. on Monday, February 25, 2008, with courtesy
14  copies delivered to chambers by 3:00 p.m. that day; and (3) if the Court wishes to
15  hold a hearing on the motion to remand rather than ruling on the papers, the hearing
16  be held as soon as possible after briefing is completed.
17    This application is based on the grounds that:
18    (1)    as shown in Mr. Spears' pending motion to remand,
19    attorney Jon Eardley purported to remove the Conservatorship
20    Proceedings to this Court on behalf of temporary conservatee Britney
21    Jean Spears ("Britney") notwithstanding the Probate Court's express
22    finding that Britney lacks capacity to engage counsel and even though
23    federal question jurisdiction does not exist based upon the face of the
24    well-pleaded conservatorship petitions;
25    (2)    the removal of the Conservatorship Proceedings to this
26    Court is preventing the Probate Court from continuing to supervise and
27    administer the conservatorship, and will require this Court to undertake
28    the Probate Court's supervisory and administrative tasks;

1

1        (3)    if the Court does not hear the motion to remand until the

2  regularly noticed hearing date of March 17, 2008, it will be presented

3  with – and will need to resolve – a large number of matters relating to

4  the administration of the conservatorship, including, but not limited to,

5  (a) the hearing scheduled by the Probate Court for March 10, 2008 to

6  determine whether to make the conservatorship permanent, (b) an

7  application to approve a proposed settlement, and (c) myriad

8  financial/legal/business issues that need immediate attention; and

9        (4)    because the Probate Court's February 14, 2008 Order

10  extended the conservatorship until March 10, 2008, in the absence of

11  expedition this Court will need to rule on the issue whether to further

12  extend the conservatorship as of that date.

13      This application is based on this Application, the Memorandum of Points and

14  Authorities filed concurrently herewith, the Declaration of Andrew M. Wallet filed

15  concurrently herewith, the Declaration of Jeffrey D. Wexler ("Wexler Decl.") filed

16  concurrently herewith, the [Proposed] Order lodged concurrently herewith, the

17  papers filed by Mr. Spears in support of his motion to remand, the files in this

18  matter, and such further argument as may be considered by the Court.

19      Pursuant to Rule 7-19 of the Local Rules for the United States District Court

20  for the Central District of California, Mr. Spears provides the following information:

21      (1)    Britney is represented in the Conservatorship Proceedings by her

22  Court-appointed attorney:

23      Samuel D. Ingham III
    9440 Santa Monica Blvd., Suite 510
24      Beverly Hills, CA 90210-4608
    (310) 556-9751 (telephone)
25      (310) 556-1311 (facsimile)

26      The following attorney purported to file the Notice of Removal as Britney's

27  counsel, notwithstanding the Probate Court's finding that Britney lacked the

28  capacity to engage counsel:

2

1

Jon Eardley
Law Offices of Jon Eardley
50 Jericho Turnpike, Suite 201

2

Jericho, NY 11753
(516) 876-4213 (telephone)

3

(516) 876-6906 (facsimile)

4

Law Offices of Jon Eardley

5

1707 N Street, N.W.
Washington, D.C. 20036

6

(202) 223-4884 (telephone)

7       (2)    Mr. Spears gave notice to Mr. Ingham (Court-appointed counsel for

8 Britney) of the date, time, and substance of this *ex parte* application by an e-mail

9 dated February 19, 2008. *See* Wexler Decl., ¶ 4.

10       Mr. Spears gave notice to Mr. Eardley (purported counsel for Britney) of the

11 date, time, and substance of this *ex parte* application by a letter dated February 18,

12 2008. *See id.*, ¶ 2, Ex. A.

13       (3)    Mr. Ingham (Court-appointed counsel for Britney) joins in this

14 application and does not wish to be present when the application is presented. *See*

15 *id.*, ¶ 4.

16       Mr. Eardley (purported counsel for Britney) opposes the application and

17 wishes to be present when the application is presented. *See id.*, ¶ 3. Mr. Eardley

18 informed Mr. Spears' counsel that he has a short cause trial scheduled to begin on

19 February 25, 2008 and asks that any hearing not be scheduled until February 29,

20 2008. *See id.*

21 DATED: February 19, 2008        Respectfully submitted,

22

23                 LUCE, FORWARD, HAMILTON &
                  SCRIPPS LLP

24

25                 By:     /s/ Jeffrey D. Wexler
                    Jeffrey D. Wexler

26                     Attorneys for James P. Spears,
                    Temporary Conservator of the Person

27                     and Temporary Co-Conservator of the
                    Estate

28