Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>　　　　　Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND**<br><br>Discovery Cut-Off: None Set<br>Trial Date: None Set |

**DECLARATION OF JEFFREY D. WEXLER**

I, JEFFREY D. WEXLER, declare as follows:

1.  I am an attorney licensed to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP ("LFH&S"), counsel of record for James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears. I have personal knowledge of the matters set forth below, and if required to do so, I would and could testify competently to the same.

2.  Attached hereto as Exhibit A is a true and correct copy of a February 18, 2008 letter that I sent by facsimile to Jon Eardley, the attorney who purported to remove the conservatorship proceedings to this Court on behalf of Britney Jean Spears ("Spears"). In my letter, I notified Mr. Eardley of Mr. Spears' intent to file an *ex parte* application to expedite the briefing and hearing schedule on Mr. Spears' planned motion to remand.

3.  Later on February 18, 2008, my partner Geraldine A. Wyle, Andrew M. Wallet, the temporary co-conservator of the estate of Britney Jean Spears, and I had a telephone conversation with Mr. Eardley, who told me that he opposes the application and requests to be present when the application is presented to the Court. Mr. Eardley told me that he has a short cause trial scheduled to begin on February 25, 2008, and asked that any hearing not be scheduled until February 29, 2008.

4.  On February 19, 2008, I e-mailed a copy of my February 18, 2008 letter to Mr. Eardley to Samuel D. Ingham III, the Court-appointed counsel for

1

1  Britney.  On the same day, Mr. Ingham confirmed that he joins in the application
2  and does not request to be present when the application is presented to the Court.
3       Executed on February 19, 2008 at Los Angeles, California.
4       I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ Jeffrey D. Wexler
                                            Jeffrey D. Wexler