# LUCE FORWARD

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

777 South Figueroa
Suite 3600
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax

www.luce.com

## FACSIMILE COVER SHEET

DATE:  February 18, 2008

TO:  Jon Eardley

FIRM:  Law Offices of Jon Eardley

CITY, STATE:

FAX TELEPHONE NUMBER:  516 876 6906

CONFIRMING NUMBER:  516 876 4213

TO:  Jon Eardley

FIRM:

CITY, STATE:

FAX TELEPHONE NUMBER:  866 869 6988

CONFIRMING NUMBER:  516 876 4213

FROM:  Geraldine Wyle

DIRECT DIAL:  213.892.4938

DIRECT FAX:  213.452.8043

TRANSMITTING:  PAGES (including cover page)  5

ADDITIONAL COMMENTS OR INSTRUCTIONS:  Please see attached correspondence.

**PRIVILEGED AND CONFIDENTIAL** - *All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.*

**IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.**

Time/Date Transmitted: * By Operator: *
February 18, 2008 at _____
User No.  20024   Charge No.

# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

601 South Figueroa
Suite 3900
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax
www.luce.com

JEFFREY D. WEXLER, PARTNER
DIRECT DIAL NUMBER 213.892.4910
DIRECT FAX NUMBER 213.452.8029
EMAIL ADDRESS JWEXLER@LUCE.COM

February 18, 2008

**VIA FACSIMILE AND U.S. MAIL**

Jon Eardley, Esq.
Law Offices of Jon Eardley
50 Jericho Turnpike, Suite 201
Jericho, New York 11753

Jon Eardley, Esq.
Law Offices of Jon Eardley
1707 N Street, N.W.
Washington, D.C. 20036

      Re:    *Temporary Conservatorship of Britney Jean Spears*

Dear Mr. Eardley:

      We represent James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears, in the conservatorship proceedings (the "Conservatorship Proceedings") that you purported to remove from the Probate Court of the Los Angeles Supreme Court (the "Probate Court") to the United States District Court for the Central District of California on February 14, 2008.

      This letter follows up on a message that Andrew M. Wallet, the temporary co-conservator of the estate of Britney Jean Spears, my partner Geraldine A. Wyle, and I left for you on the afternoon of Friday, February 15, 2008 at the Jericho, New York and Washington, D.C. telephone numbers listed on your Notice of Removal. Both of our calls were answered by Robert H. Weiss of Rights for America, who told us that the telephone numbers were not yours but that we could leave a message for you at those telephone numbers. Mr. Wallet left a message identifying himself as the temporary co-conservator of the estate of Britney Jean Spears and asking you to call him. To my knowledge, you have not, as of the time of this letter, responded to Mr. Wallet's message.

    A.    **Meet and Confer re Motion to Remand.**

      By this letter, we ask you to meet and confer with us pursuant to Rule 7-3 of the Local Rules of the United States District Court for the Central District of California to discuss Mr.

LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Jon Eardley, Esq.
February 18, 2008
Page 2

Spears' planned motion to remand the Conservatorship Proceedings to the Probate Court pursuant to 28 U.S.C. § 1447(c).

We currently contemplate that the motion to remand will be primarily based upon two grounds, either of which, taken alone, requires remand.

First, in its Order Extending Temporary Letters of Conservatorship of the Person and its Order Extending Temporary Letters of Conservatorship of the Estate (collectively, the "February 6 Orders"), both of which were filed on February 6, 2008 and which reflect the Court proceedings on February 4, 2008, the Probate Court specifically found that "Ms. Spears does not have the capacity to retain counsel." Those Orders remain valid and in effect notwithstanding the purported removal. Because Ms. Spears lacks the capacity to retain counsel, the Notice of Removal that you purported to file on her behalf is invalid. The only attorney who is currently authorized to take action on behalf of Ms. Spears is Samuel Ingham III, her Court-appointed attorney.

In addition, although we understand that you contend that you spoke with Ms. Spears herself concerning your retention, we are unaware of any facts suggesting that such a conversation took place. In any event, any such conversation would have violated the February 6 Orders, which provide that any meetings between Ms. Spears and any attorney who is not Mr. Ingham are subject to Mr. Spears' approval and that Mr. Spears and his attorneys have the right to be present at any such meetings.

Second, even assuming *arguendo* that you could file the Notice of Removal on Ms. Spears' behalf – which you cannot, given her lack of capacity to engage counsel – remand is still necessary because no federal question is presented on the face of the well-pleaded petitions for conservatorship. The alleged federal questions identified in the Notice of Remand are challenges to the administration of the conservatorship, not to the petitions themselves.

The case cited in the Notice of Removal, *Grable & Sons Metal Prods. v. Darue Eng'g*, 545 U.S. 308 (2005), does not modify the long-established rule that federal question jurisdiction exists only when a well-pleaded complaint implicates issues of federal law. Even if the narrow *Grable & Sons* exception could theoretically apply to challenges to the administration of a conservatorship like those alleged in the Notice of Removal, application of that case here would be inappropriate because, *inter alia*: (1) the Conservatorship Proceedings present numerous seriously contested issues, not the single disputed issue of federal law present in *Grable & Sons*; and (2) the *Grable & Sons* Court recognized that federal question jurisdiction is unavailable as to

LUCE FORWARD
ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Jon Eardley, Esq.
February 18, 2008
Page 3

issues that are traditionally the province of state courts, as is indisputably true of conservatorship proceedings.

Furthermore, there is no factual or legal basis for the centerpiece of the Notice of Removal's argument for federal question jurisdiction – the claim that Mr. Spears "supplements" Ms. Spears' medications. The "supplementation" of medication is not currently an issue in dispute in the conservatorship proceedings. Thus, even if the district court could go beyond the petitions to find a basis for federal question jurisdiction – which it cannot – the Notice of Removal's allegations concerning medication could not support a finding of federal question jurisdiction.

