Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of | CASE NO. CV 08-1021 PSC (RCx) |
| | **NOTICE OF LODGING OF FEBRUARY 14, 2008 PROBATE COURT TRANSCRIPT IN CONNECTION WITH  MOTION TO REMAND [28 U.S.C. § 1447(c)]** |
| BRITNEY JEAN SPEARS, | |
| Temporary Conservatee. | Date:   March 17, 2008 |
| | Time:  1:30 p.m. |
| | Place: Courtroom 790 |
| | Roybal Building |

1    PLEASE TAKE NOTICE that James P. Spears ("Mr. Spears"), the temporary

2   conservator of the person of Britney Jean Spears and the temporary co-conservator

3   of the estate of Britney Jean Spears, hereby files the attached Reporter's Transcript

4   of Proceedings in the Probate Court on February 14, 2008, which he received from

5   the Court Reporter today.  A true and correct copy of the transcript is attached

6   hereto as Exhibit A.

7    As stated in Mr. Spears' Memorandum of Points and Authorities in Support

8   of Motion to Remand [Exhibit 6], the transcript shows (at page 10, line 4) that the

9   hearing on February 14, 2008 concluded at 2:04 p.m.

10   DATED: February 20, 2008            Respectfully submitted,

11                                       LUCE, FORWARD, HAMILTON &
                                          SCRIPPS LLP

12

13                                       By:    /s/ Jeffrey D. Wexler
                                                Jeffrey D. Wexler
14                                              Attorneys for James P. Spears,
                                                Temporary Conservator of the Person
15                                              and Temporary Co-Conservator of the
                                                Estate

16

17

18

19

20

21

22

23

24

25

26

27

28

1