Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>          Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>***EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS**<br><br>Discovery Cut-Off:  None Set<br>Trial Date:  None Set |

1    PLEASE TAKE NOTICE that James P. Spears ("Mr. Spears"), the temporary
2 conservator of the person of Britney Jean Spears and the temporary co-conservator
3 of the estate of Britney Jean Spears, will, and hereby does, bring this *ex parte*
4 application asking the Court: (1) to continue the hearing date on the civil harassment
5 temporary restraining order ("TRO") against Osama ("Sam") Lutfi, set by the
6 Probate Department of the Superior Court of the State of California for the County
7 of Los Angeles (the "Probate Court") for 1:30 p.m. on Friday, February 22, 2008;
8 (2) to extend the TRO until the new hearing date; and (3) to extend until five days
9 before the new hearing date the deadline for serving Mr. Lutfi with copies of the
10 TRO papers.

11    Mr. Spears suggests that the new hearing date and extended TRO date be
12 March 24, 2008, which should give the Court sufficient time to determine whether
13 to remand this case to the Probate Court, the issue addressed in the Court's February
14 19, 2008 Order to Show Cause re Remand to State Court [Docket 16] and Mr.
15 Spears' motion to remand filed on February 19, 2008 [Dockets 5-9].

16    This application is based on the grounds that:

17    (1)    The Probate Court on February 1, 2008 entered a civil
18 harassment TRO against Mr. Lutfi, setting a hearing on the TRO for
19 1:30 p.m. on February 22, 2008;

20    (2)    because Mr. Lutfi has been evading service of the TRO,
21 Mr. Spears has not yet been able to serve him with the TRO;

22    (3)    at the February 14, 2008 hearing held by the Probate Court
23 prior to the purported removal of the conservatorship proceedings (the
24 "Conservatorship Proceedings") to this Court, the Probate Court stated
25 its intent to continue the February 22, 2008 hearing date and to extend
26 the term of the TRO in the event that Mr. Lutfi was not served;

27
28

1

      (4)    the purported removal of the Conservatorship Proceedings to this Court has deprived the Probate Court of jurisdiction to continue the hearing date on the TRO or to extend the term of the TRO;

      (5)    because the Court's Standing Order Regarding Newly Assigned Cases [Docket 15] requires that pending motions must be re-noticed in accordance with the Local Rules, the hearing on the TRO is now off-calendar by reason of the purported removal, and a new hearing scheduled with the notice required by the Local Rules would not be heard until March 17, 2008 at the earliest;

      (6)    because the Probate Court is not only familiar with civil harassment injunctions and has procedures for hearing and ruling on such injunctions but also has knowledge concerning the facts that led it to enter the TRO, it would be a preferable forum to hold the hearing on the extension of that TRO;

      (7)    Mr. Spears believes that the Court is likely to remand the Conservatorship Proceedings to Probate Court, both because (a) the Probate Court found that Britney lacks the capacity to hire counsel, and the Notice of Removal purportedly filed on her behalf by her claimed counsel is therefore invalid and (b) the well-pleaded conservatorship petitions do not present a claim arising under federal law; and

      (8)    continuing the hearing on the TRO until on or after March 24, 2008 and extending the TRO until that date is necessary to ensure that the TRO does not expire by reason of the procedural happenstance of the removal and would increase the likelihood that the Probate Court – rather than this Court – will make the determination whether to extend the TRO.

This application is based on this Application, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Jeffrey D. Wexler

("Wexler Decl.") filed concurrently herewith, the [Proposed] Order lodged concurrently herewith, Mr. Spears' Request for Judicial Notice in support of his motion to remand [Docket 9], which attaches the papers filed with the Probate Court, the files in this matter, and such further argument as may be considered by the Court.

Pursuant to Rule 7-19 of the Local Rules for the United States District Court for the Central District of California, Mr. Spears provides the following information:

(1) Britney is represented in the Conservatorship Proceedings by her Court-appointed attorney:

> Samuel D. Ingham III
> 9440 Santa Monica Blvd., Suite 510
> Beverly Hills, CA 90210-4608
> (310) 556-9751 (telephone)
> (310) 556-1311 (facsimile)

The following attorney purported to file the Notice of Removal as Britney's counsel, notwithstanding the Probate Court's finding that Britney lacked the capacity to engage counsel:

> Jon Eardley
> Law Offices of Jon Eardley
> 50 Jericho Turnpike, Suite 201
> Jericho, NY 11753
> (516) 876-4213 (telephone)
> (516) 876-6906 (facsimile)
>
> Law Offices of Jon Eardley
> 1707 N Street, N.W.
> Washington, D.C. 20036
> (202) 223-4884 (telephone)

(2) Mr. Spears gave notice to Mr. Ingham (Court-appointed counsel for Britney) of the date, time, and substance of this *ex parte* application by an e-mail dated February 20, 2008.  See Wexler Decl., ¶ 4.

Mr. Spears gave notice to Mr. Eardley (purported counsel for Britney) of the date, time, and substance of this *ex parte* application by a letter dated February 20, 2008.  See *id.*, ¶ 2, Ex. A.

1       (3)   Mr. Ingham (Court-appointed counsel for Britney) joins in this
2 application and does not wish to be present when the application is presented.  *See*
3 *id.*, ¶ 4.
4       Mr. Eardley (purported counsel for Britney) has not yet told counsel for Mr.
5 Spears whether he opposes the application or wishes to be present when the
6 application is presented.  *See id.*, ¶ 3.

7 DATED: February 20, 2008        Respectfully submitted,

                                                  LUCE, FORWARD, HAMILTON &
                                                    SCRIPPS LLP

                                  By:    /s/ Jeffrey D. Wexler
                                          Jeffrey D. Wexler
                                          Attorneys for James P. Spears,
                                          Temporary Conservator of the Person
                                          and Temporary Co-Conservator of the
                                          Estate