1  Geraldine A. Wyle, State Bar No. 89735
   Jeffrey D. Wexler, State Bar No. 132256
2  Vivian Lee Thoreen, State Bar No. 224162
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
4  Telephone No.: 213-892-4992
   Fax No.: 213-892-7731
5  gwyle@luce.com
   jwexler@luce.com
6  vthoreen@luce.com

7  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
8  Temporary Co-Conservator of the Estate

9
10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12                     WESTERN DIVISION

13

| In re the Conservatorship of the Person and the Estate of | CASE NO. CV 08-1021 PSC (RCx) |
|---|---|
| BRITNEY JEAN SPEARS, | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS** |
| Temporary Conservatee. | |
| | Discovery Cut-Off: None Set |
| | Trial Date: None Set |

After consideration of the papers in support of and in opposition to the *ex parte* application of James P. Spears, the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears: (1) to continue the hearing date on the civil harassment temporary restraining order ("TRO") against Osama ("Sam") Lutfi, set by the Probate Department of the Superior Court of the State of California for the County of Los Angeles for 1:30 p.m. on Friday, February 22, 2008; (2) to extend the TRO until the new hearing date; and (3) to extend until five days before the new hearing date the deadline for serving Mr. Lutfi with copies of the TRO papers,

IT IS ORDERED that:

1. The hearing date on the TRO against Mr. Lutfi is extended until _____ on _____, 2008.
2. The TRO is extended until the new hearing date.
3. The deadline for serving Mr. Lutfi with copies of the TRO papers is extended until five days before the new hearing date.

DATED: _____

_____
The Honorable Philip S. Gutierrez
United States District Judge