Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS**<br><br>Discovery Cut-Off: None Set<br>Trial Date: None Set |

**DECLARATION OF JEFFREY D. WEXLER**

I, JEFFREY D. WEXLER, declare as follows:

1.  I am an attorney licensed to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP ("LFH&S"), counsel of record for James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears. I have personal knowledge of the matters set forth below, and if required to do so, I would and could testify competently to the same.

2.  Attached hereto as Exhibit A is a true and correct copy of a February 20, 2008 letter that I sent by e-mail and facsimile to Jon Eardley, the attorney who purported to remove the conservatorship proceedings to this Court on behalf of Britney Jean Spears ("Spears"). In my letter, I notified Mr. Eardley of Mr. Spears' intent to file an *ex parte* application: (1) to continue the hearing date on the civil harassment temporary restraining order ("TRO") against Osama ("Sam") Lutfi, set by the Probate Department of the Superior Court of the State of California for the County of Los Angeles (the "Probate Court") for 1:30 p.m. on Friday, February 22, 2008; (2) to extend the TRO until the new hearing date; and (3) to extend until five days before the new hearing date the deadline for serving Mr. Lutfi with copies of the TRO papers.

3.  As of the time of filing of this declaration, Mr. Eardley has not yet told me whether he opposes the application or wishes to be present when the application is presented to the Court.

4.  On February 20, 2008, I e-mailed a copy of my February 20, 2008 letter to Mr. Eardley to Samuel D. Ingham III, the Court-appointed counsel for Britney. On the same day, Mr. Ingham confirmed that he joins in the application and does not request to be present when the application is presented to the Court.

1

1  5. Attached hereto as Exhibit B is a true and correct copy of the Requests
2  for Orders to Stop Harassment attaching the Declaration of Lynne Spears that Mr.
3  Spears filed with the Probate Court on February 1, 2008 in support of his request for
4  a Civil Harassment Temporary Restraining Order against Osama ("Sam") Lutfi.
5  Executed on February 20, 2008 at Los Angeles, California.
6  I declare under penalty of perjury that the foregoing is true and correct.

                                                                  /s/ Jeffrey D. Wexler
                                                                    Jeffrey D. Wexler