# Exhibit A

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873

Luce, Forward, Hamilton & Scripps LLP

601 South Figueroa
Suite 3900
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax
www.luce.com

Jeffrey D. Wexler, Partner
Direct Dial Number 213.892.4910
Direct Fax Number 213.452.8029
Email Address jwexler@luce.com

February 20, 2008

## VIA FACSIMILE, E-MAIL, AND U.S. MAIL

Jon Eardley, Esq.
Law Offices of Jon Eardley
50 Jericho Turnpike, Suite 201
Jericho, New York 11753

Jon Eardley, Esq.
Law Offices of Jon Eardley
1707 N Street, N.W.
Washington, D.C. 20036

      Re:    *Temporary Conservatorship of Britney Jean Spears*

Dear Mr. Eardley:

      As you know, we represent James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears, in the conservatorship proceedings that you purported to remove from the Probate Court of the Los Angeles Supreme Court (the "Probate Court") to the United States District Court for the Central District of California on February 14, 2008.

      Pursuant to Local Rule 7-19.1, Mr. Spears hereby gives notice of his intent to file an *ex parte* application asking the District Court: (1) to continue the hearing on the Civil Harassment Temporary Restraining Order (the "TRO") entered by the Probate Court against Osama ("Sam") Lutfi, which the Probate Court scheduled for February 22, 2008, until March 24, 2008 or such other date as may be deemed appropriate by the Court; (2) to extend the term of the TRO through that date; and (3) to extend the deadline for serving Mr. Lutfi with notice of the TRO until five days before the new hearing date.

      Mr. Spears plans to file his *ex parte* application today.

      Pursuant to Local Rule 7-19.1, please let us know whether you oppose the application or request to be present when the application is presented to the Court.

                                        * * *

# LUCE FORWARD
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Jon Eardley, Esq.
February 20, 2008
Page 2

    We appreciate your anticipated courtesy and cooperation in this matter, and look forward to hearing from you.

Very truly yours,

*[signature]*

Jeffrey D. Wexler
for
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

cc:    Geraldine A. Wyle, Esq. (by e-mail)
       Andrew M. Wallet, Esq. (by e-mail)
       Samuel D. Ingham III, Esq. (by e-mail)