Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**NOTICE OF FILING OF JOINDER BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE, IN *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS**<br><br>Discovery Cut-Off: None Set<br>Trial Date: None Set<br><br>Date: March 17, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 790<br>         Roybal Building |

PLEASE TAKE NOTICE that the Joinder in Ex Parte Application: (1) to Continue Hearing on Civil Harassment TRO Against Osama ("Sam") Lutfi; (2) to Extend Term of TRO Through New Hearing Date; and (3) to Extend Deadline for Serving TRO Papers signed on February 20, 2008 by Samuel D. Ingham III, the Court-appointed Attorney for Britney Jean Spears, the temporary conservatee, is attached hereto as Exhibit A.[1]

Counsel for James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears, is filing this Notice of Joinder at Mr. Ingham's request because Mr. Ingham, while a member of the bar of this Court, is still in the process of enrolling in the electronic filing program.

DATED: February 20, 2008            Respectfully submitted,

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By:     /s/ Jeffrey D. Wexler
        Jeffrey D. Wexler
        Attorneys for James P. Spears,
        Temporary Conservator of the Person
        and Temporary Co-Conservator of the
        Estate

---

[1] Mr. Ingham was appointed as Ms. Spears' attorney in an Order Appointing Counsel, filed on February 1, 2008, a true and correct copy of which is attached as Exhibit ZZ to the Request for Judicial Notice [Docket 9].

1