# Exhibit A

Samuel D. Ingham III, State Bar No. 66279
LAW OFFICES OF SAMUEL D. INGHAM III
9440 Santa Monica Boulevard
Suite 510
Beverly Hills, California 90210
Telephone No.: 310-556-9751
Fax No.: 310-556-1311
singham@inghamlaw.com

Court-Appointed Attorney for
BRITNEY JEAN SPEARS, Temporary Conservatee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**JOINDER IN EX PARTE APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS** |

1  The undersigned, having been appointed by the Los Angeles County
2  Superior Court to represent BRITNEY JEAN SPEARS by Order Appointing
   Counsel dated February 1, 2008, hereby joins in the EX PARTE APPLICATION:
3  (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST
4  OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW
   HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO
5  PAPERS filed by James P. Spears as the temporary conservator of her person and
6  the temporary co-conservator of her estate.

7  DATED: February 20, 2008

   _____
   SAMUEL D. INGHAM III
   Court-Appointed Attorney for
   BRITNEY JEAN SPEARS,
   Temporary Conservatee