Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

E-FILED 02-20-08

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSG (RCx)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND**<br><br>Discovery Cut-Off: None Set<br>Trial Date: None Set |

NOTE: CHANGES MADE BY THE COURT

After consideration of the papers in support of and in opposition to the *ex parte* application of James P. Spears, the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears, to expedite the briefing and hearing schedule on his concurrently filed motion pursuant to 28 U.S.C. § 1447(c) to remand these conservatorship proceedings to the Probate Department of the Superior Court of the State of California for the County of Los Angeles,

IT IS ORDERED that:

1. Any opposition to the motion to remand must be electronically filed by **2/22/08**, with courtesy copies delivered to chambers by **12:00 noon on 2/25/08**.

2. Any reply papers in support to the motion to remand must be electronically filed by **2/25/08**, with courtesy copies delivered to chambers by **12:00 noon on 2/26/08**.

3. The motion to remand will be **submitted on the papers**.

DATED: ____**2/20/08**_____

**PHILIP S. GUTIERREZ**
The Honorable Philip S. Gutierrez
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28