1  Geraldine A. Wyle, State Bar No. 89735
   Jeffrey D. Wexler, State Bar No. 132256
2  Vivian Lee Thoreen, State Bar No. 224162
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  601 South Figueroa, Suite 3900
   Los Angeles, California 90017
4  Telephone No.: 213-892-4992
   Fax No.: 213-892-7731
5  gwyle@luce.com
   jwexler@luce.com
6  vthoreen@luce.com

7  Attorneys for James P. Spears,
   Temporary Conservator of the Person and
8  Temporary Co-Conservator of the Estate

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

13
   In re the Conservatorship of the Person   | CASE NO. CV 08-1021 PSC (RCx)
14 and the Estate of                         |
                                             | **PROOF OF PERSONAL**
15 BRITNEY JEAN SPEARS,                      | **SERVICE**
                                             |
16          Temporary Conservatee.           |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **In re Conservatorship of the Person and the Estate of BRITNEY JEAN SPEARS** |
| 3 | Case No.  CV 08-1021 PSC (RCx) |
| 4 | At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017. |
| 5 | |
| 6 | On February 19, 2008, I caused to be served true copies of the following document(s) on the interested parties in this action as follows: |
| 7 | |
| 8 | **CERTIFICATION AS TO INTERESTED PARTIES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 7.1-1];** |
| 9 | |
| 10 | **NOTICE OF RELATED CASES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 83-1.3];** |
| 11 | |
| 12 | **NOTICE OF MOTION AND MOTION TO REMAND [28 U.S.C. § 1447(c)];** |
| 13 | **[PROPOSED] ORDER GRANTING MOTION TO REMAND [28 U.S.C. § 1447(c)];** |
| 14 | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND;** |
| 15 | |
| 16 | **DECLARATION OF ANDREW M. WALLET IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];** |
| 17 | **DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];** |
| 18 | |
| 19 | **NOTICE OF FILING OF JOINDER IN MOTION TO REMAND [28 U.S.C. § 1447(c) BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE;** |
| 20 | |
| 21 | ***EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULED ON MOTION TO REMAND;** |
| 22 | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;** |
| 23 | |
| 24 | **MEMORANDUM OF POINTS AND AUTRHORITIES IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;** |
| 25 | |
| 26 | **DECLARATION OF ANDREW M. WALLET IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;** |
| 27 | |
| 28 | |

**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND**

**BY FACSIMILE:** I caused such documents to be sent by facsimile the office of the addressee(s) as follows.

>Jon Eardley, Esq.
>Law Offices of Jon Eardley
>50 Jericho Turnpike, Suite 201
>Jericho, NY 11753
>(516) 876-6906

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on February 19, 2008, at Los Angeles, California.

*/s/ Jeffrey D. Wexler*
_____
Jeffrey D. Wexler

201014395.1

# Message Confirmation Report

FEB-19-2008 09:41 PM TUE

```
                           WorkCentre M20 Series
                           Machine ID          :
                           Serial Number       : RYU261927.......
                           Fax Number          :
```

| | | |
|---|---|---|
| Name/Number | : | 559*915168766906 |
| Page | : | 90 |
| Start Time | : | FEB-19-2008 08:30PM TUE |
| Elapsed Time | : | 10'48" |
| Mode | : | STD G3 |
| Results | : | O.K |

---

## LUCE FORWARD

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

601 South Figueroa
Suite 3000
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax

www.luce.com

### FACSIMILE COVER SHEET

| | |
|---|---|
| Date: | February 6, 2008 |
| TO: | Jon Eardley, Esq. |
| Firm: | Law Offices of Jon Eardley |
| City, State: | Jericho, NY |
| Facsimile Number: | (516) 876-6906 |
| Confirming Telephone Number: | (516) 876-4213 |
| From: | Jeffrey D. Wexler |
| Sender's Direct Dial: | 213.892.4910 |
| Sender's Fax Number: | 213.452.8029 |

__89__ Pages (including cover page)

Comments or Instructions:   Pursuant to Judge Gutierrez' Procedures and Schedules with regard to *ex parte* application, attached please find the papers e-filed with the Central District by temporary conservator James P. Spears this afternoon (except for the Request for Judicial Notice and exhibits thereto, which will come in a follow-up fax or faxes).

