1  Geraldine A. Wyle, State Bar No. 89735
2  Jeffrey D. Wexler, State Bar No. 132256
   Vivian Lee Thoreen, State Bar No. 224162
3  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   601 South Figueroa, Suite 3900
4  Los Angeles, California 90017
   Telephone No.: 213-892-4992
5  Fax No.: 213-892-7731
   gwyle@luce.com
6  jwexler@luce.com
   vthoreen@luce.com
7
   Attorneys for James P. Spears,
8  Temporary Conservator of the Person and
   Temporary Co-Conservator of the Estate

9
               UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11
                     WESTERN DIVISION
12

13  | In re the Conservatorship of the Person and the Estate of | CASE NO. CV 08-1021 PSC (RCx) |
14  | | |
15  | BRITNEY JEAN SPEARS, | **SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS; DECLARATION OF JEFFREY D. WEXLER** |
16  | Temporary Conservatee. | |
17  | | |
18  | | |
19  | | |
20  | | |
21  | | Discovery Cut-Off:  None Set |
22  | | Trial Date:  None Set |

23

24

25

26

27

28

1   James P. Spears ("Mr. Spears"), the temporary conservator of the person and

2   the temporary co-conservator of the estate, files this Supplemental Memorandum to

3   notify the Court that, after three weeks of apparently evading service, Osama

4   ("Sam") Lutfi was served with the civil harassment temporary restraining order

5   ("TRO") papers at about 11 a.m. on Thursday, February 21, 2008 when he left his

6   apartment in Mar Vista.  *See* Declaration of Jeffrey D. Wexler, ¶ 2.

7   Accordingly, if the Court grants Mr. Spears' *ex parte* application before the

8   TRO expires on February 22, 2008 by setting a new hearing date and by extending

9   the term of the TRO through the new date, the third form of relief sought in Mr.

10   Spears' *ex parte* application – extension of the deadline for serving the TRO papers

11   – will become moot.

12

13   DATED: February 21, 2008          Respectfully submitted,

14                                     LUCE, FORWARD, HAMILTON &
                                         SCRIPPS LLP

15

16                                     By:   /s/ Jeffrey D. Wexler
17                                           Jeffrey D. Wexler
                                             Attorneys for James P. Spears,
18                                           Temporary Conservator of the Person
                                             and Temporary Co-Conservator of the
                                             Estate

19

20

21

22

23

24

25

26

27

28

1