**SUPPLEMENTAL DECLARATION OF JEFFREY D. WEXLER**

I, JEFFREY D. WEXLER, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California and am a member of the bar of this Court. I am a partner in the law firm of Luce, Forward, Hamilton & Scripps LLP ("LFH&S"), counsel of record for James P. Spears ("Mr. Spears"), the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears. I have personal knowledge of the matters set forth below, and if required to do so, I would and could testify competently to the same.

2. After three weeks of apparently evading service, Osama ("Sam") Lutfi was served with the civil harassment temporary restraining order papers at about 11 a.m. on Thursday, February 21, 2008 when he left his apartment in Mar Vista.

Executed on February 21, 2008 at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

        /s/ Jeffrey D. Wexler
        Jeffrey D. Wexler