Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**PROOF OF PERSONAL SERVICE** |

**PROOF OF SERVICE**

**In re Conservatorship of the Person and the Estate of BRITNEY JEAN SPEARS**

Case No. CV 08-1021 PSC (RCx)

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

On February 20, 2008, I caused to be served true copies of the following document(s) on the interested parties in this action as follows:

*EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS

DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS

NOTICE OF FILING OF JOINDER BY SAMUEL D. INGHAM III, COURT-APPOINTED ATTORNEY FOR BRITNEY JEAN SPEARS, TEMPORARY CONSERVATEE, IN *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS

**RESPONSE OF JAMES P. SPEARS, TEMPORARY CONSERVATOR OF THE PERSON AND TEMPORARY CO-CONSERVATOR OF THE ESTATE, TO ORDER TO SHOW CAUSE RE REMAND TO STATE COURT [Docket 16]**

**BY FACSIMILE:** I caused such documents to be sent by facsimile the office of the addressee(s) as follows.

>   Jon Eardley, Esq.
>   Law Offices of Jon Eardley
>   50 Jericho Turnpike, Suite 201
>   Jericho, NY 11753
>   (516) 876-6906

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on February 20, 2008, at Los Angeles, California.

_____
Jeffrey D. Wexler

201014395.1

# Message Confirmation Report

FEB-20-2008 05:26 PM WED

```
                        WorkCentre M20 Series
                        Machine ID          :
                        Serial Number       :  RYU261927.......
                        Fax Number          :
```

```
Name/Number    :  288*915168766906
Page           :  37
Start Time     :  FEB-20-2008 05:14PM WED
Elapsed Time   :  11'50"
Mode           :  STD G3
Results        :       O.K
```

---

## LUCE FORWARD
ATTORNEYS AT LAW · FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

601 South Figueroa
Suite 3900
Los Angeles, CA 90017
213.892.4992
213 892 7731 fax

www.luce.com

### FACSIMILE COVER SHEET

| Date: | February 20, 2008 |
|---|---|
| TO: | Jon Eardley, Esq. |
| Firm: | Law Offices of Jon Eardley |
| City, State | Jericho, NY |
| Facsimile Number: | (516) 876-6906 |
| Confirming Telephone Number: | (516) 876-4213 |
| From: | Jeffrey D. Wexler |
| Sender's Direct Dial: | 213.892.4910 |
| Sender's Fax Number: | 213.452.8029 |

__37__ Pages (including cover page)

Comments or Instructions:   Attached are copies of the papers we filed today in support of our *ex parte* application to extend the TRO against Osama ("Sam") Lutfi.

**PRIVILEGED AND CONFIDENTIAL** - *All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.*

**IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.**

Time/Date Transmitted: * By Operator: *
February 20, 2008 at _____
User No. 99250    Charge No. 36693-00005

201014339.1

CARMEL VALLEY/DEL MAR · LOS ANGELES · SAN DIEGO · SAN FRANCISCO

# Message Confirmation Report

FEB-20-2008 05:38 PM WED

```
                              WorkCentre M20 Series
                              Machine ID         :
                              Serial Number      :  RYU261927.......
                              Fax Number         :
```

```
Name/Number    :  478*915168766906
Page           :  5
Start Time     :  FEB-20-2008 05:37PM WED
Elapsed Time   :  01'44"
Mode           :  STD G3
Results        :       O.K
```

---

## LUCE FORWARD
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

601 South Figueroa
Suite 3900
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax

www.luce.com

**FACSIMILE COVER SHEET**

| | |
|---|---|
| Date: | February 20, 2008 |
| TO: | Jon Eardley, Esq. |
| Firm: | Law Offices of Jon Eardley |
| City, State | Jericho, NY |
| Facsimile Number: | (516) 876-6906 |
| Confirming Telephone Number: | (516) 876-4213 |
| From: | Jeffrey D. Wexler |
| Sender's Direct Dial: | 213.892.4910 |
| Sender's Fax Number: | 213.452.8029 |

__5__ Pages (including cover page)

Comments or Instructions:   Attached are copies of the papers we filed today in support of our *ex parte* application to extend the TRO against Osama ("Sam") Lutfi.

PRIVILEGED AND CONFIDENTIAL - *All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.*

**IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.**

Time/Date Transmitted: * By Operator: *
February 20, 2008 at _____
User No. 99250    Charge No. 36693-00005

201014339.1