**CH-130** — Proof of Personal Service

*Clerk stamps date here when form is filed.*

**(1)** Name of person asking for protection:
Britney Jean Spears (Temp. Conserv. Jamie P. Spears)

**(2)** Name of person you want protection from:
Osama "Sam" N. Lutfi

**(3) Notice to Server**

The server must:
- Be over 18 years of age.
- Not be listed on the restraining order.
- Give a copy of all documents checked in (4) to the person in (2). (You cannot send them by mail.) Then complete and sign this form, and give or mail it to the person in (1).

*Fill in court name and street address:*
Superior Court of California, County of
Los Angeles
Stanley Mosk Courthouse
111 N. Hill St.
Los Angeles, CA 90012

*Fill in case number:*
**Case Number:**
CV 08-01021 PSC (RCx) (C.D. Cal.

## PROOF OF PERSONAL SERVICE

**(4)** I gave the person in (2) a copy of the documents checked below:
- a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)*
- b. ☑ CH-100, *Request for Orders to Stop Harassment*
- c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
- d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
- e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
- f. ☐ CH-140, *Restraining Order After Hearing to Stop Harassment*
- g. ☐ Other (specify): _____

**(5)** I personally gave copies of the documents checked above to the person in (2):
- a. On (date): 2/21/2008    b. At (time): 11    ☑ a.m.   ☐ p.m.
- c. At this Address: 12629 Caswell Ave (in the street on the corner of Wade and Caswell)
  City: Los Angeles    State: CA    Zip: 90066

**(6) Server's Information**
Name: Michael Miller
Address: 1112 Montana Ave #100
City: Santa Monica    State: CA    Zip: 90403
Telephone: 310.458.6006

*(If you are a registered process server):*
County of registration: _____    Registration number: _____

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 2/21/2008

Michael Miller
*Type or print server's name*

▶ *Server to sign here*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Optional Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Proof of Personal Service (Civil Harassment)**

CH-130, Page 1 of 1
American LegalNet, Inc.
www.USCourtForms.com