Geraldine A. Wyle, State Bar No. 89735
Jeffrey D. Wexler, State Bar No. 132256
Vivian Lee Thoreen, State Bar No. 224162
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa, Suite 3900
Los Angeles, California 90017
Telephone No.: 213-892-4992
Fax No.: 213-892-7731
gwyle@luce.com
jwexler@luce.com
vthoreen@luce.com

E-FILED 02-21-08

Attorneys for James P. Spears,
Temporary Conservator of the Person and
Temporary Co-Conservator of the Estate

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re the Conservatorship of the Person and the Estate of<br><br>BRITNEY JEAN SPEARS,<br><br>Temporary Conservatee. | CASE NO. CV 08-1021 PSC (RCx)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO PAPERS**<br><br>Discovery Cut-Off: None Set<br>Trial Date: None Set |

After consideration of the papers in support of and in opposition to the *ex parte* application of James P. Spears, the temporary conservator of the person of Britney Jean Spears and the temporary co-conservator of the estate of Britney Jean Spears: (1) to continue the hearing date on the civil harassment temporary restraining order ("TRO") against Osama ("Sam") Lutfi, set by the Probate Department of the Superior Court of the State of California for the County of Los Angeles for 1:30 p.m. on Friday, February 22, 2008; (2) to extend the TRO until the new hearing date; and (3) to extend until five days before the new hearing date the deadline for serving Mr. Lutfi with copies of the TRO papers,

IT IS ORDERED that:

1. The hearing date on the TRO against Mr. Lutfi is extended until **1:30 pm** on **March 17, 2008**.
2. The TRO is extended until the new hearing date.
3. The deadline for serving Mr. Lutfi with copies of the TRO papers is extended until five days before the new hearing date.

DATED: ____2/21/08_____

**PHILIP S. GUTIERREZ**_____
The Honorable Philip S. Gutierrez
United States District Judge

1