# PROOF OF SERVICE

**In re the Conservatorship of the Person and the Estate of BRITNEY JEAN SPEARS**

Case No. CV 08-1021 PSC (RCx)

    At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

    On February 22, 2008, I served true copies of the following document described as:

**ORDER GRANTING EX PARTE APPLICATION: (1) TO CONTINUE HEARING ON CIVIL HARASSMENT TRO AGAINST OSAMA ("SAM") LUTFI; (2) TO EXTEND TERM OF TRO THROUGH NEW HEARING DATE; AND (3) TO EXTEND DEADLINE FOR SERVING TRO**

on the interested parties in this action as follows:

> Osama Lutfi
> 12629 Caswell Avenue, Apt. #16
> Los Angeles, CA 90066

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on February 22, 2008, at Los Angeles, California.

_/s/ Theresa del Pomar_
Theresa del Pomar

201014474.1