# PROOF OF SERVICE

**In re Conservatorship of the Person and the Estate of BRITNEY JEAN SPEARS**

Case No. CV 08-1021 PSG (RCx)

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 601 S. Figueroa, Suite 3900, Los Angeles, California 90017.

On February 25, 2008, I caused to be served true copies of the following document(s) on the interested parties in this action as follows:

**REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)]**

**SUPPLEMENTAL DECLARATION OF JEFFREY D. WEXLER IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)]**

**BY FACSIMILE:** I caused such documents to be sent by facsimile the office of the addressee(s) as follows.

> **Jon Eardley, Esq.**
> **Law Offices of Jon Eardley**
> **50 Jericho Turnpike, Suite 201**
> **Jericho, NY 11753**
> **(516) 876-6906**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this Court.

Executed on February 26, 2008, at Los Angeles, California.

/s/ Jeffrey D. Wexler
**Jeffrey D. Wexler**

201014395.1

# Message Confirmation Report

FEB-25-2008 01:12 PM MON

```
                              WorkCentre M20 Series
                              Machine ID         :
                              Serial Number      : RYU262750.......
                              Fax Number         :

Name/Number   :  137*915168766906
Page          :  33
Start Time    :  FEB-25-2008 01:03PM MON
Elapsed Time  :  08'40"
Mode          :  STD ECM
Results       :       O.K
```

---

## LUCE FORWARD

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

601 South Figueroa
Suite 3900
Los Angeles, CA 90017
213.892.4992
213.892.7731 fax

www.luce.com

### FACSIMILE COVER SHEET

| | |
|---|---|
| Date: | February 25, 2008 |
| TO: | **Jon Eardley, Esq.** |
| Firm: | Law Offices of Jon Eardley |
| City, State: | Jericho, NY |
| Facsimile Number: | (516) 876-6906 |
| Confirming Telephone Number: | (516) 876-4213 |
| From: | Jeffrey D. Wexler |
| Sender's Direct Dial: | 213.892.4910 |
| Sender's Fax Number: | 213.452.8029 |

__33__ Pages (including cover page)

Comments or Instructions: **Attached are copies of the reply papers we filed today in support of Mr. Spears' motion to remand.**

**PRIVILEGED AND CONFIDENTIAL.** - All information transmitted hereby is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient(s), please note that any distribution or copying of this communication is strictly prohibited. Anyone who received this communication in error should notify us immediately by telephone and return the original to us.

**IF YOU DO NOT RECEIVE THE ENTIRE FAX, CALL 213.892.4992
BETWEEN THE HOURS OF 8:00 a.m. AND 6:00 p.m.**

Time/Date Transmitted: * By Operator: *
February 25, 2008 at _____
User No. 99250   Charge No. 36693-00005

201014339.1