

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

February 26, 2008

Superior Court of California, County of Los Angeles
Stanley Mosk Courthouse
111 N. Hill Street
Los Angeles, CA 90012

Re:   Case Number: CV 08-1021 PSG (RCx)

      Previously Superior Court Case No. BP 108870

      Case Name: Conservatorship Britney Jean Spears -vs- Britney J. Spears

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____February 26, 2008_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                        Respectfully,

                                        Clerk, U. S. District Court

                                        By: A. Bridges
                                            Deputy Clerk  213-894-6500

                                        ☒ Western   ☐ Eastern   ☐ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

                                        Clerk, Superior Court

                                        By: _____
Date                                        Deputy Clerk

CV - 103 (06/04)       **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**