

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN DIVISION | | SOUTHERN DIVISION |
|---|---|---|
| 312 North Spring Street, Room G-8 | | 411 West Fourth Street, Suite 1053 |
| Los Angeles, CA 90012 | | Santa Ana, CA 92701-4516 |
| Tel: (213) 894-3535 | | (714) 338-4750 |

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

AMENDED

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Re:  Case Number: _____

   Previously Superior Court Case No. _____

   Case Name: _____

Dear Sir / Madam:
   Pursuant to this Court's ORDER OF REMAND issued on _____, the above-referenced case is hereby remanded to your jurisdiction.

   Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

   Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office.  Thank you for your cooperation.

                                Respectfully,

                                Clerk, U. S. District Court

                                By: _____
                                    Deputy Clerk

                                ☐ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

                                Clerk, Superior Court

                                By: _____
_____             Deputy Clerk
Date

CV - 103 (06/04)            **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**