# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Gutierrez_

From: _Marilyn Davis_, Deputy Clerk   Date Received: _2/22/08_

Case No.: _2:08-CV-01021-PSG(RCx)_   Case Title: _Conservatorship of Britney Jean Spears_

Document Entitled: _Opposition to Motion to Remand; Declaration of Jon Eardley_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1   Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1   Proposed amended pleading not under separate cover
☐ Local Rule 11-6   Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8   Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1   Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1   Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2   Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6   Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)   No proof of service attached to document(s)
☒ Other: _Pursuant to G.O. 07-08 case is designated for electronic filing_

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_3/5/08_                                         [signature]
Date                                             U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                               _____
Date                                             U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)            NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-572-754/59178

1  Jon Eardley, Esq.    CA Bar No. 132577
2  **LAW OFFICES OF JON EARDLEY**
   50 Jericho Turnpike
3  Suite 201
   Jericho, New York 11753
4  516-876-4213
5  516-876-6906 (fax)

6  **LAW OFFICES OF JON EARDLEY**
7  1707 N Street, N.W.
   Washington, D.C. 20036
8  202-223-4884

9

10 Attorney for Britney J. Spears

11

12      UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
              CALIFORNIA—LOS ANGELES DIVISION

13 CONSERVATORSHIP OF BRITNEY  )  CASE NO. CV 08-1021 PSG (RCx)
14 JEAN SPEARS                 )
                               )  **OPPOSITION TO MOTION TO**
15                             )  **REMAND; DECLARATION OF**
                               )  **JON EARDLEY**
16                             )
                               )
17                             )  Date: March 17, 2008
                               )  Time: 1:30 p.m.
18                             )  Place: Courtroom 790
19                             )         **Roybal Building**
                               )
20 _____

21
22                                    FILED
                                  CLERK, U.S. DISTRICT COURT
23
                                      FEB 22 2008
24
                                  CENTRAL DISTRICT OF CALIFORNIA
25                                BY ___ DEPUTY

26

27
   OPPOSITION TO MOTION TO REMAND                                   1
28

[Stamp: RECEIVED BUT NOT FILED  FEB 22 2008  3:59  CLERK, U.S. DISTRICT COURT  CENTRAL DISTRICT OF CALIFORNIA  WESTERN DIVISION  BY ___ DEPUTY]