In connection with the motion to remand, Mr. Spears will seek an Order requiring "payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal," as authorized by 28 U.S.C. § 1447(c), on the ground that the Notice of Removal was filed without an objectively reasonable basis. The motion will ask the Court to impose joint and several liability for costs and fees on you and on any person or persons acting in concert with you in connection with the filing of the Notice of Remand.

In order to enforce any award of costs and fees, the motion to remand will ask the Court to order you to provide a complete statement, under penalty of perjury, identifying all person or persons with whom you have worked in connection with this matter and stating the nature of each person's involvement.

Pursuant to Local Rule 7-3, Mr. Spears proposes the following potential resolution of the issues to be presented by this motion: The parties immediately file a stipulated Order with the district court (1) stating that the Conservatorship Proceedings were improvidently removed, (2) asking that those Proceedings be immediately remanded to the Probate Court pursuant to Section 1447(c), and (3) reserving Mr. Spears' right to file a motion for recovery of costs and fees incurred as a result of the removal.

Please call me at (213) 892-4910 at your earliest convenience to discuss the matters set forth above, in fulfillment of your obligations under Local Rule 7-3. If I do not answer the phone, please leave me a message stating the phone number at which you may be reached. Alternatively, please e-mail me at jwexler@luce.com to let me know a time and telephone number at which you will be available.



Jon Eardley, Esq.
February 18, 2008
Page 4

**B.   Notice of *Ex Parte* Application to Expedite Briefing and Hearing Schedule.**

Pursuant to Local Rule 7-19.1, Mr. Spears hereby gives notice of his intent to file an *ex parte* application for an Order shortening time on the briefing and hearing schedule on the motion to remand in order to allow that motion to be fully briefed by February 22, 2008 and heard on February 25, 2008.

Mr. Spears plans to file his *ex parte* application at the same time that he files his motion to remand. Mr. Spears anticipates filing his *ex parte* application on February 18, 2008 or February 19, 2008, depending on when the Conservatorship Proceedings are entered into the Central District's ECF-CM system and are therefore subject to e-filing.

Pursuant to Local Rule 7-19.1, please let us know whether you oppose the application or request to be present when the application is presented to the Court.

\* \* \*

We appreciate your anticipated courtesy and cooperation in this matter, and look forward to hearing from you.

Very truly yours,

Jeffrey D. Wexler
for
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

cc:   Geraldine A. Wyle, Esq. (by e-mail)
      Andrew M. Wallet, Esq. (by e-mail)
      Samuel D. Ingham III, Esq. (by e-mail)

## Message Confirmation Report

FEB-18-2008 11:52 AM MON

```
WorkCentre M20 Series
Machine ID          :
Serial Number       :  RYU262750.......
Fax Number          :
```

| | | |
|---|---|---|
| Name/Number | : | 614*918668696988 |
| Page | : | 5 |
| Start Time | : | FEB-18-2008 11:51AM MON |
| Elapsed Time | : | 01'02" |
| Mode | : | STD ECM |
| Results | : | O.K |

---

## LUCE FORWARD
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

777 South Figueroa
Suite 3600
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax

www.luce.com

### FACSIMILE COVER SHEET

DATE:   February 18, 2008

TO:  Jon Eardley

FIRM:  Law Offices of Jon Eardley

CITY, STATE:

FAX TELEPHONE NUMBER:  516 876 6906

CONFIRMING NUMBER:  516 876 4213

TO:  Jon Eardley

FIRM:

CITY, STATE:

FAX TELEPHONE NUMBER:  866 869 6988

CONFIRMING NUMBER:  516 876 4213

FROM:   Geraldine Wyle

DIRECT DIAL:  213.892.4938           DIRECT FAX:  213.452.8043

TRANSMITTING:   PAGES (including cover page)

ADDITIONAL COMMENTS OR INSTRUCTIONS:  Please see attached correspondence.

**PRIVILEGED AND CONFIDENTIAL** - All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.

**IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.**

Time/Date Transmitted: * By Operator: *
February 18, 2008 at _____
User No.  20024  Charge No. _____

# Message Confirmation Report

FEB-18-2008 11:48 AM MON

```
                              WorkCentre M20 Series
                              Machine ID          :
                              Serial Number       : RYU262750.......
                              Fax Number          :
```

Name/Number   : 592*915168766906
Page          : 5
Start Time    : FEB-18-2008 11:47AM MON
Elapsed Time  : 01'36"
Mode          : STD ECM
Results       :     O.K

---

## LUCE FORWARD

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

777 South Figueroa
Suite 3600
Los Angeles, CA 90017
213 892 4992
213 892 7731 fax

www.luce.com

### FACSIMILE COVER SHEET

DATE:     February 18, 2008

TO:  Jon Eardley                           TO:  Jon Eardley

FIRM:  Law Offices of Jon Eardley          FIRM:

CITY, STATE:                               CITY, STATE:

FAX TELEPHONE NUMBER:  516 876 6906        FAX TELEPHONE NUMBER:  866 869 6988

CONFIRMING NUMBER:  516 876 4213           CONFIRMING NUMBER:  516 876 4213

FROM:        Geraldine Wyle

DIRECT DIAL:   213.892.4938                DIRECT FAX:   213.452.8043

TRANSMITTING:       PAGES (including cover page)

ADDITIONAL COMMENTS OR INSTRUCTIONS:  Please see attached correspondence.

**PRIVILEGED AND CONFIDENTIAL** – *All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.*

### IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
### BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.

Time/Date Transmitted: * By Operator: *
February 18, 2008 at ___
User No.  20024   Charge No. ___