**PRIVILEGED AND CONFIDENTIAL** - *All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.*

**IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.**

Time/Date Transmitted: * By Operator: *
February 19, 2008 at _____
User No. 99250     Charge No. 36693-00001

201014339.1

CARMEL VALLEY/DEL MAR · LOS ANGELES · SAN DIEGO · SAN FRANCISCO

# PROOF OF SERVICE

**In re Conservatorship of the Person and the Estate of BRITNEY JEAN SPEARS**

Case No. CV 08-1021 PSC (RCx)

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

On February 20, 2008, I served true copies of the following document(s) described as on the interested parties in this action as follows:

**CERTIFICATION AS TO INTERESTED PARTIES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 7.1-1];**

**NOTICE OF RELATED CASES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 83-1.3];**

**NOTICE OF MOTION AND MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**[PROPOSED] ORDER GRANTING MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND;**

**DECLARATION OF ANDREW M. WALLET IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**NOTICE OF FILING OF JOINDER IN MOTION TO REMAND [28 U.S.C. § 1447(c) BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE;**

***EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULED ON MOTION TO REMAND;**

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;**

**MEMORANDUM OF POINTS AND AUTRHORITIES IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;**

i

1  DECLARATION OF ANDREW M. WALLET IN SUPPORT OF *EX PARTE*
   APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE
2  ON MOTION TO REMAND;

3  DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE*
   APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE
4  ON MOTION TO REMAND;

5  NOTICE OF LODGING OF FEBRUARY 14, 2008 PROBATE COURT
   TRANSCRIPT IN CONNECTION WITH MOTION TO REMAND

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

        **Jon Eardley, Esq.**
        **Law Offices of Jon Eardly**
        **16020 Puesta Del Sol**
        **Whittier, CA  90613**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on February 20, 2008, at Los Angeles, California.

*/s/ Theresa del Pomar*
**Theresa del Pomar**

201014353.1

## PROOF OF SERVICE HAND DELIVERY

I, Armando Honzeles, declare as follows:

I am employed by **CalExpress**, whose address is 1524 Pizarro Street, Los Angeles, CA 90026. I am over the age of eighteen years, and am not a party to this action.

On February 20, 2008, I served the following:

CERTIFICATION AS TO INTERESTED PARTIES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 7.1-1];

NOTICE OF RELATED CASES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 83-1.3];

NOTICE OF MOTION AND MOTION TO REMAND [28 U.S.C. § 1447(c)];

[PROPOSED] ORDER GRANTING MOTION TO REMAND [28 U.S.C. § 1447(c)];

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND;

DECLARATION OF ANDREW M. WALLET IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];

DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];

NOTICE OF FILING OF JOINDER IN MOTION TO REMAND [28 U.S.C. § 1447(c) BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE;

*EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULED ON MOTION TO REMAND;

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;

MEMORANDUM OF POINTS AND AUTRHORITIES IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND

1     **HEARING SCHEDULE ON MOTION TO REMAND;**

2     **DECLARATION OF ANDREW M. WALLET IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING**
3     **SCHEDULE ON MOTION TO REMAND;**

4     **DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING**
5     **SCHEDULE ON MOTION TO REMAND;**

6     **NOTICE OF LODGING OF FEBRUARY 14, 2008 PROBATE COURT TRANSCRIPT IN CONNECTION WITH MOTION TO**
7     **REMAND [28 U.S.C. § 1447(C)]**

10   by delivering a true copy thereof to the following:

11   Jon Eardley, Esq.
    Law Offices of Jon Eardly
12   16020 Puesta Del Sol
    Whittier, CA  90613

15        I declare under penalty of perjury under the laws of the State of California that the
16   foregoing is true and correct.

17        Executed at Los Angeles, California on February 20, 2008.

19                                                       Signature

22   201013404.1

23   201014357.1

|    |                                                                                           |
|----|-------------------------------------------------------------------------------------------|
| 1  | PROOF OF SERVICE                                                                           |
| 2  | In re Conservatorship of the Person and the Estate of BRITNEY JEAN SPEARS                 |
| 3  | Case No. CV 08-1021 PSC (RCx)                                                             |

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of _NASSAU_, State of New York. My business address is _17 Hollywood Dr Plainview New York 11803_.

On February 20, 2008, I served true copies of the following document(s) described as on the interested parties in this action as follows:

**CERTIFICATION AS TO INTERESTED PARTIES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 7.1-1];**

**NOTICE OF RELATED CASES OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE [LOCAL RULE 83-1.3];**

**NOTICE OF MOTION AND MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**[PROPOSED] ORDER GRANTING MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND;**

**DECLARATION OF ANDREW M. WALLET IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)];**

**NOTICE OF FILING OF JOINDER IN MOTION TO REMAND [28 U.S.C. § 1447(c) BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE;**

***EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULED ON MOTION TO REMAND;**

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;**

DECLARATION OF ANDREW M. WALLET IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND;

DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE* APPLICATION TO EXPEDITE BRIEFING AND HEARING SCHEDULE ON MOTION TO REMAND

**BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

> Jon Eardley, Esq.
> Law Offices of Jon Eardley
> 50 Jericho Turnpike, Suite 201
> Jericho, New York 11753

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 21, 2008, at 140 CLINTON ST BROOKLYN NY

*[signature]*

SAMUEL MLOTOK
PROCESS SERVER

1